B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Victor Valley Community Hospital** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-2475762** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15248 Eleventh Street**<br>**Victorville, CA**<br>ZIP Code **92395** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Bernardino** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ■ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Victor Valley Community Hospital** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ■ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Victor Valley Community Hospital** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X  /s/ Samuel R. Maizel
Signature of Attorney for Debtor(s)

**Samuel R. Maizel CA Bar No. 189301**
Printed Name of Attorney for Debtor(s)

**Pachulski Stang Ziehl & Jones LLP**
Firm Name

**10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067**
Address

Email: smaizel@pszjlaw.com
310-277-6910  Fax: 310-201-0760
Telephone Number
**9/13/10**                  CA Bar No. 189301
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual
**Kathy Davis**
Printed Name of Authorized Individual
**Chairman of the Board of Directors**
Title of Authorized Individual
Sept 10, 2010
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
### Central District of California

In re __Victor Valley Community Hospital__  
Debtor(s)

Case No. _____  
Chapter __11__

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ____.

2. The following financial data is the latest available information and refers to the debtor's condition on ____.

   a. Total assets     $ _____ 0.00

   b. Total debts (including debts listed in 2.c., below)     $ _____ 0.00

   c. Debt securities held by more than 500 holders:

   | | | | | | | Approximate number of holders: |
   |---|---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |

   d. Number of shares of preferred stock     0     0

   e. Number of shares common stock     0     0

   Comments, if any:

3. Brief description of Debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

# RESOLUTIONS OF THE BOARD
# OF
# VICTOR VALLEY COMMUNITY HOSPITAL

WHEREAS, the Board of Directors (the "**Board**") of Victor Valley Community Hospital (the "**Hospital**"), a California not for profit corporation, acting pursuant to the laws of the State of California, has considered the financial and operational aspects of the Hospital's business;

WHEREAS, the Board has reviewed the historical performance of the Hospital, the market for the Hospital's services, and the current and long-term liabilities of the Hospital;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Hospital, the beneficiaries of its charitable trust, its creditors, employees, stakeholders and other interested parties that a petition be filed by the Hospital seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

RESOLVED, that the officers of the Hospital (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Hospital to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Hospital's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers, on behalf of the Hospital, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") as bankruptcy counsel to represent and assist the Hospital in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Hospital's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers, on behalf of the Hospital, are authorized, empowered and directed to employ any other professionals necessary to assist the Hospital in carrying out its duties under the Bankruptcy Code, including but not limited to retaining the law firm of Burke, Williams & Sorenson, LLP ("BWS") as special corporate and litigation counsel; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the bankruptcy case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be

DOCS_LA:223516.1

negotiated by the management of the Hospital, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Hospital are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

       RESOLVED, that in the judgment of the Board of Directors it is desirable and in the best interests of the Hospital that the Hospital sell substantially all of its assets and, therefore, the Hospital is hereby authorized to enter into an asset purchase agreement to effectuate such sale consistent with the terms and conditions as may be approved by the Board, and on such other terms that the Board determines will maximize value, and the Hospital is further authorized to file a motion to approve such sale and for any related relief, or to approve a sale to a higher and better bidder, and to close such sale, subject to Bankruptcy Court approval in the Hospital's bankruptcy case;

       RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Hospital to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and

       RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Hospital in the name and on behalf of the Hospital in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

# VICTOR VALLEY COMMUNITY HOSPITAL

## SECRETARIAL CERTIFICATE

The undersigned officer of Victor Valley Community Hospital, a California not for profit Hospital (the "Hospital"), hereby certifies as follows:

1. I am the duly qualified and elected Secretary of the Hospital and, as such, am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Hospital.

2. Attached hereto is a true and complete copy of the resolutions of the Board of Directors of the Hospital, duly adopted at a properly convened telephonic meeting of the Board of Directors on August 19, 2010, by a vote of the directors, in accordance with the terms of the Hospital's by laws.

3. Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board of Directors of the Hospital relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate this 19th day of August, 2010.

                                                        Name: Thomas J. Brown
                                                       Title: Secretary

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Samuel R. Maizel<br>10100 Santa Monica Blvd<br>11th Floor<br>Los Angeles, CA 90067<br>310-277-6910 Fax: 310-201-0760<br>California State Bar Number: CA Bar No. 189301<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Victor Valley Community Hospital<br><br>                                          Debtor(s),<br>                                          Plaintiff(s),<br>                                          Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER:    11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Kathy Davis_____, the undersigned in the above-captioned case, hereby declare
              (Print Name of Attorney or Declarant)

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

         ☒ I am the president or other officer or an authorized agent of the debtor corporation

         ☐ I am a party to an adversary proceeding

         ☐ I am a party to a contested matter

         ☐ I am the attorney for the debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

         *[For additional names, attach an addendum to this form.]*

b.     ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____       _Sept 10, 2010_____
Signature of Attorney or Declarant                                    Date

**Kathy Davis**
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                                           F 1007-4
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re **Victor Valley Community Hospital**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **PHYSICIANS HOSPITAL MANAGMENT LLC**<br>18523 CORWIN ROAD<br>SUITE H<br>APPLE VALLEY, CA 92307 | Mammohan Mayyar MD<br>Physicians Hospital Managment LLC<br>18523 CORWIN RD<br>SUITE H<br>APPLE VALLEY, CA 92307<br>760-242-777 | Management Fees | Disputed | 1,393,822.00 |
| **CERNER CORPORATION**<br>2800 ROCKCREEK PARKWAY<br>KANSAS CITY, MO 64117 | Credit Department<br>CERNER CORPORATION<br>2800 ROCKCREEK PARKWAY<br>KANSAS CITY, MO 64117<br>816-201-1024 | Trade | | 1,267,067.00 |
| **PHS PROFESSIONAL HOSPITAL SUPPLY INC**<br>PO Box 23229<br>PASADENA, CA 91185 | Credit Department<br>PROFESSIONAL HOSPITAL SUPPLY<br>Box 23229<br>PASADENA, CA 91185<br>951-296-2600x1254 | Trade | | 480,414.00 |
| **CA DEPARTMENT OF HEALTH-GENETIC**<br>BOX 186 2163 MEEKER AVE<br>RICHMOND, CA 94804-6410 | Credit Department<br>CA DEPARTMENT OF HEALTH-GENETIC<br>BOX 186 2163 MEEKER AVE<br>RICHMOND, CA 94804-6410<br>510-412-1541 | Trade | | 390,989.00 |
| **DESERT PHYSICIANS MANAGEMENT**<br>18564 HIGHWAY 18<br>SUITE 110<br>APPLE VALLEY, CA 92307 | Credit Department<br>DESERT PHYSICIANS MANAGEMENT<br>18564 HIGHWAY 18<br>SUITE 110<br>APPLE VALLEY, CA 92307<br>760-242-7777 | Management Fees | Disputed | 370,000.00 |
| **STRYKER MEDICAL**<br>P O BOX 93308<br>CHICAGO, IL 60673-3308 | Credit Department<br>STRYKER MEDICAL<br>P.O. BOX 93308<br>CHICAGO, IL 60673-3308<br>800-327-0770 | Trade | | 325,118.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Victor Valley Community Hospital _____     Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MEDTRONIC USA<br>BANK OF AMERICA LOCK BOX SERVICE<br>4642 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | Scott Shields<br>MEDTRONIC USA<br>BANK OF AMERICA LOCK BOX SERVICE<br>4642 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693<br>800-899-4862 or 800-511-0934 | Trade | | 289,760.00 |
| MEDTRONIC SOFAMOR DANEKPUTIN<br>12099 COLLECTIONS CENTER DRIVE<br>SOFAMOR DANEK<br>CHICAGO, IL 60693 | Scott Shields<br>MEDTRONIC SOFAMOR DANEK<br>12099 COLLECTIONS CENTER DRIVE<br>SOFAMOR DANEK<br>CHICAGO, IL 60693<br>800-899-4862 or 818-876-3133 ext6563 | Trade | | 289,760.00 |
| ANTHEM BLUE CROSS<br>DEPARTMENT 5812<br>ACC#25528H001<br>LOS ANGELES, CA<br>90074-5812 | Credit Department<br>ANTHEM BLUE CROSS<br>DEPARTMENT 5812<br>ACC#25528H001<br>LOS ANGELES, CA 90074-5812<br>818-234-4317 | Medical premiums | | 254,816.00 |
| DEPUY ORTHOPAEDICS<br>FILE #74115<br>P O BOX 60000<br>SAN FRANCISCO, CA 94160 | Credit Department<br>DEPUY ORTHOPAEDICS<br>FILE #74115<br>P.O. BOX 60000<br>SAN FRANCISCO, CA 94160<br>800-255-2500 | Trade | | 230,571.00 |
| WESTCLIFF MEDICAL LAB, INC<br>1821 E DYER RD<br>SUITE 100<br>SANTA ANA, CA 92705 | Credit Department<br>WESTCLIFF MEDICAL LAB, INC<br>1821 E DYER RD<br>SUITE 100<br>SANTA ANA, CA 92705<br>949-724-3900 | Trade | | 139,838.98 |
| ALPHA FUND<br>2969 PROSPECT PARK DR<br>SUITE 250<br>RANCHO CORDOVA, CA 95670 | Credit Department<br>ALPHA FUND<br>2969 PROSPECT PARK DR<br>SUITE 250<br>RANCHO CORDOVA, CA 95670<br>916-266-6100x222 | Trade | | 121,402.00 |
| PREMIUM FINANCING SPECIALISTS<br>PO BOX 100391<br>PASADENA, CA 91189-0391 | Credit Department<br>PREMIUM FINANCING SPECIALISTS<br>PO BOX 100391<br>PASADENA, CA 91189-0391<br>602-495-6980 | Premiums | | 119,056.00 |
| THOMPSON ENGINEERING<br>2205 FLEETWOOD DRIVE<br>RIVERSIDE, CA 92509 | Credit Department<br>THOMPSON ENGINEERING<br>2205 FLEETWOOD DRIVE<br>RIVERSIDE, CA 92509<br>951-764-7270 | Trade | | 101,061.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Victor Valley Community Hospital**                              Case No. _____
                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)  Name of creditor and complete mailing address including zip code | (2)  Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)  Nature of claim (trade debt, bank loan, government contract, etc.) | (4)  Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)  Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CARDINAL HEALTH PHARMACEUTICAL 14265 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | Credit Department CARDINAL HEALTH. 14265 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 866-476-1340 | Trade | | 96,349.00 |
| HEALTH CARE LEGAL SERVICES 39867 TREASURY CENTER CHICAGO, IL 60691 | Credit Department HEALTH CARE LEGAL SERVICES 39867 TREASURY CENTER CHICAGO, IL 60691 714-415-3000 | Trade | | 96,015.00 |
| SOURCECORP HEALTH SERV ARTS, INC P.O. BOX 50422 LOS ANGELES, CA 90074-0422 | Credit Department SOURCECORP HEALTH SERV ARTS, INC P.O. BOX 50422 LOS ANGELES, CA 90074-0422 805-529-8909 | Trade | | 92,326.00 |
| SPINAL GRAFT TECH 12099 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | SPINAL GRAFT TECH-PUT IN MEDTRONIC USA 12099 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 888-869-2435 | | | 79,332.00 |
| SORIN GROUP DEPT CH19295 PALATINE, IL 60055-9295 | Credit Department SORIN GROUP DEPT CH19295 PALATINE, IL 60055-9295 877-663-7674 | Trade | | 72,500.00 |
| SURGICAL DIRECTIONS,LLC 541 N. FAIRBANKS STE.2740 CHICAGO, IL 60611 | B. Weber SURGICAL DIRECTIONS, LLC 541 N. FAIRBANKS STE.2740 CHICAGO, IL 60611 312-239-2963 | Trade | | 65,919.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman of the Board of Directors of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  9/13/10          Signature  _____
                                  Edward T. Matthews
                                  Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Samuel R. Maizel**<br>**10100 Santa Monica Blvd**<br>**11th Floor**<br>**Los Angeles, CA 90067**<br>**310-277-6910 Fax:310-201-0760**<br>CA State Bar Number: **CA Bar No. 189301** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Victor Valley Community Hospital**<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |
|---|---|

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:15248 Eleventh Street, Victorville, CA  92395

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:15248 Eleventh Street, Victorville, CA  92395

3. Disclose the current business address(es) for all corporate officers:15248 Eleventh Street, Victorville, CA  92395

4. Disclose the current business address(es) where the Debtor's books and records are located:15248 Eleventh Street, Victorville, CA  92395

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:15248 Eleventh Street, Victorville, CA  92394

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):  NA

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*: Kathy Davis, Chairman of the Board of Directors

8. Total number of attached pages of supporting documentation: **0**

---

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

| Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2 | | VEN-C |
|---|---|---|
| In re<br>**Victor Valley Community Hospital**<br>Debtor. | CHAPTER 11 | |
| | CASE NUMBER | |

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on Sept 10, 2010, at Rancho Cucamonga, California.

**Kathy Davis**
*Type Name of Officer*

**Chairman of the Board of Directors**
*Position or Title of Officer*

*Signature of Declarant*

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **The Debtor filed a Chapter 11 case on September 7, 1995, in the United States Bankruptcy Court** for the Central **District of California, Riverside Division, bearing case no. RS95-22523 MG. The case was assigned to the Honorable Mitchell Goldberg. The case was dismissed on March 28, 2000.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **The Debtor filed a Chapter 11 case on September 7, 1995, in the United States Bankruptcy Court for the Central District of California, Riverside Division, bearing case no. RS95-22523 MG. The case was assigned to the Honorable Mitchell Goldberg. The case was dismissed on March 28, 2000.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Rancho Cucamonga_, California.

Dated _Sept. 10, 2010_

_Kathy Davis_
Debtor

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 1015-2.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy