1  KIRK BARBER, SBN: 138693
   KIRK BARBER LAW GROUP, A.P.L.C.
2  43426 BUSINESS PARK DRIVE
   TEMECULA, CALIFORNIA 92590
3  (951) 694-8295 (Telephone)
   (951) 694-8269 (Facsimile)
4  barberlawgroup@yahoo.com

Attorney For Creditor
PROFESSIONAL HOSPITAL SUPPLY, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | ) Case No.: 6:10-bk-39537-CB |
| | ) |
| VICTOR VALLEY COMMUNITY HOSPITAL | ) CHAPTER 11 |
| | ) |
| | ) REQUEST FOR SPECIAL NOTICE AND |
| Debtor | ) INCLUSION IN MAILING LIST |
| | ) |
| | ) No hearing required |

TO: THE CLERK OF THE BANKRUPTCY COURT AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that PROFESSIONAL HOSPITAL SUPPLY, INC. hereby requests special notice of all matters that must be noticed to creditors, the creditors' committee, or other parties in interest, addressed as follows:

Kirk Barber
Kirk Barber Law Group, A.P.L.C.
43426 Business Park Drive
Temecula, CA 92590
(951) 694-8295 (Telephone)
(951) 694-8269 (Facsimile)
kirk@kbarberlaw.com

REQUEST FOR SPECIAL NOTICE - 1

1  This request includes the type of notice referred to in Bankruptcy Rules of Procedure
2  2002(i) and 3017(a) and also includes, without limitation, all schedules, notices of any order,
3  applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any
4  other documents brought before the Court in this case, whether written or oral, and whether
5  transmitted or conveyed by mail, delivery, telephone, telecopier, telephone, telex or otherwise.

Dated:  September 15, 2010                KIRK BARBER LAW GROUP, A.P.L.C.

                                          By:      */s/  Kirk Barber*
                                                 KIRK BARBER
                                               Attorney for Creditor
                                       PROFESSIONAL HOSPITAL SUPPLY, INC.

REQUEST FOR SPECIAL NOTICE - 2