FILED & ENTERED

SEP 17 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harris       DEPUTY CLERK

1   Samuel R. Maizel (CA Bar No. 189301)
Scotta E. McFarland (CA Bar No. 165391)
2   Mary D. Lane (CA Bar No. 071592)
PACHULSKI STANG ZIEHL & JONES LLP
3   10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
4   Telephone: 310/277-6910
Facsimile:  310/201-0760
5   E-mail:       smaizel@pszjlaw.com
                    smcfarland@ pszjlaw.com
6                    mlane@pszjlaw.com
7   [Proposed] Attorneys for Debtor and Debtor in Possession,
Victor Valley Community Hospital
8

9

10                **UNITED STATES BANKRUPTCY COURT**

11                **DISTRICT OF CALIFORNIA**

12                **RIVERSIDE DIVISION**

13

14   In re:                                                    Case No.: 6:10-39537 CB

15   VICTOR VALLEY COMMUNITY HOSPITAL[1]

16                                                                 Chapter 11

17                              Debtor.                       **ORDER LIMITING SCOPE OF
                                                                 NOTICE**

18                                                              **[Relates to Docket No. 8]**

19                                                              Hearing Date: September 15, 2010
                                                                 Time:          11:00 am
20                                                              Place:         Courtroom 303
                                                                                   420 Twelfth Street,
21                                                                                  Courtroom 303
                                                                                   Riverside, CA 92501-3819
22                                                              Judge:        Hon. Catherine E. Bauer

23        The Court has considered the *Emergency Motion of Debtor for Order Limiting Scope of*

24   *Notice* [Docket No. 8] (the "Motion") filed by Victor Valley Community Hospital, the debtor and

25   debtor in possession in the above referenced case (the "Debtor") on an emergency basis pursuant to

26

27   _____
     [1]   The Debtor is is a California non-profit public benefit corporation, Fed. Tax I.D. No. 95-2475762.  The Debtor's
28   address is 15248 Eleventh Street Victorville, CA  92395

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS   AT LAW
LOS ANGELES , CALIFORNIA

Local Bankruptcy Rule 2081-1(a)(1).  Based on the arguments made in the Motion, the *Declaration of Edward Matthews in Support of Emergency Motions* [Docket No. 12], the other pleadings and documents on file in these cases, and the arguments made by counsel at the hearing, this Court finds: (a) notice of the Motion was adequate and appropriate under the circumstances and that no further notice need be given except as set forth herein; (b) no objections to the Motion were filed or any objections thereto have been either overruled, withdrawn or resolved, and (c) other good cause is appearing, it is therefore

**ORDERED** that The Motion is GRANTED, and it is further.

**ORDERED** that notices regarding the Limited Notice Matters that will be heard on regular notice be served by first class mail upon only:  (a) the Office of the United States Trustee, (b) the creditors appearing on the list filed in accordance with Bankruptcy Rule 1007(d) by the Debtor unless and until a Creditors' Committee is appointed, then in that event, to counsel for the Committee, (c), parties that file with the Court and serve upon the Debtor requests for notice of all matters in accordance with Bankruptcy Rule 2002(i), and (d) any party with a pecuniary interest in the subject matter of the particular Limited Notice Matter or its counsel (collectively, the "Limited Service List"); and it is further

**ORDERED** that, in addition to the service methods authorized by Local Bankruptcy Rule 9075-1, service of emergency or expedited Limited Notice Matters by overnight delivery be authorized if such notice will be delivered prior to the scheduled hearing time and that service of emergency or expedited Limited Notice Matters be upon only the Limited Service List; and it is further

**ORDERED** that, except as limited below, the service of motions or applications regarding the following matters or proceedings (collectively, the "Limited Notice Matters") is limited to the Limited Service List:

- any proposed use, sale, or lease of property of the estate pursuant to section 363 of the Bankruptcy Code and Bankruptcy Rules 2002(a)(2), 4001(b), and 6004);

- any proposed debtor in possession financing or use of cash collateral;

- any proposed extension of the Debtor's exclusive time to file a plan of reorganization and solicit acceptance thereof (including, without limitation, the time to file a disclosure statement) pursuant to section 1121 of the Bankruptcy Code and Bankruptcy Rule 3016;

- any proposed approval of a compromise or settlement of a controversy pursuant to section Bankruptcy Rules 2002(a)(3) and 9019 and/or section 363 of the Bankruptcy Code;

- any proposed abandonment or disposition of property of the estate pursuant to section 554 of the Bankruptcy Code and Bankruptcy Rules 6007(a) or (c);

- any proposed assumption, assumption and assignment or rejection of contracts or leases under section 365 of the Bankruptcy Code and Bankruptcy Rule 6006(a) or (c);

- any proposal to prohibit or condition the use, sale or lease of property pursuant to § 363 of the Bankruptcy Code or Bankruptcy Rule 4001(a);

- any proposed objections to claims pursuant to section 502 of the Bankruptcy Code or Bankruptcy Rules 3002, 3003 or 3007;

- any verified statement filed by any entity or committee (other than those appointed pursuant to section 1102 or 1104 of the Bankruptcy Code) representing more than one creditor pursuant to Bankruptcy Rule 2019(a) and any motion filed in respect thereof pursuant to Bankruptcy Rule 2019(b);

- any proposed application for employment of professionals pursuant to sections 327, 1103 or 1104 of the Bankruptcy Code or Bankruptcy Rule 2014;

- any proposed application for compensation or reimbursement of expenses of professionals, pursuant to sections 328, 329, 330, or 331 of the Bankruptcy Code and Bankruptcy Rules 2002(a)(6), 2016, 2017, and 6005; except as provided by other orders of this Court;

- a hearing on any other contested matter in this case that requires notice to all creditors or equity holders pursuant to the Bankruptcy Code, Bankruptcy Rule 9014, or the Local Bankruptcy Rules; and

- all other pleadings, papers, and requests for relief or other order of the Court, except as limited below; and it is further

**ORDERED** that notwithstanding the foregoing, the relief requested in this Motion does not affect the rights of all creditors to receive notice of the following matters or proceedings: (i) the date fixed for filing proofs of claim; (ii) the time fixed for filing objections to any disclosure statement and any hearing to consider approval of any disclosure statement; (iii) the time fixed for accepting, rejecting, or objecting to confirmation of a plan or any modification thereof and the hearing thereon; (iv) the entry of an order confirming a plan; and (v) a hearing on the dismissal or conversion of this Case; and it is further

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS · AT LAW
LOS ANGELES · CALIFORNIA

1    **ORDERED** that the Debtor shall provide a copy of the Limited Service List to any creditor

2    or party in interest that makes a written request to the Debtor's bankruptcy counsel; and it is further

3    **ORDERED** that the Debtor shall serve this Order on all persons listed on the Debtor's

4    mailing matrix; and it is further

5    

6    **ORDERED** that the Debtor is authorized to serve insured depository institutions by first-

7    class mail or overnight delivery; and it is further

8    **ORDERED** that the Court shall retain jurisdiction with respect to any matters, rights or

9    disputes arising from or related to the implementation of this Order.

10   

11   ###

12   

13   

14   

15   

16   

17   

18   

19   

20   

21   

22   

23   

24   

25   

26   DATED: September 17, 2010

_____
United States Bankruptcy Judge

27   

28   

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| In re:<br>Victor Valley Community Hospital,<br><br><div align="right">Debtor(s).</div> | CHAPTER  11<br><br>CASE NUMBER:  6:10-bk-39537-CB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described as **ORDER LIMITING SCOPE OF NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document as will be served by the court via NEF and hyperlink to the document.  On _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

<div align="right">☐  Service information continued on attached page</div>

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 15, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Office of the United States Trustee
3685 Main St., Ste. 300
Riverside, CA  92501

<div align="right">☐  Service information continued on attached page</div>

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 15, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By Personal Delivery
Honorable Catherine Bauer
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 369
Riverside, CA  92501-3819

<div align="right">☐  Service information continued on attached page</div>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 2010 | Sophia Margetis | /s/ Sophia Margetis |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                    **F 9013-3.1**

| In re:<br>Victor Valley Community Hospital,<br><br>                                          Debtor(s). | CHAPTER  11<br><br>CASE NUMBER:  6:10-bk-39537-CB |
|---|---|

### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER LIMITING SCOPE OF NOTICE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 15, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                              **F 9013-3.1**

| In re:<br>Victor Valley Community Hospital,<br><div align="right">Debtor(s).</div> | CHAPTER  11<br><br>CASE NUMBER:  6:10-bk-39537-CB |
| --- | --- |

## I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

**Kirk A Barber on behalf of Creditor Professional Hospital Supply, Inc.**
**barberlawgroup@yahoo.com**

**Sanaea Daruwalla on behalf of Interested Party Courtesy NEF**
**sdaruwalla@bwslaw.com**

**Mary D Lane on behalf of Debtor Victor Valley Community Hospital**
**mlane@pszjlaw.com**

**Samuel R Maizel on behalf of Debtor Victor Valley Community Hospital**
**smaizel@pszjlaw.com, smaizel@pszjlaw.com**

**Scotta E McFarland on behalf of Debtor Victor Valley Community Hospital**
**smcfarland@pszjlaw.com, smcfarland@pszjlaw.com**

**United States Trustee (RS)**
**ustpregion16.rs.ecf@usdoj.gov**

## III.  TO BE SERVED BY THE LODGING PARTY:

<div align="center">

### Victor Valley Community Hospital
#### 2002 Service List
**(with emails, telephone and fax)**

</div>

**Via Email**
Debtor
Victor Valley Community Hospital
Catherine M. Pelley
Chief Executive Officer
15248 Eleventh Street
Victorville, CA  92395
T: (760) 843-6201
F: (760) 843-6020
Email:  cpelley@vvch.org

**Via Email**
Board of Directors
Kathy Davis
Chair, Governing Board of Directors
17100 B Bear Valley Rd.
Box 357
Victorville, CA  92395
T: (760) 427-2607
F: (760) 951-1308
Email:  kathydavis49@hotmail.com

| In re:<br>Victor Valley Community Hospital,<br><div align="right">Debtor(s).</div> | CHAPTER  11<br><br>CASE NUMBER:  6:10-bk-39537-CB |
| --- | --- |

**Via Email**
Business Counsel to Debtor
Charlie Slyngstad
Burke Williams and Sorenson, LLP
444 S. Flower St., Ste. 2400
Los Angeles, CA  90071
T: (213) 236-0600
F: (213) 236-2700
Email:  cslyngstad@bwslaw.com

**Via Facsimile**
Office of the United States Trustee
3685 Main St., Ste. 300
Riverside, CA  92501
T: (951) 276-6990
F: (951) 276-6973

**Government Agencies**

**Via Facsimile**
State of California
Office of the Attorney General
1300 I Street, Suite 1101
Sacramento, CA  94244-2550
T: (916) 445-9555
F: (916) 323-5341

**Via Facsimile**
California Health Facilities Financing Authority
915 Capitol Mall, Suite 590
Sacramento, CA  95814
T: (916) 653-2799
F: (916) 654-5362

**Via Facsimile**
Office of Statewide Health Planning and Development
Cal-Mortgage Loan Insurance Division
818 K. Street, Room 210
Sacramento, CA  95814
T: (916) 319-8800
F: (916) 445-2837

**Secured Creditors**

**Via Facsimile**
Office of Statewide Health Planning and Development – State of California
300 Capital Mall
Suite 1500
Sacramento, CA  95814
T: (916) 326-3610
F: (916) 322-2561

90231-001\DOCS_LA:224521.1

| In re:<br>Victor Valley Community Hospital,<br><br>                                    Debtor(s). | CHAPTER  11<br><br>CASE NUMBER:  6:10-bk-39537-CB |
|---|---|

**Via Email**
Corwin Medical Group
Manmohan Nayyar, MD
Raman Poola, MD
Anna Sugi
18564 Hwy 18, Suite 110
Apple Valley, CA  92307
T: (760) 242-7777
F: (760) 242-0485
Email:  mnayyarmd@choicemg.com
        amanpoola@yahoo.com
        sugi@choicemg.com

**Via Email**
Manmohan Nayyar, MD
Physicians Hospital Management, LLC
18523 Corwin Rd., Suite H
Apple Valley, CA  92307
T: (760) 946-3876
F: (760) 242-1936
Email:  mnayyarmd@choicemg.com

**Via FedEx**
Commonwealth Land Title Company
888 West Sixth Street, 4th Floor
Los Angeles, CA  90017
T: (213) 627-7070

**Via Facsimile**
BNY Western Trust Company
700 South Flower Street, Suite 500
Los Angeles, CA  90017
T: (213) 630-6400
F: (213) 630-6442

**Via Email**
Counsel for East West Bank
Lance Jurich, Esq.
Loeb & Loeb, LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA  90067
T: (310) 282-2211
F: (310) 919-3897
Email:  ljurich@loeb.com

**Interested Parties**

**Via Email**
Thomas L. Driscoll, Esq.
Attorney at Law
185 Berry Street, Suite 5511
San Francisco, CA  94107
T: (415) 281-0900
F: (415) 281-0903
Email:  tdriscoll@tld3.com

| | |
|---|---|
| In re:<br>Victor Valley Community Hospital,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER:  6:10-bk-39537-CB |

**Via Facsimile**
Attorneys for Medtronic
Scott Shields
Euler Hermes UMA, Inc.
369 Pine Street, STE 410
San Francisco, CA 94104
T: (800) 899-4862 x.1308
F: (415) 438-1888

**Via Email**
Attorney for Biotronicks
Paul Boyce
Greenberg, Grant & Richards
5858 Westheimer #500
Houston TX  77057
T: (888) 961-1000
F (713) 789-0137
Email:  pboyce@ggrinc.com

**Via FedEx**
Delta One Partners, Inc.
Corporate Headquarters South
48550 North View Drive
Palm Desert, CA  92260

**Via FedEx**
Delta One Partners, Inc.
Corporate Headquarters North
923 Leneve Place
El Cerrito, CA  94530
T: (510) 527-5455

**Via Facsimile**
Musick, Peeler & Garrett LLP
1 Wilshire Boulevard, Suite 2000
Los Angeles, CA  90017
T: (213) 629-7600
F: (213) 624-1376

**Via Facsimile**
Law Offices of Leslie M. Lava
580 California Street, Suite 1600
San Francisco, CA  94104
T: (415) 331-6464
F: (415) 331-6465

**Via Facsimile**
Westhoff, Cone & Holmstedt
1777 Botelho Drive, Suite 370
Walnut Creek, CA  94596
T: (925) 472-8740
F: (925) 939-5099

| In re:<br>Victor Valley Community Hospital,<br><div align="right">Debtor(s).</div> | CHAPTER  11<br><br>CASE NUMBER:  6:10-bk-39537-CB |
| --- | --- |

**Via Facsimile**
Davis Wright Tremaine LLP
64 Oak Knoll Drive
San Anselmo, CA  94960
T: (415) 276-6500
F: (415) 276-6599

**Via Email**
Daniel Settelmayer, Esq.
Latham & Watkins LLP
PO Box 894256
Los Angeles, CA  90189-4256
T: (213) 485-1234
F: (213) 891-8763
Email:  daniel.settelmayer@lw.com

**Via Email**
Stalking Horse Bidder
Prime Healthcare Inc.
Attn: Lex Reddy
Chief Executive Officer
3300 East Guasti Road, 2nd Fl.
Ontario, CA  91761
T: (909) 235-4410
F: (909) 235-4424
Email:  lexreddy@dvmc.com

**Via Email**
Counsel for Prime Healthcare
Lee Shulman
Mark Bradshaw
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Ste. 300
Foothill Ranch, CA  92610
T: (949) 340-3400
F: (949) 340-3000
Email:  lshulman@shbllp.com
            bradshaw@shbllp.com

**Via Facsimile**
J. Raymond Elliott
President and Chief Executive Officer
Boston Scientific
re: Guidant Corporation
One Boston Scientific Place
Natick, MA 01760-1537
T: (508) 650-8000
F: (508) 650-8923

**Via Facsimile**
Johnson & Johnson Health Care Systems Inc.
425 Hoes Lane
Piscataway, NJ 08854
T: (732) 562-3000
F: (732) 562-7021 or (732) 214-0332

| In re:<br>Victor Valley Community Hospital,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 6:10-bk-39537-CB |
| --- | --- |

**Via Facsimile**
Radiometer America, Inc.
810 Sharon Drive
Westlake, OH 44145
T: (800) 735-0600
F: (440) 871-2510

**Via Facsimile**
Quadramed Corporation
NJIC
700 Lake Drive
Amber, PA 19002
T: (215) 646-9520
F: (215) 646-9521

**Via Facsimile**
Quadramed
Attention: Penny W. Collings
T: (703) 904-5614
F: (703) 742-5399
**Via Email**
David L. Piazza
CFO, COO and Executive Vice President
Quadramed Corporation – Corporate Office
12110 Sunset Hills Road
Reston, VA 20190
T: (703) 709-2300
F: (703) 709-2490
Email: dpiazza@quadramed.com

**Via Facsimile**
Stephen M. O'Hara
President and CEO
Angelica Textile Services (R-Colton
1105 Lakewood Parkway #210
Alpharetta, GA 30004
T: (678) 823-4100
F: (678) 823-4165

**Via Facsimile**
Daniel Settelmayer, Esq.
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles CA 90071-1560
T: (213) 891-8762
F: (213) 891-8763

## Twenty Largest Unsecured Creditors

**Via Email**
Medtronic USA
Bank of America Lock Box Service
4642 Collection Center Dr.
Chicago, IL 60693
T: (800) 511-0934
steve.j.carlson@medtronic.com

90231-001\DOCS_LA:224521.1

| In re:<br>Victor Valley Community Hospital,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 6:10-bk-39537-CB |
|---|---|

**Via Email**
Medtronic USA World Headquarters
Gary Ellis, CFO
710 Medtronic Parkway
Minneapolis, MN  55432-5604
T: (763) 514-4000
F: (763) 514-4879
steve.j.carlson@medtronic.com

**Via Facsimile**
CA Department of Health-Genetic
Box 186 2163 Meeker Ave.
Richmond, CA  94804-6410
T: (510) 412-1541
F. (510) 412-1559

**Via Vacsimile**
Stryker Medical
PO Box 93308
Chicago, IL  60673-3308
T: (800) 327-0770
F: (269) 324-5485

**Via Facsimile**
Curt Hartman
Stryker Medical
3800 E. Centre Ave.
Portage, MI  49002
T: (269) 329-2100
F: (269) 329-2213

**Via Express Mail – Next Day**
Depuy Orthopaedics
File #74115
PO Box 60000
San Francisco, CA  94160
(800) 255-2500

**Via Facsimile**
Depuy Orthopaedic
700 Orthopaedic Drive
Warsaw, IN  46581-0988
T: (800) 366-8143
F: (574) 267-7196

**Via Facsimile**
DePuy Orthopaedics, Inc.
David Floyd
President
700 Orthopaedic Drive
Warsaw, IN 46582
T: 574-267-8143 or 800-473-3789
F: 574-371-4865

| | |
|---|---|
| In re:<br>Victor Valley Community Hospital,<br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER: 6:10-bk-39537-CB |

**Via Facsimile**
Westcliff Medical Lab, Inc.
Richard Nicholson
President and CEO
1821 E. Dyer Rd., Suite 100
Santa Ana, CA 92705
T: (949) 724-3900
F: (949) 222-1153

**Via Email**
PHS Professional Hospital Supply
PO Box 23229
Pasadena, CA 91185-3229
T: (951) 296-2600
pamr@phsyes.com

**Via Facsimile**
Rick Bertran
Director, Corporate Accounts
Professional Hospital Supply – Corporate Office
42500 Winchester Road
Temecula, CA 92590
T: (951) 296-2600
F: (951) 296-2624

**Via Facsimile**
Thompson Engineering
Joseph Lira
Vice President of Operations
2205 Fleetwood Drive
Riverside, CA 92509
T: (805) 529-8909
T: (951) 784-7270
F: (951) 784-5435
Email: jlira@thompsone.com

**Via Facsimile**
Sourcecorp Health Serv. Arts, Inc.
PO Box 50422
Los Angeles, CA 90074-0422
T: (214) 740-6500
F: (214) 740-6906

**Via Facsimile**
Sourcecorp HealthServe Consulting
Ralph Burns, President
3232 McKinney Avenue
Dallas, TX 75204
T: (800) 448-2633
F: (888) 291-2961

**Via Email**
Sorin Group
Dept. CH19295
Palatine, IL 60055-9295
T: (877) 663-7674
lois.ward@sorin.com

90231-001\DOCS_LA:224521.1

| | |
|---|---|
| In re:<br>Victor Valley Community Hospital,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER:  6:10-bk-39537-CB |

Krystine.castrodale@sorin.com

**<u>Via Facsimile</u>**
Demetrio Mauro
Sorin Group
Vice President Finance & IT
via Benigno Crespi 17
20159 Milano, Italy
T: +39-02-69969509/510
F: +33-1-46013019

**<u>Via Email</u>**
Health Care Legal Services
1508 East Warner Avenue
Santa Ana, CA  92705-5462
T: (714) 415-3000
F: (714) 434-3788
tlaurie@hclscope.com

**<u>Via Facsimile</u>**
Health Care Legal Services
1508 Brookhollow Drive, Suite 360
Santa Ana, CA  92705-5462
T: (714) 415-3000
F: (714) 434-3788

**<u>Via Facsimile</u>**
Jeff Peters, President
Surgical Directions, LLC
541 N. Fairbanks, Ste. 2740
Chicago, Il  60611
T: (321) 239-2963
F: (312) 396-5419

**<u>Via Email</u>**
Cardinal Health Pharmaceutical Dist.
14265 Collections Center Drive
Chicago, Il  60693
T: (614) 757-5000
Email: aurunda.oliver@cardinalhealth.com

**<u>Via Facsimile</u>**
George S. Barrett
Chairman and CEO
Cardinal Health
7000 Cardinal Place
Dublin, OH  43017
T: (614) 757-5000
F: (614) 757-6000

**<u>Via Facsimile</u>**
Alpha Fund
2969 Prospect Park Dr., Suite 250
Rancho Cordova, CA  95670
T: (916) 266-6100
F: (916) 266-0317

90231-001\DOCS_LA:224521.1

| | |
|---|---|
| In re:<br>Victor Valley Community Hospital,<br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER: 6:10-bk-39537-CB |

**Via Facsimile**
Stryker Endoscopy
c/o Stryker Sales Corporation
PO Box 93276
Chicago, Il 60673-3276
T: (800) 435-0220
F: (800) 729-2917


**Via FedEx**
Stephen P Macmillan
Chief Executive Officer
Stryker Endoscopy
5900 Optical Court
San Jose, CA 95138
T: (800) 624-4422
F: (408) 754-2505

**Via Email**
Mark G. Naughton
Chief Financial Officer
Cerner Corporation
2800 Rockcreek Pkwy.
Kansas City, MD 64117
T: (816) 201-1024
F: (816) 474-1742
Email: egeis@cerner.com

**Via FedEx**
Premium Financing Specialists of CA
1702 E. Highland
Phoenix, AZ 85016

**Via FedEx**
IPFS Corporation of California, fka Premium Financing Specialists of California
601 South Glenoaks Boulevard
Burbank, CA 91503-4210
T: (818) 848-9430
F: (818) 848-9702

**Via Facsimile**
Bryan Andres
Executive Vice President and Chief Financial Officer
IPFS Corporation of California, fka Premium Financing
427 West 12th Street, Suite 100
Kansas City, MO 64105
T: (816) 627-0500
F: (816) 627-0502

**Via Facsimile**
Scott Shields (For Medronics)
Vice President West Coast Division
Euler Hermes, UMA, Inc.
369 Pine Street, Ste. 410
San Francisco, CA 94104
T: (800) 899-4862
F: (415) 438-1888

| | |
|---|---|
| In re:<br>Victor Valley Community Hospital,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 6:10-bk-39537-CB |

**Via Email**
Anthem Blue
Department 5812
Los Angeles, CA, 90074
Email: Pamela.drinkard@wellpoint.com

**Via Email**
Physicians Hospital Management, LLC
18523 Corwin Rd., Suite H
Apple Valley, CA 92307
T: (760) 946-3876
F: (760) 242-1936
Email: mnayyarmd@choicemg.com

**Via FedEx**
Desert Physicians Management, LLC
Attn: Administrator
18564 Highway 18, Suite 110
Apple Valley, CA 92307

**Via Email**
Spinal Graft Tech
Medtronic USA
12099 Collections Center Drive
Chicago, IL 60693
Email: steve.j.carlson@medtronic.com

**Via FedEx**
Medtronic Sofamor Danek
12099 Collections Center Drive
Chicago, IL 60693

**Via Email**
Jane O'Donnell
Deputy Attorney General
Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 942-44
Email: Jane.ODonnell@doj.ca.gov

90231-001\DOCS_LA:224521.1