THOMAS E. PATTERSON (CA Bar No. 130723)
MARTIN R. BARASH (CA Bar No. 162314)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090

Counsel for The Senior Associates Group, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# CENTRAL DIVISION

| In re | Case No.: 6:10-39537 CB |
|---|---|
| VICTOR VALLEY COMMUNITY HOSPITAL,[1] | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS** |

---

[1] The Debtor is a California non-profit public benefit corporation, Fed. Tax I.D. No. 95-2475762. The Debtor's address is 15248 Eleventh Street, Victorville, CA 92395.

124890.1

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; COUNSEL TO THE DEBTOR AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned, pursuant to sections 342 and 1109 of the Bankruptcy Code, and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure hereby, appearing on behalf of The Senior Associates Group, Inc., hereby files its request that copies of all notices, pleadings and other papers filed in the above-referenced bankruptcy case be given to and served upon the following:

> Klee, Tuchin, Bogdanoff & Stern LLP
> Attn:  Thomas E. Patterson, Esq. and
>        Martin R. Barash, Esq.
> 1999 Avenue of the Stars, 39th Floor
> Los Angeles, California 90067-6049
> Fax:    (310) 407-9090
> Email:  tpatterson@ktbslaw.com
>         mbarash@ktbslaw.com
>
> -and-
>
> Michael C. Kelcy, Esq.
> 3605 Canon Blvd.
> Altadena, CA 91001
> Fax:  (626) 345-9589
> Email:  mkelcy@charter.net

**PLEASE TAKE FURTHER NOTICE** that the undersigned, pursuant to Rule 3017 of the Federal Rules of Bankruptcy Procedure, hereby files its request for service of any disclosure statement and plan of reorganization as follows:  that copies of any and all disclosure statements and plans of reorganization, notices and other papers filed in conjunction with any disclosure statement and plan of reorganization be given to and served upon the same persons designated for service designated above.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by

124890.1                                   1

mail, facsimile, electronic mail, hand delivery, telephone, or otherwise filed with regard to the above case or proceeding therein.

**PLEASE TAKE FURTHER NOTICE** that the herein request is not (i) a consent to jurisdiction of the Bankruptcy Court, (ii) a consent to entry of a final order by the Bankruptcy Court in a non-core matter, (iii) a waiver of any right to trial by jury, or consent to having such a jury trial heard in the Bankruptcy Court, or (iv) a waiver of any right, claim, action, defense, setoff or recoupment to which The Senior Associates Group, Inc. may be entitled at law, equity or pursuant to any agreement, all of which matters are in all things expressly preserved.

DATED:  September 17, 2010

*/s/ Martin R. Barash*
Martin R. Barash, an Attorney with
KLEE, TUCHIN, BOGDANOFF & STERN LLP
Counsel for The Senior Associates Group, Inc.

124890.1

2