Samuel R. Maizel (CA Bar No. 189301)
Scotta E. McFarland (CA Bar No. 165391)
Mary D. Lane (CA Bar No. 071592)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  smaizel@pszjlaw.com
          smcfarland@pszjlaw.com
          mlane@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession,
Victor Valley Community Hospital

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>VICTOR VALLEY COMMUNITY HOSPITAL,[1]<br><br>                  Debtor. | Case No.: 6:10-bk-39537-CB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR THE ENTRY OF AN ORDER (A) APPROVING SALE PROCEDURES IN CONNECTION WITH SALE OF VICTOR VALLEY COMMUNITY HOSPITAL; (B) SCHEDULING AN AUCTION FOR THE SALE AND A HEARING TO APPROVE THE SALE; (C) AUTHORIZING THE SALE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; AND (D) GRANTING RELATED RELIEF**<br><br>**[Relates to Docket No. 22]**<br><br>Hearing Date:   September 22, 2010<br>Time:             11:00 am<br>Place:            U.S. Bankruptcy Court<br>                  3420 Twelfth Street<br>                  Courtroom 303<br>                  Riverside, CA 92501<br>Judge:          Hon. Catherine E. Bauer |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1] The Debtor is a California nonprofit public benefit corporation, Fed. Tax I.D. No. 95-2475762.  The Debtor's address is 15248 Eleventh Street Victorville, CA  92395

1    **PLEASE TAKE NOTICE** that on September 13, 2010, Victor Valley Community Hospital,

2    debtor and debtor in possession herein (the "Debtor"), filed a voluntary petition for relief pursuant to

3    chapter 11 of title 11 of the United States Code.

4    **PLEASE TAKE FURTHER NOTICE** that on September 14, 2010, the Debtor filed its

5    *Motion for the Entry of an Order (A) Approving Sale Procedures in Connection with Sale of Victor*

6    *Valley Community Hospital; (B) Scheduling an Auction for the Sale and a Hearing to Approve the*

7    *Sale; (C) Authorizing the Sale Free and Clear of Liens, Claims, Encumbrances and Interests; and*

8    *(D) Granting Related Relief* (the "Sales Procedure Motion") [Docket No. 22].

9    **PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Sales Procedure

10   Motion will take place before the Honorable Catherine E. Bauer, in Courtroom 303, 3420 Twelfth

11   Street Riverside, CA 92501 on **September 22, 2010, at 11:00 a.m.**

12   **PLEASE TAKE FURTHER NOTICE** that any opposition or objection to the Sales

13   Procedure Motion must be filed with the Court, submitted to the chambers of the Honorable

14   Catherine E. Bauer, and served on proposed counsel for the Debtor via e-mail (at the e-mail

15   addresses set forth in the upper-left hand corner of the first page hereof) any time before the hearing

16   or may be presented at the hearing on the Sales Procedure Motion at the time and place set forth

17   above.  Your failure to timely object may be deemed by the Court to constitute consent to the relief

18   requested herein.

19
20   Dated:    September 17, 2010                PACHULSKI STANG ZIEHL & JONES LLP

21                                              By    /s/ *Samuel R. Maizel*
                                                      Samuel R. Maizel
22                                                    [Proposed] Attorneys for Victor Valley
                                                      Community Hospital, Debtor and Debtor in
23                                                    Possession

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

| In re:<br>Victor Valley Community Hospital,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER:  6:10-bk-39537-CB |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described **NOTICE OF HEARING ON MOTION FOR THE ENTRY OF AN ORDER (A) APPROVING SALE PROCEDURES IN CONNECTION WITH SALE OF VICTOR VALLEY COMMUNITY HOSPITAL; (B) SCHEDULING AN AUCTION FOR THE SALE AND A HEARING TO APPROVE THE SALE; (C) AUTHORIZING THE SALE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; AND (D) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 17, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 17, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 17, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By Personal Delivery
Honorable Catherine Bauer
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 369
Riverside, CA  92501-3819

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 17, 2010 | Sophia Margetis | /s/ Sophia Margetis |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>Victor Valley Community Hospital,<br><br>                                     Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 6:10-bk-39537-CB |
|---|---|

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"

Kirk A Barber on behalf of Creditor Professional Hospital Supply, Inc.
barberlawgroup@yahoo.com

Manuel A Boigues on behalf of Interested Party Courtesy NEF
bankruptcycourtnotices@unioncounsel.net

Sanaea Daruwalla on behalf of Interested Party Courtesy NEF
sdaruwalla@bwslaw.com

Lawrence J Hilton on behalf of Creditor Cerner Corporation
lhilton@hewittoneil.com, pgarnica@hewittoneil.com

Mary D Lane on behalf of Debtor Victor Valley Community Hospital
mlane@pszjlaw.com

Samuel R Maizel on behalf of Debtor Victor Valley Community Hospital
smaizel@pszjlaw.com, smaizel@pszjlaw.com

Scotta E McFarland on behalf of Debtor Victor Valley Community Hospital
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

Misty A Perry Isaacson on behalf of U.S. Trustee United States Trustee (RS)
misty.isaacson@usdoj.gov

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

## II. SERVED BY OVERNIGHT MAIL

*See attached 2002 Service List*

## II. SERVED BY U.S. MAIL

*See attached Counterparties Service List*

## III. SERVED BY PERSONAL DELIVERY

*See attached 2002 Service List*

## III. SERVED BY FACSIMILE

*See attached 2002 Service List*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

| In re:<br>Victor Valley Community Hospital,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 6:10-bk-39537-CB |
|---|---|

**III.  SERVED BY EMAIL**

*William E. Thomas bthomas @kpcgc.net*

*Tom Patterson tpatterson @ktbslaw.com*

*Charles M. Holzner M.D. charles.holzner @caremore.com*

*See attached 2002 Service List*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

# Victor Valley Community Hospital
## 2002 Service List
### (with emails, telephone and fax)

***Via Email***
Debtor
Victor Valley Community Hospital
Catherine M. Pelley
Chief Executive Officer
15248 Eleventh Street
Victorville, CA  92395
T: (760) 843-6201
F: (760) 843-6020
*Email:  cpelley@vvch.org*

***Via Email***
Board of Directors
Kathy Davis
Chair, Governing Board of Directors
17100 B Bear Valley Rd.
Box 357
Victorville, CA  92395
T: (760) 427-2607
F: (760) 951-1308
*Email:  kathydavis49@hotmail.com*

***Via Email***
Business Counsel to Debtor
Charlie Slyngstad
Burke Williams and Sorenson, LLP
444 S. Flower St., Ste. 2400
Los Angeles, CA  90071
T: (213) 236-0600
F: (213) 236-2700
*Email:  cslyngstad@bwslaw.com*

***Via Email***
Office of the United States Trustee
Misty Isaacson
3685 Main St., Ste. 300
Riverside, CA  92501
T: (951) 276-6990
F: (951) 276-6973
*Email:  Misty.isaacson@usdoj.gov*

## Government Agencies

***Via Email***
Jane O'Donnell
Deputy Attorney General Dept of Justice
Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
T:  (916) 322-0253
F:  (916) 327-2247
*Email:  Jane.ODonnell@doj.ca.gov*

***Via FedEx***
California Health Facilities Financing
Authority
915 Capitol Mall, Suite 590
Sacramento, CA  95814
T: (916) 653-2799

***Via Facsimile***
Office of Statewide Health Planning and
Development
Cal-Mortgage Loan Insurance Division
818 K. Street, Room 210
Sacramento, CA  95814
T: (916) 319-8800
F: (916) 445-2837

## Secured Creditors

***Via Facsimile***
Office of Statewide Health Planning and
Development – State of California
300 Capital Mall
Suite 1500
Sacramento, CA  95814
T: (916) 326-3610
F: (916) 322-2561

*Via Email*
Corwin Medical Group
Manmohan Nayyar, MD
Raman Poola, MD
Anna Sugi
18564 Hwy 18, Suite 110
Apple Valley, CA  92307
T: (760) 242-7777
F: (760) 242-0485
*Email:  mnayyarmd@choicemg.com
         amanpoola@yahoo.com
         sugi@choicemg.com*

*Via Email*
Manmohan Nayyar, MD
Physicians Hospital Management, LLC
18523 Corwin Rd., Suite H
Apple Valley, CA  92307
T: (760) 946-3876
F: (760) 242-1936
*Email:  mnayyarmd@choicemg.com*

*Via Email*
Attorneys for PHM
Michael S. Weiss, Esq.
Weiss & Spees
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
(424) 245-3100 (Telephone)
(424) 245-3199 (Fax)
*Email:  mw@weissandspees.com*

*Via FedEx*
Commonwealth Land Title Company
888 West Sixth Street, 4th Floor
Los Angeles, CA  90017
T: (213) 627-7070

*Via Facsimile*
BNY Western Trust Company
700 South Flower Street, Suite 500
Los Angeles, CA  90017
T: (213) 630-6400
F: (213) 630-6442

*Via Email*
Counsel for East West Bank
Lance Jurich, Esq.
Loeb & Loeb, LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, CA  90067
T: (310) 282-2211
F: (310) 919-3897
*Email:  ljurich@loeb.com*

Interested Parties

*Via Email*
Thomas L. Driscoll, Esq.
Attorney at Law
185 Berry Street, Suite 5511
San Francisco, CA  94107
T: (415) 281-0900
F: (415) 281-0903
*Email: tdriscoll@tld3.com*

*Via Email*
Attorneys for Medtronic
Scott Shields
Euler Hermes UMA, Inc.
369 Pine Street, STE 410
San Francisco, CA 94104
T: (800) 899-4862 x.1308
F: (415) 438-1888
*Email: scott.shields@eulerhermes.com*

*Via Email*
Attorney for Biotronicks
Paul Boyce
Greenberg, Grant & Richards
5858 Westheimer #500
Houston TX  77057
T: (888) 961-1000
F (713) 789-0137
*Email: pboyce@ggrinc.com*

*Via FedEx*
Delta One Partners, Inc.
Corporate Headquarters South
48550 North View Drive
Palm Desert, CA  92260

*Via FedEx*
Delta One Partners, Inc.
Corporate Headquarters North
923 Leneve Place
El Cerrito, CA  94530
T: (510) 527-5455

*Via Facsimile*
Musick, Peeler & Garrett LLP
1 Wilshire Boulevard, Suite 2000
Los Angeles, CA  90017
T: (213) 629-7600
F: (213) 624-1376

*Via Facsimile*
Law Offices of Leslie M. Lava
580 California Street, Suite 1600
San Francisco, CA  94104
T: (415) 331-6464
F: (415) 331-6465

*Via Facsimile*
Westhoff, Cone & Holmstedt
1777 Botelho Drive, Suite 370
Walnut Creek, CA  94596
T: (925) 472-8740
F: (925) 939-5099

*Via Facsimile*
Davis Wright Tremaine LLP
64 Oak Knoll Drive
San Anselmo, CA  94960
T: (415) 276-6500
F: (415) 276-6599

*Via Email*
Daniel Settelmayer, Esq.
Latham & Watkins LLP
PO Box 894256
Los Angeles, CA  90189-4256
T: (213) 485-1234
F: (213) 891-8763
Email:  daniel.settelmayer@lw.com

*Via Email*
Stalking Horse Bidder
Prime Healthcare Inc.
Attn: Lex Reddy
Chief Executive Officer
3300 East Guasti Road, 2nd Fl.
Ontario, CA  91761
T: (909) 235-4410
F: (909) 235-4424
Email:  lexreddy@dvmc.com

*Via Email*
Counsel for Prime Healthcare
Lee Shulman
Mark Bradshaw
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Ste. 300
Foothill Ranch, CA  92610
T: (949) 340-3400
F: (949) 340-3000
Email:  lshulman@shbllp.com
          bradshaw@shbllp.com

*Via Facsimile*
J. Raymond Elliott
President and Chief Executive Officer
Boston Scientific
re: Guidant Corporation
One Boston Scientific Place
Natick, MA 01760-1537
T: (508) 650-8000
F: (508) 650-8923

*Via Facsimile*
Johnson & Johnson Health Care Systems Inc.
425 Hoes Lane
Piscataway, NJ 08854
T: (732) 562-3000
F: (732) 562-7021 or (732) 214-0332

*Via Facsimile*
Radiometer America, Inc.
810 Sharon Drive
Westlake, OH 44145
T: (800) 735-0600
F: (440) 871-2510

*Via Email*
Quadramed
Attention:  Penny W. Collings
QuadraMed Corporation
12110 Sunset Hills Road # 600
Reston VA 20190
Attn: P.Collings
T:  (703) 904-5614
F:  (703) 742-5399
Email:  pcollings@quadramed.com

*Via Facsimile*
Stephen M. O'Hara
President and CEO
Angelica Textile Services (R-Colton
1105 Lakewood Parkway #210
Alpharetta, GA  30004
T: (678) 823-4100
F: (678) 823-4165

*Via Facsimile*
Daniel Settelmayer, Esq.
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles CA 90071-1560
T: (213) 891-8762
F: (213) 891-8763

**Twenty Largest Unsecured Creditors**

*Via Email*
Medtronic USA
Bank of America Lock Box Service
4642 Collection Center Dr.
Chicago, IL  60693
T: (800) 511-0934
Email:  steve.j.carlson@medtronic.com

*Via Email*
Medtronic USA World Headquarters
Gary Ellis, CFO
710 Medtronic Parkway
Minneapolis, MN  55432-5604
T: (763) 514-4000
F: (763) 514-4879
Email:  steve.j.carlson@medtronic.com

*Via Facsimile*
CA Department of Health-Genetic
Box 186 2163 Meeker Ave.
Richmond, CA  94804-6410
T: (510) 412-1541
F. (510) 412-1559

*Via Facsimile*
Stryker Medical
PO Box 93308
Chicago, IL  60673-3308
T: (800) 327-0770
F: (269) 324-5485

*Via Facsimile*
Curt Hartman
Stryker Medical
3800 E. Centre Ave.
Portage, MI  49002
T: (269) 329-2100
F: (269) 329-2213

*Via Express Mail*
Depuy Orthopaedics
File #74115
PO Box 60000
San Francisco, CA  94160
(800) 255-2500

*Via Facsimile*
Depuy Orthopaedic
700 Orthopaedic Drive
Warsaw, IN  46581-0988
T: (800) 366-8143
F: (574) 267-7196

*Via Facsimile*
DePuy Orthopaedics, Inc.
David Floyd
President
700 Orthopaedic Drive
Warsaw, IN 46582
T: 574-267-8143 or 800-473-3789
F: 574-371-4865

*Via Facsimile*
Westcliff Medical Lab, Inc.
Richard Nicholson
President and CEO
1821 E. Dyer Rd., Suite 100
Santa Ana, CA  92705
T: (949) 724-3900
F: (949) 222-1153

*Via Email*
PHS Professional Hospital Supply
PO Box 23229
Pasadena, CA  91185-3229
T: (951) 296-2600
Email:  pamr@phsyes.com

*Via Facsimile*
Rick Bertran
Director, Corporate Accounts
Professional Hospital Supply – Corporate
Office
42500 Winchester Road
Temecula, CA  92590
T: (951) 296-2600
F: (951) 296-2624

*Via Facsimile*
Thompson Engineering
Joseph Lira
Vice President of Operations
2205 Fleetwood Drive
Riverside, CA  92509
T: (805) 529-8909
T: (951) 784-7270
F: (951) 784-5435
Email:  jlira@thompsone.com

*Via Facsimile*
Sourcecorp Health Serv. Arts, Inc.
PO Box 50422
Los Angeles, CA  90074-0422
T: (214) 740-6500
F: (214) 740-6906

*Via Facsimile*
Sourcecorp HealthServe Consulting
Ralph Burns, President
3232 McKinney Avenue
Dallas, TX  75204
T: (800) 448-2633
F: (888) 291-2961

*Via Email*
Sorin Group
Dept. CH19295
Palatine, IL  60055-9295
T: (877) 663-7674
Email:  lois.ward@sorin.com
        Krystine.castrodale@sorin.com

*Via Facsimile*
Demetrio Mauro
Sorin Group
Vice President Finance & IT
via Benigno Crespi 17
20159 Milano, Italy
T: +39-02-69969509/510
F: +33-1-46013019

*Via Email*
Health Care Legal Services
1508 East Warner Avenue
Santa Ana, CA  92705-5462
T: (714) 415-3000
F: (714) 434-3788
Email: tlaurie@hclscope.com

*Via Facsimile*
Health Care Legal Services
1508 Brookhollow Drive, Suite 360
Santa Ana, CA  92705-5462
T: (714) 415-3000
F: (714) 434-3788

*Via Facsimile*
Jeff Peters, President
Surgical Directions, LLC
541 N. Fairbanks, Ste. 2740
Chicago, Il  60611
T: (321) 239-2963
F: (312) 396-5419

*Via Email*
Cardinal Health Pharmaceutical Dist.
14265 Collections Center Drive
Chicago, Il  60693
T: (614) 757-5000
Email: aurunda.oliver@cardinalhealth.com

*Via FedEx*
Cardinal Health
Attn:  Robert Speeney
7000 Cardinal Place
Dublin, Ohio  43017

*Via Facsimile*
George S. Barrett
Chairman and CEO
Cardinal Health
7000 Cardinal Place
Dublin, OH  43017
T: (614) 757-5000
F: (614) 757-6000

*Via Facsimile*
Alpha Fund
2969 Prospect Park Dr., Suite 250
Rancho Cordova, CA  95670
T: (916) 266-6100
F: (916) 266-0317

*Via Facsimile*
Stryker Endoscopy
c/o Stryker Sales Corporation
PO Box 93276
Chicago, Il  60673-3276
T: (800) 435-0220
F: (800) 729-2917

*Via FedEx*
Stephen P Macmillan
Chief Executive Officer
Stryker Endoscopy
5900 Optical Court
San Jose, CA  95138
T: (800) 624-4422
F: (408) 754-2505

*Via Email*
Mark G. Naughton
Chief Financial Officer
Cerner Corporation
2800 Rockcreek Pkwy.
Kansas City, MD  64117
T: (816) 201-1024
F: (816) 474-1742
Email: egeis@cerner.com

*Via Email*
Premium Financing Specialists of CA
1702 E. Highland Ave. #110
Phoenix, AZ  85016
T:  (602) 494-6980 (voice)
F:  (602) 494-6990 (fax)
*Emails: sean.hoffman@premiumfinance.com*
*       jim.bennett@premiumfinance.com*

*Via FedEx*
IPFS Corporation of California, fka Premium
Financing Specialists of California
601 South Glenoaks Boulevard
Burbank, CA 91503-4210
T: (818) 848-9430
F: (818) 848-9702

*Via Facsimile*
Bryan Andres
Executive Vice President and Chief
Financial Officer
IPFS Corporation of California, fka Premium
Financing
427 West 12th Street, Suite 100
Kansas City, MO 64105
T: (816) 627-0500
F: (816) 627-0502

*Via Facsimile*
Scott Shields (For Medronics)
Vice President West Coast Division
Euler Hermes, UMA, Inc.
369 Pine Street, Ste. 410
San Francisco, CA  94104
T: (800) 899-4862
F: (415) 438-1888

*Via Email*
Anthem Blue
Department 5812
Los Angeles, CA, 90074
*Email: Pamela.drinkard@wellpoint.com*

*Via Email*
Physicians Hospital Management, LLC
18523 Corwin Rd., Suite H
Apple Valley, CA  92307
T: (760) 946-3876
F: (760) 242-1936
*Email: mnayyarmd@choicemg.com*

*Via FedEx*
Desert Physicians Management, LLC
Attn: Administrator
18564 Highway 18, Suite 110
Apple Valley, CA 92307

*Via Email*
Spinal Graft Tech
Medtronic USA
12099 Collections Center Drive
Chicago, IL  60693
*Email: steve.j.carlson@medtronic.com*

*Via FedEx*
Medtronic Sofamor Danek
12099 Collections Center Drive
Chicago, IL  60693

*Via Email*
Stewart Kahn, SVP
Prospect Medical Holdings, Inc.
1920 E. 17th Street, Suite 200
Santa Ana, CA  92705
310-943-4508 (WLA)
714-796-5916 (Santa Ana)
310-780-4161 (Cell)
*Email:  Stewart.Kahn@prospectmedical.com*

**Requests for Special Notice**

*Via Email*
Attorneys for Professional Hospital Supply
Kirk Barber
Kirk Barber Law Group, A.P.L.C.
43426 Business Park Drive
Temecula, CA 92590
(951) 694-8295 (Telephone)
(951) 694-8269 (Facsimile)
*Email:  kirk@kbarberlaw.com*

# VICTOR VALLEY COMMUNITY HOSPITAL
## COUNTERPARTIES SERVICE LIST

AMICAS
LOCKBOX ACCOUNT
P. O.  BOX 100838
ATLANTA, GA 30384-0838

ANGELICA TEXTILE SERVICES-R-COLTON
ATTN: LUCY SAAL
1105 LAKEWOOD PARKWAY SUITE 210
ALPHARETTA, GA 30004

APATITE SELF STORAGE
12217 APATITE LANE
VICTORVILLE, CA 92392

APEX CCL STAFFING SERVICE
10935 FORDHAM COURT
ALTA LOMA, CA 91701

APPLE VALLEY CHRISTIAN CARE CENTER
11959 APPLE VALLEY RD
APPLE VALLEY, CA 92308

ARORA M.D., VIJAY
16167 SISKIYOU RD
APPLE VALLEY, CA 92307

ARROWHEAD REGIONAL MEDICAL CENTER
400 N PEPPER AVE
COLTON, CA 92324

ASSISTANCE LEAGUE OF VICTOR VALLEY
PO BOX 39
APPLE VALLEY, CA 92307

BAMBHANIA, RAMESH MD
16003 TUSCOLA RD
STE H
APPLE VALLEY, CA 92307

BARSTOW COMMUNITY HOSPITAL
P.O. BOX 844809
DALLAS, TX 75284-4809

BARSTOW COMMUNITY HOSPITAL
P.O. BOX 844809
DALLAS, TX 75284-4809

BARSTOW COMMUNITY HOSPITAL
P.O. BOX 844809
DALLAS, TX 75284-4809

BHAGAT M.D., BIPINCHANDRA
17290 JASMINE STREET
SUITE 101
VICTORVILLE, CA 92395

BHUTWALA M.D., ASHVIN
17450 MAIN STREET
SUITE #D
HESPERIA, CA 92345

BIOSYSTEMS
28161 NORTH KEITH DRIVE
LAKE FOREST, IL 60045

BISWAS M.D., NANDA
12677 HESPERIA ROAD
VICTORVILLE, CA 92392

BLOODBANK OF SAN BERNARDINO
384 ORANGE SHOW ROAD
SAN BERNARDINO, CA 92412

BUSINESS CONTROLS INC
5995 GREENWARD PLAZA BLVD
STE 11C
ENGLEWOOD, CO 80111

CALIFORNIA HEALTH FOUNDATION
1215 K STREET
SUITE 800
95814

CALIMLIM M.D., MARCELINO
15247 ELEVENTH ST
VICTORVILLE, CA 92394

CALLIBRA, INC., DBA DISCHARGE 1-2-3
150 N MARTINGALE ROAD
SUITE 838
SCHAUMBURG, IL 60173

CAMERON AND COMPANY, INC.
114 N TOWN CENTER DR
LAS VEGAS, NV 89144

CAPPILLA, ARTHUR
6442 COLDWATER CANYON AVE.,
SUITE 109
NORTH HOLLYWOOD, CA 91606

CARDIAC SCIENCE
DEPT 0587
P O  BOX 120587
DALLAS, TX 75312-0587

CARDINAL HEALTH
ALARIS PRODUCTS
3698 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CAREER COLLEGES OF AMERICA
184 W CLUB CENTER DRIVE
STE K
SAN BERNARDINO, CA 92408

CAREER COLLEGES OF AMERICA
184 W CLUB CENTER DRIVE
STE K
SAN BERNARDINO, CA 92408

CERNER CORPORATION
2800 ROCKCREEK PARKWAY
KANSAS CITY, MO 64117

CHAFFEY COLLEGE
5885 HAVEN AVENUE
RANCHO CUCAMONGA, CA 91737

CHANDRASHEKHAR, RAVINDRA MD
12675 HESPERIA R.
VICTORVILLE, CA 92395

CHEN, MAIHSIEN MD
16085 TUSCOLA RD
STE 1
APPLE VALLEY, CA 92307

CHOW, STEPHEN MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

CLARIENT LABORATORY SERVICES, INC.
PO BOX 51268
LOS ANGELES, CA 90051-5568

CLEANHARBORS
PO BOX 3442
BOSTON, MA 02241

CMRE FINANCIAL SERVICES, INC.
3350 BIRCH STREET
SUITE 200
BREA, CA 92821

CONCORD CAREER INSTITUTE
201 EAST AIRPORT DR
SUITE A
SAN BERNARDINO, CA 92408

COUNTY OF SAN BERNARDINO
351 MOUNTAIN VIEW AVE
SAN BERNARDINO, CA 92415-0010

CYMETRIX
PO BOX 51302
LOS ANGELES, CA 90051

CYRACOM INTERNATIONAL
5780 N SWAN RD
TUCSON, AZ 85718

DALUVOY M.D.,RAO
16850 BEAR VALLEY RD
VICTORVILLE, CA 92392

DALUVOY M.D.,RAO
908 E. MAIN STREET
BARSTOW, CA 92311

DATA SYSTEM GROUP
2331 ALHAMBRA BLVD
SACRAMENTO, CA 95817

DEDICATED BIOPSY SERVICES, INC
1466 OLDENBURG LANE
NORCO, CA 92860

DELA CRUZ M.D.,CELESTINA
15247 ELEVENTH ST
STE 800
VICTORVILLE, CA 92395

DEPARTMENT OF HEALTH SERVICES
PO BOX 997413
SACRAMENTO, CA 95899-7413

DESERT CITIES DIALYSIS
12675 HESPERIA RD
VICTORVILLE, CA 92392

DESERT KNOLLS CONVALESCENT HOSPITAL
14973 HEPERIA RD
VICTORVILLE, CA 92395

DESERT SIERRA CANCER SURVEILLANCE
11368 MOUNTAIN VIEW AVE
SUITE C
LOMA LINDA, CA 92354

DICICOMO GEFFERS AND ASSOCIATES
20961 MORNINGSIDE DR
TRABUCO CANYON, CA 92679

DIVERSIFIED BIOPHARMA SOLUTIONS INC
25612 BARTON ROAD, SUITE 340
LOMA LINDA, CA 92354

DOCU-TRUST
145 EAST MILL STREET
SAN BERNARDINO, CA 92408

DODDS M.D.,STEVEN
17868 HIGHWAY 18
STE 416
APPLE VALLEY, CA 92307

DRUG ABUSE WARNING NETWORK
1650 RESEARCH BLVD
ROCKVILLE, MD 20850

DSG SYSTEM SOFTWARE
2322 CAPITAL AVE
SACRAMENTO, CA 95816

DUGGAN HIM SERVICES, INC
7559 NORTHLAND AVE
SAN RAMON, CA 94583

EAST WEST BANK
2090 HUNTINGTON DRIVE
2ND FLOOR
SAN MARINO, CA 91108

ECOLAB PEST ELIMINATION DEVISION
P.O. BOX 6007
GRAND FORKS, ND 58206

ECONOMIC ALTERNATIVES, INC.
1307 WEST 6TH STREET
SUITE 203
CORONA, CA 92882-3173

EDWARD MATTHEWS
15019 NANTICOKE
APPLE VALLEY,, CA 92308

EMERALD HEALTH SERVICES
DEPARTMENT 6221
LOS ANGELES, CA 90084-6221

EPIC MANAGEMENT GROUP INC
4387 CLAIR STREET
P O  BOX 2531
MONTCLAIR, CA 91763-1031

FISCHL M.D., PETER
16130 KOKANEE RD
SUITE 103
APPLE VALLEY, CA 92307

GANESH M.D.,NARESH
15982 TUSCOLA RD
STE A
APPLE VALLEY, CA 92307

GAUTAM, RAVINDRA M.D.
PO BOX 1519
BARSTOW, CA 92312

GE MEDICAL SYSTEMS
5517 COLLECTION CENTER DR
CHICAGO, IL 60693

GHAEL, DINESHCHANDRA
11919 HESPERIA RD
STE 1
HESPERIA, CA 92345

GILL M.D., VIVEK
9723 SIERRA VISTA
PHELAN, CA 92371

GOLDEN STATE ANETHESIA CONSULTANTS
PO BOX 50045
PASADENA, CA 91115

GREELY MEDICAL STAFF
200 HOODS LANE
MARBLEHEAD, MA 01945

GROVER M.D., RAKESH
16018 TUSCOLA RD
SUITE #2
APPLE VALLEY, CA 92307

GUHA M.D., AMAL
16124 LASOTA RD
STE A
APPLE VALLEY, CA 92307

HALO UNLIMITED INC
21520-G YORBA LINDA BLVD #354
YORBA LINDA, CA 92887

HEALTH CARE CONCEPTS
1575 DELUCCHI LANE
SUITE 204
RENO, NV 89502

HEALTH CARE INFUSION LLC
6710 N. SCOTTSDALE RD
SUITE 235
PARADISE VALLEY, AZ 85253

HEALTH CARE LEGAL SERVICES
39867 TREASURY CENTER
CHICAGO, IL 60691

HEALTH SERVICES ADVISORY GROUP
700 N BRAND BLVD
SUITE 410
GLENDALE, CA 91203

HEALTHCARE RESOURCE GROUP
476394 HWY 95
STE 201
PONDERAY, ID 83852

HEALTHCARE SERVICES INTERNATIONAL
P.O.BOX 12828
PHILADELPHIA, PA 19101

DOCS_LA:224968.1

HEALTHLINE SYSTEMS, INC
17085 CAMINO SAN BERNARDO
SAN DIEGO, CA 92127

HEALTHLINE SYSTMES

HERITAGE
PO BOX 7014
LANCASTER, CA 93539

HFS CONSULTANTS
505 FOURTEENTH ST. FIFTH FLOOR
OAKLAND, CA 94612

HFS CONSULTANTS
505 FOURTEENTH ST. FIFTH FLOOR
OAKLAND, CA 94612

HI DESERT ALARM
BELL MOUNTAIN ENTERPRISES, INC
16637 MOJAVE DR
VICTORVILLE, CA 92395-3856

HI DESERT ALARM
BELL MOUNTAIN ENTERPRISES, INC
16637 MOJAVE DR
VICTORVILLE, CA 92395-3856

HIGH DESERT  CREDITORS SERVICE
14608 MAIN STREET
SUITE B
VICTORVILLE, CA 92392

HIGH DESERT CARDIO-PULMONARY MED
16017 TOSCOLA RD
SUITE A
APPLE VALLEY, CA 92307

HIGH DESERT ENDOSCOPY CENTER
18523 CORWIN RD
SUITE H2
APPLE VALLEY, CA 92307

HILTON GARDEN INN
12603 MARIPOSA RD
VICTORVILLE, CA 92395

HOSPITAL EMPLOYEE LABOR POOL, LLC
5400 ORANGE AVE
SUITE 101
CYPRESS, CA 90630

HVIDSTON R.N., VICKI
3780 SALISH TRAIL
STEVENSVILLE, MT 59870

I.C.R. SEARCH, INC.
143360 ST ANDREWS DRIVE
SUITE 1
VICTORVILLE, CA 92395

ICEMA
515 NORTH ARROWHEAD AVE
SAN BERNARDINO, CA 92415

IEHP
P.O. BOX 19026
SAN BERNARDINO, CA 92423

IVAR, LLC
6710 SCOTTSDALE ROAD
SUITE 235
PARADISE VALLEY, AZ 85253

KAMATH M.D., RAMADAS
18564 HIGHWAY 18
STE 103 & 104
APPLE VALLEY, CA 92307

KASLOW CONSULTING SERVICES
3458 MALAGA COURT
CALABASAS, CA 91302

KING, LU-WEI M.D
18182 OUTER HIGHWAY 18
STE 101 & 102
APPLE VALLEY, CA 92307

KNOLLS WEST
16890 GREEN TREE BLVD
VICTORVILLE, CA 92395

KONICA MINOLTA BUSINESS SOLUTION
PO BOX 7247-0322
PHILADELPHIA, PA 19170

LA QUINTA

LA QUINTA VICTORVILLE
12000 MARIPOSA ROAD
HESPERIA, CA 92345

LAI, TSU MD
18523 CORWIN ROAD
SUITE B
APPLE VALLEY, CA 92307

LIFESIGNS,INC
2222 LAVERNA AVE
LOS ANGELES, CA 90041

MARYLAND HOSPITAL ASSOCIATION
ATTN: GAIL WILSON
6820 DEERPATH ROAD
ELKRIDGE, MD 21075

DOCS_LA:224968.1

MATHESON TRI*GAS
PO BOX 845502
DALLAS, TX 75284-5502

MATNEY M.D.,GLENN
12402 INDUSTRIAL BLVD
VICTORVILLE, CA 92395

MATNEY, M.D., GLENN
12402 INDUSTRIAL BLVD
SUITE B-1
VICTORVILLE, CA 92395

MED STAFF HEALTHCARE SOLUTIONS
P.O. BOX 404691
ATLANTA, GA 30384

MEDICAL DATA EXCHANGE
ONE WORLD TRADE CENTER
SUITE 2400
LONG BEACH, CA 90831

MEDICAL MARKETPLACE
PO BOX 2483
APPLE VALLEY, CA 92307

MEDICAL MARKETPLACE
PO BOX 2483
APPLE VALLEY, CA 92307

MEDQUIST, INC
P O  BOX 10832
NEWARK, NJ 07193

MEMON, M.D. RADHA
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

MILLIMAN CARE GUIDELINES, LLC
719 2ND AVE
SUITE 300
SEATTLE, WA 98104

MKH TESTING & INSPECTION, INC
4195 CHINO HILLS PKWY
#619
CHINO HILLS, CA 91709

MONEKE M.D., VICTOR
15995 TUSCOLA RD
STE 208
APPLE VALLEY, CA 92307

MURTHY M.D., NIRMALA
18523 CORWIN RD
STE H
APPLE VALLEY, CA 92307

NASHED M.D.,EZZAT
16200 BEAR VALLEY ROAD #102
VICTORVILLE, CA 92395

NHUNG, TRAN MD
15998 QUANTICO RD
STE A
APPLE VALLEY, CA 92307

NIHON KOHDEN
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

NUCLEAR BROKERS
207 BULLARD LANE
ALPINE, CA 91901

NWAGWU M.D.,ODOCHI
11678 RANCHO RD
ADELANTO, CA 92301

OHIAERI M.D., IKE
14344 CAJON AVE STE 102
VICTORVILLE, CA 92392

OMEGA HEALTHCARE STAFFING
PO BOX 881774
SAN FRANCISCO, CA 94188

ONE LEGACY
221 SOUTH FIGUEROA
SUITE 500
LOS ANGELES, CA 90012

ORCHARD SOFTWARE CORPORATION
701 CONGRESSIONAL BLVD
SUITE 360
CARMEL, IN 46032

OUR 365 INC.
3613 MUELLAR ROAD
SAINT CHARLES, MO 63301

PATEL M.D.,MUKESCHANDRA
P.O. BOX 1090
SUITE 220
VICTORVILLE, CA 92393

PATHI, RAMA M.D.
18145 HIGHWAY 18
STE D
APPLE VALLEY, CA 92307

PAYMENTECH
PO BOX 6600
HAGERSTOWN, MD 21741

PAZDRAL, M.D. WILLIAM
15247 ELEVENTH ST.
STE 500
VICTORVILLE, CA 92395

DOCS_LA:224968.1

PELLEY, CATHERINE
13057 ASTER RD
APPLE VALLEY,, CA 92307

PHYSICIANS HOSPITAL MANAGMENT LLC
18523 CORWIN RD
SUITE H
APPLE VALLEY, CA 92307

PHYSICIANS SURGERY CENTER
12567 HESPERIA RD
VICTORVILLE, CA 92392

PICC LINE ACCESS,INC.
822 KILMARNOC WAY
RIVERSIDE, CA 92508

POMONA VALLEY MEDICAL CENTER
1798 NORTH GAREY AVE
POMONA, CA 91767

PRAXAIR
230-PRAXAIR DISTRIBUTION INC
DEPT LA 21511
PASADENA, CA 91185-1511

PRE-EMPLOY.COM, INC
P O  BOX 491570
REDDING, CA 96049

PRECISION ORTHOTICS & PROSTHETICS
2550 BEVERLY BLVD
SUITE 201
LOS ANGELES, CA 90057

PREMIER PURCHASING  PARTNERS
2100 DOUGLAS BLVD
PO BOX 619002
ROSEVILLE, CA 95661

PROFESSIONAL HOSPITAL SUPPLY INC
41980 WINCHESTER ROAD
TEMECULA, CA 92590

PROFESSIONAL RESEARCH CONSULTANTS,
11326  P ST
OMAHA, NE 68137

PRUDENTIAL OVERALL SUPPLY
P.O. BOX 11210
SANTA ANA, CA 92711

PURI M.D.,RAJIV
12830 HESPERIA ROAD SUITE A
VICTORVILLE, CA 92392

PYXIS CORPORATION
3750 TORREY VIEW COURT
SAN DIEGO, CA 92130

PYXIS CORPORATION
3750 TORREY VIEW COURT
SAN DIEGO, CA 92130

QUADRAMED CORPORATION
NJIC
700 LAKE DRIVE,
AMBLER, PA 19002

RADIOMETER AMERICA
13217 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

RADLAUER, GERALD
18031 HIGHWAY 18 STE C
APPLE VALLEY, CA 92307

RADNET
1510 COTNER AVE
LOS ANGELES, CA 90025

RAJASEKHAR M.D.,DAMODARA
18182 OUTER HWY 18
SUITE 103
APPLE VALLEY, CA 92307

RAPA MANAGEMENT CONSULTANTS
1125 EAST BROADWAY
#33
GLENDALE, CA 91205

READYLINK
PO BOX 1047
THOUSAND PALMS, CA 92276

REDDINET
515 SOUTH FIGUEROA ST
STE 1300
LOS ANGELES, CA 90071

REHABABILITIES, INC
PO BOX 1565
RANCHO CUCAMONGA, CA 91729-1565

RELIABLE NURSING SOLUTIONS, INC.
16057 KAMANA ROAD
UNIT B
APPLE VALLEY, CA 92307

RESIDENCE INN MARRIOTT
2025 CONVENTION CENTER WAY
ONTARIO, CA 91764

RISE INTERPRETING INC
3337 W FLORIDA AVE
#131
HEMET, CA 92545

RNI STAFFING
18401 BURBANK BLVD
STE 201
TARZANA, CA 91356

ROCHE DIAGNOSTIC CORPORATION
DEPT AT 952243
ATLANTA, GA 31192-2243

SALAZAR M.D.,JUVILUSAN
12760 HESPERIA RD
STE C
VICTORVILLE, CA 92395

SAN BERNARDINO COUNTY SCHOOLS
601 NORTH E STREET
SAN BERNARDINO, CA 92410

SANTA BARBARA CITY COLLEGE
721 CLIFF DRIVE
SANTA BARBARA, CA 93109

SCHINDLER ELEVATOR CORPORATION
P. O. BOX 93050
CHICAGO, IL 60673

SHARMA M.D.,AKHIL
17257 JASMINE ST
STE A
VICTORVILLE, CA 92395

SHARMA M.D.,APARNA
17450 MAIN ST
STE E
HESPERIA, CA 92345

SIEMANS HEALTHCARE DIAGNOSTICS INC.
PO BOX 6101
NEWARK, DE 19714

SIVERTS PUBLISHING LLC
14808 CHOCO RD
APPLE VALLEY, CA 92307

SOBRERA, MARILOU MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

SOBRERA, MARILOU MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

SPARKS LAW FIRM
650 TOWN CENTER DRIVE
SUITE 1200
COSTA MESA, CA 92626

ST. MARY MEDICAL CENTER
DEPT LA 21514
PASADENA, CA 91185-1514

STARPOINT HEALTH
14400 BEAR VALLEY RD
VICTORVILLE, CA 92392

STEPHENSON ACQUISO & COLMAN
303 NORTH GLENOAKS BLVD
STE 700
BURBANK, CA 91502

STERICYCLE
28161 N KEITH DRIVE
LAKE FOREST, IL 60045

SURGICAL DIRECTIONS,LLC
541 N. FAIRBANKS STE.2740
CHICAGO, IL 60611

SYSMEX
P O BOX 94002
CHICAGO, IL 60690

SYSMEX
P O BOX 94002
CHICAGO, IL 60690

TADROS, M.D. REDA M., INC
848 WEST HUNTINGTON DR
UNIT 7
ARCADIA, CA 91007

TADROS, M.D. REDA M., INC
848 WEST HUNTINGTON DR
UNIT 7
ARCADIA, CA 91007

TEAMHEALTH WEST
520 NORTH CENTRAL AVE, SUITE #750
GLENDALE, CA 91203

THE CAMDEN GROUP
100 N SEPULVEDA BLVD
SUITE 600
EL SEGUNDO, CA 90245

THE GOVERNANCE INSTITUTE
6333 GREENWICH DRIVE
SUITE 200
SAN DIEGO, CA 92122

TIC TWO MANAGEMENT, LLC
PO BOX 2110 12402 INDUSTRIAL BLVD
B-2
VICTORVILLE, CA 92393-2110

TMAD
320 NORTH HELSTEAD STREET
SECOND FLOOR
PASADENA, CA 91107

TOP NOTCH NETWORK SOLUTIONS
15401 ANACAPA RD. SUITE 2
VICTORVILLE, CA 92392

TOSHIBA AMERICA MEDICAL CREDIT
PO BOX 41601
PHILADELPHIA, PA 19101-1601

TRIAGE CONSULTING GROUP
211 MAIN ST
SUITE 1100
SAN FRANCISCO, CA 94105

UNITED CODING
17011 BEACH BLVD., #900
HUNTINGTON BEACH, CA 92647

UNIVERSITY OF CALIFORNIA/SAN DIEGO
UCSD EXTENSION HEALTHCARE
9500 GILMAN DRIVE 0170 EAST
LA JOLLA, CA 92093

VACHIRAKORNTONG M.D.,VIRUCH
15998 QUANTICO RD
STE A
APPLE VALLEY, CA 92307

VALENCIA M.D.,RAINILDA
12677 HESPERIA ROAD
STE 160
VICTORVILLE, CA 92392

VALLEY REAL ESTATE HOLDINGS-DESERT
18564 HIGHWAY 18
SUITE 110
APPLE VALLEY, CA 92307

VELASQUEZ M.D.,JOEL
12677 HESPERIA RD
STE 130
VICTORVILLE, CA 92395

VERTEX INC
1041 OLD CASSATT RD
BERWYN, PA 19312

VICTOR VALLEY COMMUNITY COLLEGE
18422 BEAR VALLEY RD
VICTORVILLE, CA 92395

VICTOR VALLEY MEMORIAL PARK
15609 ELEVENTH STREET
MISSION HILLS, CA 91395

VICTOR VALLEY UNION HIGH SCHOOL
601 NORTH E STREET
SAN BERNARDINO, CA 92410

VIEWPOINT MEDICAL CENTER
15366 11TH STREET, SUITE Y
VICTORVILLE, CA 92392

VILLAROSA M.D.,DANIEL
18145 HIGHWAY 18
STE F
APPLE VALLEY, CA 92307

WEBER STATE UNIVERSITY
3901 UNIVERSITY CIRCLE
OGDEN, UT 84408

WEEDEN, GLENN MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

WEEDEN, GLENN MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

WEST COAST ULTRASOUND INSTITUTE
3700 E INLAND EMPIRE
SUITE 550
ONTARIO, CA 91764

WEST COAST UNIVERSITY
200 EAST BAKER STREET
COSTA MESA, CA 92626

WESTCLIFF MEDICAL LAB, INC
1821 E DYER RD
SUITE 100
SANTA ANA, CA 92705

WHITE DOVE PROFESSIONAL BUILDING
15203 11TH ST
SUITE A
VICTORVILLE, CA 92392

WHITE DOVE PROFESSIONAL BUILDING
15203 11TH ST
SUITE A
VICTORVILLE, CA 92392

WHITE, FLORENCE
NON PROFIT DEVELOPMENT SERVICES
15490 CIVIC CENTER DRIVE
SUITE 106
VICTORVILLE, CA 92392

WHITE, PAUL M.D.
15247 ELEVENTH ST
STE 100
VICTORVILLE, CA 92395

WIKA ENDOSCOPY CENTER
18056 ENDOSCOPY CENTER
APPLE VALLEY, CA 92307

WILBURN M.D.,WANDA
16000 APPLE VALLEY RD
STE C3
APPLE VALLEY, CA 92307

WINGATE DUNROSS, INC.
28632 ROADSIDE DR
SUITE 203
AGOURA HILLS, CA 91301

WONG M.D.,WILLIAM KONG D.
15203 ELEVENTH STREET
SUITE B
VICTORVILLE, CA 92392

WRIGHT, WILLLIAM
4450 CALIFORNIA AVENUE
SUITE 295
BAKERSFIELD, CA 93309

YELLOW CAB OF VICTORVILLE
12171 PLUTO DRIVE
92395

**TAXING AGENCIES**

ANNETTE KERBER-ASST
TREASURER-TAX COLL
ASSISTANT TREASURER-TAX
COLLECTOR
172 W THIRD ST, 1ST FLR
SAN BERNARDINO, CA 92415-0360

BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO, CA 94279-8022

County of Riverside
Auditor-Controller
PO Box 1326 Lemon Street
11th Floor
Riverside, CA 92502

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

Employment Development Department
Bankruptcy Group
PO Box 826880
Sacramento, CA 94280

EMPLOYMENT DEVELOPMENT DEPT.
PO BOX 826846
SACRAMENTO, CA 94246-0001

Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812

INTERNAL REVENUE SERVICE
PO BOX 24017
FRESNO, CA 93779

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

INTERNAL REVENUE SERVICE-ACS
P.O. BOX 145566
CINCINNATI, OH 45214

INTERNAL REVENUE SERVICES
PO BOX 660264
DALLAS, TX 75266-0264

Riverside County Treasurer
PO Box 12005
Riverside, CA 92502

## In re Victor Valley Community Hospital
## Miscellaneous Parties to be Served with Sale Motion

**Via Email**
William E. ("Bill") Thomas
Strategic Global Management, Inc.
6800 Indiana Ave., Suite 130
Riverside, California  92506(909) 782-8812
*Email: bthomas@kpcgc.net*
T: (909) 782-8812
F: (909) 782-8850

**Via Email**
Tom Patterson
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
*Email: tpatterson@ktbslaw.com*
T: (310) 407-4035
F: (310) 407-9090

**Via Email**
Charles M. Holzner, M.D., Senior Medical Director
Ken Kim, M.D., Chief Medical Officer
Caremore Health Plan
12900 Park Plaza Dr., Suite 150
Cerritos, CA  90703
*Email:  charles.holzner@caremore.com*