**PETER C. ANDERSON**
UNITED STATES TRUSTEE
**ABRAM S. FEUERSTEIN,** State Bar No. 133775
ASSISTANT UNITED STATES TRUSTEE
**MISTY PERRY ISAACSON,** State Bar No. 193204
TRIAL ATTORNEY
**United States Department Of Justice**
**United States Trustee**
3685 Main Street, Suite 300
Riverside, California 92501-3839
Telephone: (951) 276-6990
Facsimile: (951) 276-6973
Email:    Misty.Isaacson@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>VICTOR VALLEY COMMUNITY HOSPITAL,<br><br>   Debtor. | Case No. 6:10-bk-39537-CB<br><br>Chapter 11<br><br>NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

TO THE UNITED STATES BANKRUPTCY COURT AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that pursuant to 11 U.S.C. § 1102(a), the Office of the United States Trustee hereby appoints the following persons to serve on the Committee of Creditors Holding Unsecured Claims:

Medtronic USA
c/o Paul S. Arrow, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Representative: Steve Carlson
Phone: (213) 891-0700

PHS Professional Hospital Supply
c/o Paul S. Arrow, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Representative: Kirk Barber
Phone: (213) 891-0700

LabWest, Inc.
c/o Michael B. Lubic, Esq.
K&L Gates, LLP
10100 Santa Monica Blvd.
Seventh Floor
Los Angeles, CA 90067
Representative: Rodney W. Brown
Phone: (310) 552-5030

PLEASE TAKE FURTHER NOTICE that the name and address of Debtor, Debtor's Attorney are as follows:

Victor Valley Community Hospital
15248 Eleventh St.
Victorville, CA 92395

Samuel R. Maizel, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Phone: (310) 277-6910

Dated: September 24, 2010

Respectfully submitted,

PETER C. ANDERSON
United States Trustee

/s/ Misty Perry Isaacson
Misty Perry Isaacson
Trial Attorney

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Office of the U. S. Trustee

    3685 Main Street, Suite 300

    Riverside, CA 92501-2804

A true and correct copy of the foregoing document described as: NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 28, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the following:

                                      X Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On September 28, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

                                      X Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on September    , 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Catherine Bauer, bin outside Courtroom 303

                                      ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 28, 2010    Anita Benson | /s/ Anita Benson |
|---|---|
| *Date           Type Name* | *Signature* |

SERVICE LIST

Electronic Service:

Martin R Barash mbarash@ktbslaw.com
Kirk A Barber barberlawgroup@yahoo.com
Manuel A Boigues bankruptcycourtnotices@unioncounsel.net
Sanaea Daruwalla sdaruwalla@bwslaw.com
Lawrence J Hilton lhilton@hewittoneil.com, pgarnica@hewittoneil.com
Mary D Lane mlane@pszjlaw.com
Samuel R Maizel smaizel@pszjlaw.com
Scotta E McFarland smcfarland@pszjlaw.com
Courtney E Pozmantier cpozmantier@ktbslaw.com

Mail Service:

Medtronic USA
c/o Paul S. Arrow, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Representative: Steve Carlson
Phone: (213) 891-0700

PHS Professional Hospital Supply
c/o Paul S. Arrow, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Representative: Kirk Barber
Phone: (213) 891-0700

LabWest, Inc.
c/o Michael B. Lubic, Esq.
K&L Gates, LLP
10100 Santa Monica Blvd.
Seventh Floor
Los Angeles, CA 90067
Representative: Rodney W. Brown
Phone: (310) 552-5030

Victor Valley Community Hospital
15248 Eleventh St.
Victorville, CA 92395