Samuel R. Maizel (CA Bar No. 189301)
Scotta E. McFarland (CA Bar No. 165391)
Mary D. Lane (CA Bar No. 071592)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:      smaizel@pszjlaw.com
             smcfarland@pszjlaw.com
             mlane@pszjlaw.com

Attorneys for Victor Valley Community Hospital, Debtor
and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>VICTOR VALLEY COMMUNITY HOSPITAL,<br><br>                         Debtor. | Case No. 6:10-39537 CB<br><br>Chapter 11<br><br>**REPORT ON THE RESULTS OF THE AUCTION; DECLARATION OF GEORGE D. PILLARI IN SUPPORT THEREOF**<br><br><u>Hearing</u>:<br>Date:  November 9, 2010<br>Time:  2:00 p.m.<br>Place:  Courtroom 303<br>           3420 Twelfth Street<br>           Riverside CA, 92501<br>Judge: Honorable Catherine E. Bauer |

**PLEASE TAKE NOTICE** that on November 5, 2010, at 10:00 a.m., pursuant to the terms

of the *Debtor's Motion For Order (A) Approving Sale Procedures in Connection with Sale of Victor*

*Valley Community Hospital; (B) Scheduling an Auction for the Sale and a Hearing to Approve the*

*Sale; (C) Authorizing the Sale Free and Clear of Liens, Claims, Encumbrances and Interests; and*

*(D) Granting Related Relief* (the "Sale Motion"), an auction was held at the conference center of the

Hilton Garden Inn Victorville in connection with the proposed sale by Victor Valley Community

Hospital, chapter 11 debtor and debtor in possession (the "Debtor"), of all or substantially all of its

assets (the "Assets").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**PLEASE TAKE FURTHER NOTICE** that the two bidding parties, (1) Victor Valley Hospital Real Estate LLC and Victor Valley Hospital Acquisition, Inc. (collectively "VHA") and (2) stalking horse bidder Prime Healthcare Services Foundation, Inc. ("Prime"), had timely submitted bids and financial qualification information prior to the Auction, had appeared before the Debtor's Board of Directors to explain the non-monetary aspects of their bids prior to the Auction, and then appeared at the Auction where they participated in back and forth bidding on the Assets.

**PLEASE TAKE FURTHER NOTICE** that the winning bid was the $37 million bid by VHA. The second highest bid was the $35 million submitted by Prime.

**PLEASE TAKE FURTHER NOTICE** that the following matters were clarified on the record before the close of bidding and, where appropriate, will be set forth in the Asset Sale Agreement (the "ASA") between VHA and Debtor or in the Sale Order in a manner consistent herewith:

1.      Cash in the Debtor's possession at the closing is NOT being acquired by VHA; it being understood and agreed by Debtor that Debtor will only draw down cash under the Postpetition Revolving Credit and Security Agreement dated as of September 16, 2010 ("DIP Loan Agreement") in the ordinary course of business consistent with the DIP Loan Agreement and the budgetary requirements thereof.

2.      In the event the lender (the "DIP Lender") under the DIP Loan Agreement makes a demand for the payment, prior to the Closing of the sale of the Assets to VHA, of the loan (the "DIP Loan") made under the DIP Loan Agreement in accordance with the terms of the DIP Loan Agreement or in the event the Debtor needs to borrow additional funds in accordance with the DIP Loan Agreement, VHA authorizes the Debtor to use such amount of the Good Faith Deposit provided to the Debtor in connection with the ASA as is necessary to pay the DIP Lender for amounts outstanding under the DIP Loan Agreement (the "Payment") and for such additional advances as are permitted in connection with the DIP Loan Agreement; provided that with respect to the Payment and such additional advances, VHA will stand in the shoes of the DIP Lender with respect to the DIP Loan and with respect to all rights and remedies of the DIP Lender under the DIP Loan Agreement and the Court Order approving the DIP Loan Agreement; including the DIP Liens

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

and DIP Super-Priority Claim; and provided further that (a) VHA will have no obligation under the DIP Loan Agreement to make any further advances to the Debtor other than those provided for above; and (b) VHA, if VHA is the purchaser of the Assets, will forgive the amount of the DIP Loan at the Closing of the sale of the Assets to VHA..

3.      To the extent that VHA assumes either the secured obligation as of February 2, 2005, in the principal amount of $6 million pursuant to the Loan Agreement with Physicians Hospital Management, LLC ("PHM Loan") secured by a trust deed on Debtor's real estate or the secured obligation in the principal amount of $700,000 to Corwin Medical Group, Inc., IPA ("Corwin"), rather than paying such obligation(s) at closing, VHA is required to provide at the closing releases of the Debtor from such secured obligation(s).

4.      Avoidance actions against any parties and any claims of the Debtor against PHM are not being acquired by VHA and therefore will remain with the Estate.

5.      The Inland Empire Health Plan ("IEHP") has filed a Conditional Non-Opposition to the Sale of Victor Valley Community Hospital.  Debtor advised the bidders about the position that IEHP had taken.  Without conceding the standing of IEHP to insist upon any conditions of sale, and without any commitments concerning the IEHP contract, Debtor advises the Court that VHA has committed that the obstetrics and pediatrics services of Debtor will be continued for at least five years after the closing; provided however, that VHA has not committed or agreed to the rates to be charged for such services.

6.      The Department of Health Care Services of California (the "Department") has taken the position that it may withhold future payments of funds under what is commonly known as "Quality Assurance Fees" ("QAF") to pay itself approximately $6.1 million owed by Debtor to the Medi-Cal program for overpayments for periods starting in 1993, through 2007, which sums were repayable by agreement between the Debtor and the Department over an extended period of time ending in 2044.  The Debtor disputes that the Department has a right to withhold QAF payments under the equitable remedies of setoff or recoupment or any other theory.  So far the Department has agreed not to attempt to recoup or setoff against QAF payments coming to the Debtor in November, agreeing with regard to future payments only to negotiate further in good faith.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7.     The United States of America, on behalf of the United States Department of Health and Human Services ("HHS"), and its designated component, the Centers for Medicare and Medicaid Service ("CMS") (collectively the "US"), has taken the position that for the Debtor to assume and assign to a buyer the Medicare Provider Agreements, the buyer must cure the CLIA licensing matter which it considers to be a regulatory default and agree to complete successor liability including, but not limited to, liability for any overpayments arising under the Medicare and MediCal programs and for any liability under the False Claims Act.

8.     VHA understands that some of the numbers in the ASA as they read now are estimates and the actual numbers will control.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Sales Motion, the Debtor seeks the following relief at the hearing on November 9, 2010 at 2:00 p.m.:  (1) approval of, and authorization to consummate, the Successful Bid submitted by VHA and all transactions contemplated in connection therewith; (2) approval of and authorization to consummate, the separate Back-Up Bid of Prime, in the event the Successful Bid is not consummated, only for so long as the Back-Up Bid remains extant under the Sales Motion; and (3) granting of related relief as appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sales Motion, any responses to this Report are to be filed with the Court and served upon the undersigned Debtor's counsel such that they are received by 5 PM on Monday, November 8, 2010.

Dated:    November 8, 2010            PACHULSKI STANG ZIEHL & JONES LLP

By    /s/  Samuel R. Maizel
      Samuel R. Maizel
      Scotta McFarland
      Mary D. Lane
      Attorneys for Victor Valley Community
      Hospital, Debtor and Debtor in Possession

## DECLARATION OF GEORGE D. PILLARI

I, George D. Pillari, declare and state as follows:

1.    I am a Managing Director of Alvarez & Marsal Healthcare Industry Group, LLC, financial advisor to Debtor with regard to the sale of its assets in the above referenced case.

2.    On November 5, 2010, at 10:00 a.m., pursuant to the terms of the Debtor's *Motion For Order (A) Approving Sale Procedures in Connection with Sale of Victor Valley Community Hospital; (B) Scheduling an Auction for the Sale and a Hearing to Approve the Sale; (C) Authorizing the Sale Free and Clear of Liens, Claims, Encumbrances and Interests; and (D) Granting Related Relief* (the "Sale Motion"), an auction was held at the conference center of the Hilton Garden Inn Victorville in connection with the proposed sale by Victor Valley Community Hospital, chapter 11 debtor and debtor in possession (the "Debtor") of all or substantially all of its assets (the "Assets"). I conducted the Auction and was personally present in the room at all times when the proceedings were on the record.

3.    Victor Valley Hospital Real Estate LLC and Victor Valley Hospital Acquisition, Inc. (collectively, "VHA") and the stalking horse bidder Prime Healthcare Services Foundation, Inc. ("Prime Healthcare Foundation") had submitted bids with respect to the Auction in writing, before the deadline of October 29, 2010, and both appeared at the Auction to bid on the Assets.

4.    Before the Auction, both bidders had been qualified as confirmed by me or someone working directly under my supervision. Our verification process included: obtaining letters of good standing and availability of funds from the bidders' financial institutions; placing phone calls to specific executives of said financial institutions to verbally verify the contents of the letters; and emailing said executives to further confirm the phone conversations.

5.    At the Auction both bidders increased their bids beyond the written bids submitted by October 29, 2010. The winning bid was the highest bid of $37,000,000 submitted by VHA and was within the qualification for that bidder. The second highest bid was $35,000,000 submitted by Prime Healthcare Services Foundation, Inc ("Prime").

6.    The following matters were clarified on the record before the close of bidding.

      a..    Cash in the Debtor's possession at the closing is NOT being acquired by

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    VHA; it being understood and agreed by Debtor that Debtor will only draw down cash under

2    the Postpetition Revolving Credit and Security Agreement dated as of September 16, 2010

3    ("DIP Loan Agreement") in the ordinary course of business consistent with the DIP Loan

4    Agreement and the budgetary requirements thereof.

5        b.    VHA authorizes the Debtor to repay the DIP Loan (out of the Good Faith

6    Deposit), and to make subsequent necessary advances out of the same source, consistent with

7    the terms thereof and after repayment, will stand in the shoes of the DIP lender with all of the

8    rights and obligations of such lender including the obligation to forgive the DIP Loan upon

9    closing.

10       c.    To the extent that VHA assumes either the secured obligation as of February

11   2, 2005, in the principal amount of $6 million pursuant to the Loan Agreement with

12   Physicians Hospital Management, LLC ("PHM Loan") secured by a trust deed on Debtor's

13   real estate or the secured obligation in the principal amount of $700,000 to Corwin Medical

14   Group, Inc., IPA ("Corwin"), rather than paying such obligation(s) at closing, VHA is

15   required to provide at the closing releases of the Debtor from such secured obligations.

16       d.    Avoidance actions against any parties and any claims of the Debtor against

17   PHM are not being acquired by VHA and therefore will remain with the Estate.

18       e.    The Inland Empire Health Plan ("IEHP") has filed a Conditional Non-

19   Opposition to the Sale of Victor Valley Community Hospital. Debtor advised the bidders

20   about the position that IEHP had taken. VHA has committed that the obstetrics and

21   pediatrics services of Debtor will be continued for at least five years after the closing, with

22   not commitment or agreement to the rates to be charged for such services..

23       f.    The Department of Health Care Services of California (the "Department") has

24   taken the position that it may withhold future payments of funds under what is commonly

25   known as "Quality Assurance Fees" ("QAF") to pay itself approximately $6.1 million owed

26   by Debtor to the Medi-Cal program for overpayments for periods starting in 1993, through

27   2007, which sums were repayable by agreement between the Debtor and the Department over

28   an extended period of time ending in 2044. The Debtor announced this and that it disputes

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  that the Department has a right to withhold QAF payments under the equitable remedies of

2  setoff or recoupment or any other theory. The Debtor announced that so far the Department

3  has agreed not to attempt to recoup or setoff against QAF payments coming to the Debtor in

4  November, agreeing with regard to future payments only to negotiate further in good faith.

5        g.      The United States of America, on behalf of the United States Department of

6  Health and Human Services ("HHS"), and its designated component, the Center for Medicare

7  and Medicaid Service ("CMS") .(collectively the "US"), has taken the position that for the

8  Debtor to assume and assign to a buyer the Medicare Provider Agreements, the buyer must

9  cure the CLIA licensing matter which it considers to be a regulatory default  and agree to

10 complete successor liability including, but not limited to, liability for any overpayments

11 arising under the Medicare and MediCal programs and for any liability under the False

12 Claims Act.

13       h.      VHA understands that some of the numbers in the ASA as they read now are

14 estimates and the actual numbers will control

15     7.     I was present at a meeting of Debtor's Board of Directors after the auction. The

16 Board considered both monetary and non-monetary aspects of the bids prior to reaching its

17 conclusion that Debtor's assets should be sold to VHA, the high bidder.

18     I declare under penalty of perjury under the laws of the United States of America, that the

19 foregoing is true and correct.

20     Executed this 8th day of November 2010, at _San Jose_, California.

23                                 George D. Pillari

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described as **REPORT ON RESULTS OF AUCTION; DECLARATION OF GEORGE D. PILLARI IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 8, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **November 8, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***Via Overnight Mail***
Honorable Catherine Bauer
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 369
Riverside, CA  92501-3819

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| November 8, 2010 | Nancy H. Brown | /s/ Nancy H. Brown |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                 **F 9013-3.1.PROOF.SERVICE**

## I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com

Martin R Barash on behalf of Interested Party The Senior Associates Group, Inc.
mbarash@ktbslaw.com

Kirk A Barber on behalf of Creditor Professional Hospital Supply, Inc.
barberlawgroup@yahoo.com

Manuel A Boigues on behalf of Creditor SEIU United Healthcare Workers - West
bankruptcycourtnotices@unioncounsel.net

Jeff Cohen on behalf of Interested Party Southpaw Asset Management LP
JC@SouthpawAsset.com

Sanaea Daruwalla on behalf of Interested Party Courtesy NEF
sdaruwalla@bwslaw.com

Richard K Diamond (TR) on behalf of Interested Party Courtesy NEF
jlv@dgdk.com, rdiamond@ecf.epiqsystems.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Everett L Green on behalf of U.S. Trustee United States Trustee (RS)
everett.l.green@usdoj.gov

Robert A Hessling on behalf of Interested Party Courtesy NEF
rhessling@dgdk.com

Lawrence J Hilton on behalf of Creditor Cerner Corporation
lhilton@oneil-llp.com, ssimmons@oneil-llp.com

Mark D Houle on behalf of Creditor Health Net of California, Inc.
mark.houle@pillsburylaw.com

Raffi Khatchadourian on behalf of Creditor Sysco Food Services of Los Angeles, Inc.
raffi@hemar-rousso.com

Mary D Lane on behalf of Debtor Victor Valley Community Hospital
mlane@pszjlaw.com

Samuel R Maizel on behalf of Debtor Victor Valley Community Hospital
smaizel@pszjlaw.com, smaizel@pszjlaw.com

Elmer D Martin on behalf of Interested Party Courtesy NEF
elmermartin@gmail.com

Scotta E McFarland on behalf of Debtor Victor Valley Community Hospital
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

Jane Odonnell on behalf of Creditor California Health Facilities Financing Authority
jane.odonnell@doj.ca.gov

Misty A Perry Isaacson on behalf of U.S. Trustee United States Trustee (RS)
misty.isaacson@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                     **F 9013-3.1.PROOF.SERVICE**

Courtney E Pozmantier on behalf of Interested Party The Senior Associates Group, Inc.
cpozmantier@ktbslaw.com

Martha E Romero on behalf of Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

Steven J Schwartz on behalf of Creditor Committee Committee Of Creditors, Unsecured Claims
sschwartz@dgdk.com

Seth B Shapiro on behalf of Interested Party Centers for Medicare and Medicaid Services
seth.shapiro@usdoj.gov

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Michael H Weiss on behalf of Interested Party Choice Medical Group
mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

Andrew F Whatnall on behalf of Creditor DACA 2010L, LP
awhatnall@daca4.com

**II.  SERVED BY U.S. MAIL**:

*See attached service lists*

**III.  SERVED BY FACSIMILE TRANSMISSION OR EMAIL**:

*See attached service lists*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                    **F 9013-3.1.PROOF.SERVICE**

# Victor Valley Community Hospital
## 2002 Service List
### (with emails, telephone and fax)

*Via Email*
Debtor
Victor Valley Community Hospital
Catherine M. Pelley
Chief Executive Officer
15248 Eleventh Street
Victorville, CA  92395
T: (760) 843-6201
F: (760) 843-6020
*Email:  cpelley@vvch.org*

*Via Email*
Board of Directors
Kathy Davis
Chair, Governing Board of Directors
17100 B Bear Valley Rd.
Box 357
Victorville, CA  92395
T: (760) 427-2607
F: (760) 951-1308
*Email:  kathydavis49@hotmail.com*

*Via Email*
Business Counsel to Debtor
Charlie Slyngstad
Burke Williams and Sorenson, LLP
444 S. Flower St., Ste. 2400
Los Angeles, CA  90071
T: (213) 236-0600
F: (213) 236-2700
*Email:  cslyngstad@bwslaw.com*

*Via Email*
Office of the United States Trustee
Misty Isaacson
3685 Main St., Ste. 300
Riverside, CA  92501
T: (951) 276-6990
F: (951) 276-6973
*Email:  Misty.isaacson@usdoj.gov*

*Via Email*
<u>Attorneys for Official Committee of Creditors Holding Unsecured Claims</u>
Richard K. Diamond
Steven Schwartz
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067
P: (310) 277-0077
F: (310) 277-5735
*Email:* <u>rdiamond@dgdk.com</u>
        sschwartz@dgdk.com

**Creditors' Committee**

*Via Email*
<u>Committee Member</u>
Medtronic USA, Inc.
MS V215
3850 Victoria Street North
Shoreview, MN  55126-2978
Representative: Steve Carlson
T:        (763) 514-0614
          (800) 511-0934
F:        (763) 367-1403
Email:  <u>Steve.j.carlson@medtronic.com</u>

*Via Email*
<u>Committee Member</u>
PHS Professional Hospital Supply
42500 Winchester Road
Temecula, CA 92590
Representative: Kirk Barber
T: (951) 296-2600 ext. 1240
F:  (951)- 296-2625
*Email:  barberlawgroup@yahoo.com*

*Via Email*
<u>Committee Member</u>
Rodney W. Brown, J.D.
LabWest, Inc.
1821 E. Dyer Rd., Suite 100
Santa Ana, CA 92705
T: (949) 724-3900 Ext. 2730
C:  (714) 290-7748
F:  (949) 474-0940
*Email:  rbrown@westcliflabs.com*

*Via Email*
Attorneys for LabWest, a subsidiary of LabCorp.
Michael Benjamin Lubic
K&L Gates
10100 Santa Monica Blvd., 7th Floor
Los Angeles, California  90067
T:  (310) 552-5030
F:  (310) 552.5001
*Email:  michael.lubic@klgates.com*

## Government Agencies

*Via Email*
Counsel for the US DHHS/CMS
Phillip Seligman, Esq.
US Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
Room 10104
Washington, DC  20005
Mail
P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875
T:  202-307-1105
F:  202-307-0494
*Email:  Phillip.Seligman@usdoj.gov*

*Via Email*
Wendi A. Horwitz
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring St., Suite 1702
Los Angeles, CA 90013
Direct Phone: 213-897-2178
Facsimile: 213-897-7605
*Email:  Wendi.Horwitz@doj.ca.gov*

*Via FedEx*
California Health Facilities Financing Authority
915 Capitol Mall, Suite 590
Sacramento, CA  95814
T: (916) 653-2799

*Via Facsimile*
Office of Statewide Health Planning and Development
Cal-Mortgage Loan Insurance Division
818 K. Street, Room 210
Sacramento, CA  95814
T: (916) 319-8800
F: (916) 445-2837

*Via Facsimile*
Office of Statewide Health Planning and Development – State of California
300 Capital Mall
Suite 1500
Sacramento, CA  95814
T: (916) 326-3610

F: (916) 322-2561

**Secured Creditors**

*Via Email*
Corwin Medical Group
Manmohan Nayyar, MD
Raman Poola, MD / Anna Sugi
18564 Hwy 18, Suite 110
Apple Valley, CA  92307
T: (760) 242-7777
F: (760) 242-0485
*Email:  mnayyarmd@choicemg.com*
        *amanpoola@yahoo.com*
        *sugi@choicemg.com*

*Via Email*
Manmohan Nayyar, MD
Physicians Hospital Management, LLC
18523 Corwin Rd., Suite H
Apple Valley, CA  92307
T: (760) 946-3876
F: (760) 242-1936
*Email:  mnayyarmd@choicemg.com*

*Via Email*
Attorneys for PHM
Michael S. Weiss, Esq.
Weiss & Spees
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
(424) 245-3100 (Telephone)
(424) 245-3199 (Fax)
*Email:  mw@weissandspees.com*

*Via FedEx*
Commonwealth Land Title Company
888 West Sixth Street, 4th Floor
Los Angeles, CA  90017
T: (213) 627-7070

*Via Facsimile*
BNY Western Trust Company
700 South Flower Street, Suite 500
Los Angeles, CA  90017
T: (213) 630-6400
F: (213) 630-6442

***Via Email***
Gregg Buxton, Vice President
Desert Community Bank
a Division of East West Bank
14800 La Paz Drive
Victorville, CA  92395
T:  (760) 241-8221
F:  (760) 243-6819
*Email:  gregg.buxton@dcbk.org*

***Via Email***
Maita Prout, Attorney
East West Bank
135 N. Los Robles Ave., Suite 600
Pasadena, CA 91101
T:  (626) 768-6839
F:  (626) 243-1274
*Email:  maita.prout@eastwestbank.com*

**_Via Email_**
Counsel to the Indenture Trustee for the HFFA Bonds
Catherine D. Meyer
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
T:  213.488.7362
F:  213.226.4160
*Email:  catherine.meyer@pillsburylaw.com*

**Interested Parties**

***Via Email***
Thomas L. Driscoll, Esq.
Attorney at Law
185 Berry Street, Suite 5511
San Francisco, CA  94107
T: (415) 281-0900
F: (415) 281-0903
*Email:  tdriscoll@tld3.com*

***Via Email***
Biotronik
Attention:  Allen Trammell
6024 Jean Road
Lake Oswego, Oregon  97035
Tel:  503-387-2549
Fax: 503-387-2623
Email:  Allen.Trammell@biotronik.com

***Via FedEx***
Delta One Partners, Inc.
Corporate Headquarters South
48550 North View Drive
Palm Desert, CA  92260

***Via Facsimile***
Law Offices of Leslie M. Lava
580 California Street, Suite 1600
San Francisco, CA  94104
T: (415) 331-6464
F: (415) 331-6465

***Via Facsimile***
Westhoff, Cone & Holmstedt
1777 Botelho Drive, Suite 370
Walnut Creek, CA  94596
T: (925) 472-8740
F: (925) 939-5099

***Via Facsimile***
Davis Wright Tremaine LLP
64 Oak Knoll Drive
San Anselmo, CA  94960
T: (415) 276-6500
F: (415) 276-6599

***Via Email***
Daniel Settelmayer, Esq.
Latham & Watkins LLP
PO Box 894256
Los Angeles, CA  90189-4256
T: (213) 485-1234
F: (213) 891-8763
*Email:  daniel.settelmayer@lw.com*

***Via Email***
Stacking Horse Bidder
Prime Healthcare Services Foundation, Inc.
Attn: Lex Reddy
Chief Executive Officer
3300 East Guasti Road, 2nd Fl.
Ontario, CA  91761
T: (909) 235-4410
F: (909) 235-4424
*Email:  lexreddy@dvmc.com*

***Via Email***
Counsel for Prime Healthcare Services Foundation, Inc.
Lee Shulman
Mark Bradshaw
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Ste. 300
Foothill Ranch, CA  92610
T: (949) 340-3400
F: (949) 340-3000
*Email:  lshulman@shbllp.com*
        *mbradshaw@shbllp.com*

***Via Facsimile***
J. Raymond Elliott
President and Chief Executive Officer
Boston Scientific
re: Guidant Corporation
One Boston Scientific Place
Natick, MA 01760-1537
T: (508) 650-8000
F: (508) 650-8923

***Via Facsimile***
Johnson & Johnson Health Care Systems Inc.
425 Hoes Lane
Piscataway, NJ 08854
Attention: John Shipley
T: (732) 562-3000
F: (732) 562-2284

***Via Facsimile***
Radiometer America, Inc.
810 Sharon Drive
Westlake, OH 44145
T: (800) 735-0600
F: (440) 871-2510

***Via Email***
Quadramed
Attention: Penny W. Collings
QuadraMed Corporation
12110 Sunset Hills Road # 600
Reston VA 20190
Attn: P.Collings
T: (703) 904-5614
F: (703) 742-5399
*Email: pcollings@quadramed.com*

***Via Facsimile***
Stephen M. O'Hara
President and CEO
Angelica Textile Services (R-Colton
1105 Lakewood Parkway #210
Alpharetta, GA 30004
T: (678) 823-4100
F: (678) 823-4165

***Via Email***
James W. Young
President and CEO
Platinum Health, Inc.
Cell: (714) 401-5500
Email: jameswyoung@msn.com

**Requests for Special Notice**

*Via Email*
Attorneys for Professional Hospital Supply
Kirk Barber
Kirk Barber Law Group, A.P.L.C.
43426 Business Park Drive
Temecula, CA 92590
(951) 694-8295 (Telephone)
(951) 694-8269 (Facsimile)
*Email:  barberlawgroup@yahoo.com*

*Via Email*
Attorneys for Cerner Corporation
Lawrence J. Hilton
O'Neil LLP
19900 MacArthur Boulevard; Suite 1050
Irvine, California 92612
T: (949) 798-0500
F: (949) 798-0511
*Email: lhilton@oneil-llp.com*

*Via Email*
Attorneys for Cerner Corporation
Darrell W. Clark
Stinson Morrison Hecker LLP
1150 18th Street, NW; Suite 800
Washington, DC 20036-3816
T:: (202) 728-3019
F: (202) 785-9163
*Email:  DClark@stinson.com*

*Via Email*
Counsel for The Senior Associates Group
Klee, Tuchin, Bogdanoff & Stern LLP
Attn: Thomas E. Patterson, Esq. and
Martin R. Barash, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Fax: (310) 407-9090
*Email    tpatterson@ktbslaw.com*
*            mbarash@ktbslaw.com*

*Via Email*
Counsel for The Senior Associates Group
Michael C. Kelcy, Esq.
3605 Canon Blvd.
Altadena, CA 91001
Fax: (626) 345-9589
Email:  mkelcy@charter.net

*Via Email*
<u>Attorneys for Health Net</u>
Mark D. Houle, Esq.
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, Suite 700
Costa Mesa, California 92626-7122
T: (714-436-6800
F: (714) 436-2800
*Email:  mark.houle@pillsburylaw.com*

*Via Email*
<u>Attorneys for County of San Bernardino</u>
Martha E. Romero
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA  90601
T:  (562)-907-6800
F:  (562) 907-6820
*Email:  <u>Romero@mromerolawfirm.com</u>*

*Via Email*
<u>Attorneys for Creditor OSHPD and the CA Health Facilities and Financing Authority</u>
Jane O'Donnell
Deputy Attorney General Dept of Justice
Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
T:  (916) 322-0253
F:  (916) 327-2247
*Email:  Jane.Odonnell@doj.ca.gov*

*Via Email*
<u>Attorneys for the United States of America, on behalf of the United States Department of Health and</u>
<u>Human Services and the Centers for Medicare and Medicaid Services</u>
Seth B. Shapiro, Trial Attorney
U.S. Department of Justice - Civil Division
Commercial Litigation Branch
1100 L Street, NW, Room 10012
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-7164
Facsimile: (202) 307-0494
*Email:  <u>seth.shapiro@usdoj.gov</u>*

# VICTOR VALLEY COMMUNITY HOSPITAL
## COUNTERPARTIES SERVICE LIST

AMICAS
LOCKBOX ACCOUNT
P. O.  BOX 100838
ATLANTA, GA 30384-0838

ANGELICA TEXTILE SERVICES-R-COLTON
ATTN: LUCY SAAL
1105 LAKEWOOD PARKWAY SUITE 210
ALPHARETTA, GA 30004

APATITE SELF STORAGE
12217 APATITE LANE
VICTORVILLE, CA 92392

APEX CCL STAFFING SERVICE
10935 FORDHAM COURT
ALTA LOMA, CA 91701

APPLE VALLEY CHRISTIAN CARE CENTER
11959 APPLE VALLEY RD
APPLE VALLEY, CA 92308

ARORA M.D., VIJAY
16167 SISKIYOU RD
APPLE VALLEY, CA 92307

ARROWHEAD REGIONAL MEDICAL CENTER
400 N PEPPER AVE
COLTON, CA 92324

ASSISTANCE LEAGUE OF VICTOR VALLEY
PO BOX 39
APPLE VALLEY, CA 92307

BAMBHANIA, RAMESH MD
16003 TUSCOLA RD
STE H
APPLE VALLEY, CA 92307

BARSTOW COMMUNITY HOSPITAL
P.O. BOX 844809
DALLAS, TX 75284-4809

BARSTOW COMMUNITY HOSPITAL
P.O. BOX 844809
DALLAS, TX 75284-4809

BARSTOW COMMUNITY HOSPITAL
P.O. BOX 844809
DALLAS, TX 75284-4809

BHAGAT M.D., BIPINCHANDRA
17290 JASMINE STREET
SUITE 101
VICTORVILLE, CA 92395

BHUTWALA M.D., ASHVIN
17450 MAIN STREET
SUITE #D
HESPERIA, CA 92345

BIOSYSTEMS
28161 NORTH KEITH DRIVE
LAKE FOREST, IL 60045

BISWAS M.D., NANDA
12677 HESPERIA ROAD
VICTORVILLE, CA 92392

BLOODBANK OF SAN BERNARDINO
384 ORANGE SHOW ROAD
SAN BERNARDINO, CA 92412

BUSINESS CONTROLS INC
5995 GREENWARD PLAZA BLVD
STE 11C
ENGLEWOOD, CO 80111

CALIFORNIA HEALTH FOUNDATION
1215 K STREET
SUITE 800
95814

CALIMLIM M.D., MARCELINO
15247 ELEVENTH ST
VICTORVILLE, CA 92394

CALLIBRA, INC., DBA DISCHARGE 1-2-3
150 N MARTINGALE ROAD
SUITE 838
SCHAUMBURG, IL 60173

CAMERON AND COMPANY, INC.
114 N TOWN CENTER DR
LAS VEGAS, NV 89144

CAPPILLA, ARTHUR
6442 COLDWATER CANYON AVE.,
SUITE 109
NORTH HOLLYWOOD, CA 91606

CARDIAC SCIENCE
DEPT 0587
P O  BOX 120587
DALLAS, TX 75312-0587

CARDINAL HEALTH
ALARIS PRODUCTS
3698 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CAREER COLLEGES OF AMERICA
184 W CLUB CENTER DRIVE
STE K
SAN BERNARDINO, CA 92408

CAREER COLLEGES OF AMERICA
184 W CLUB CENTER DRIVE
STE K
SAN BERNARDINO, CA 92408

CERNER CORPORATION
2800 ROCKCREEK PARKWAY
KANSAS CITY, MO 64117

CHAFFEY COLLEGE
5885 HAVEN AVENUE
RANCHO CUCAMONGA, CA 91737

CHANDRASHEKHAR, RAVINDRA MD
12675 HESPERIA R.
VICTORVILLE, CA 92395

CHEN, MAIHSIEN MD
16085 TUSCOLA RD
STE 1
APPLE VALLEY, CA 92307

CHOW, STEPHEN MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

CLARIENT LABORATORY SERVICES, INC.
PO BOX 51268
LOS ANGELES, CA 90051-5568

CLEANHARBORS
PO BOX 3442
BOSTON, MA 02241

CMRE FINANCIAL SERVICES, INC.
3350 BIRCH STREET
SUITE 200
BREA, CA 92821

CONCORD CAREER INSTITUTE
201 EAST AIRPORT DR
SUITE A
SAN BERNARDINO, CA 92408

COUNTY OF SAN BERNARDINO
351 MOUNTAIN VIEW AVE
SAN BERNARDINO, CA 92415-0010

CYMETRIX
PO BOX 51302
LOS ANGELES, CA 90051

CYRACOM INTERNATIONAL
5780 N SWAN RD
TUCSON, AZ 85718

DALUVOY M.D.,RAO
16850 BEAR VALLEY RD
VICTORVILLE, CA 92392

DALUVOY M.D.,RAO
908 E. MAIN STREET
BARSTOW, CA 92311

DATA SYSTEM GROUP
2331 ALHAMBRA BLVD
SACRAMENTO, CA 95817

DEDICATED BIOPSY SERVICES, INC
1466 OLDENBURG LANE
NORCO, CA 92860

DELA CRUZ M.D.,CELESTINA
15247 ELEVENTH ST
STE 800
VICTORVILLE, CA 92395

DEPARTMENT OF HEALTH SERVICES
PO BOX 997413
SACRAMENTO, CA 95899-7413

DESERT CITIES DIALYSIS
12675 HESPERIA RD
VICTORVILLE, CA 92392

DESERT KNOLLS CONVALESCENT HOSPITAL
14973 HEPERIA RD
VICTORVILLE, CA 92395

DESERT SIERRA CANCER
SURVEILLANCE
11368 MOUNTAIN VIEW AVE
SUITE C
LOMA LINDA, CA 92354

DICICOMO GEFFERS AND ASSOCIATES
20961 MORNINGSIDE DR
TRABUCO CANYON, CA 92679

DIVERSIFIED BIOPHARMA SOLUTIONS INC
25612 BARTON ROAD, SUITE 340
LOMA LINDA, CA 92354

DOCU-TRUST
145 EAST MILL STREET
SAN BERNARDINO, CA 92408

DODDS M.D.,STEVEN
17868 HIGHWAY 18
STE 416
APPLE VALLEY, CA 92307

DRUG ABUSE WARNING NETWORK
1650 RESEARCH BLVD
ROCKVILLE, MD 20850

DSG SYSTEM SOFTWARE
2322 CAPITAL AVE
SACRAMENTO, CA 95816

DUGGAN HIM SERVICES, INC
7559 NORTHLAND AVE
SAN RAMON, CA 94583

EAST WEST BANK
2090 HUNTINGTON DRIVE
2ND FLOOR
SAN MARINO, CA 91108

ECOLAB PEST ELIMINATION DEVISION
P.O. BOX 6007
GRAND FORKS, ND 58206

ECONOMIC ALTERNATIVES, INC.
1307 WEST 6TH STREET
SUITE 203
CORONA, CA 92882-3173

EDWARD MATTHEWS
15019 NANTICOKE
APPLE VALLEY,, CA 92308

EMERALD HEALTH SERVICES
DEPARTMENT 6221
LOS ANGELES, CA 90084-6221

EPIC MANAGEMENT GROUP INC
4387 CLAIR STREET
P O  BOX 2531
MONTCLAIR, CA 91763-1031

FISCHL M.D., PETER
16130 KOKANEE RD
SUITE 103
APPLE VALLEY, CA 92307

GANESH M.D.,NARESH
15982 TUSCOLA RD
STE A
APPLE VALLEY, CA 92307

GAUTAM, RAVINDRA M.D.
PO BOX 1519
BARSTOW, CA 92312

GE MEDICAL SYSTEMS
5517 COLLECTION CENTER DR
CHICAGO, IL 60693

GHAEL, DINESHCHANDRA
11919 HESPERIA RD
STE 1
HESPERIA, CA 92345

GILL M.D., VIVEK
9723 SIERRA VISTA
PHELAN, CA 92371

GOLDEN STATE ANETHESIA CONSULTANTS
PO BOX 50045
PASADENA, CA 91115

GREELY MEDICAL STAFF
200 HOODS LANE
MARBLEHEAD, MA 01945

GROVER M.D., RAKESH
16018 TUSCOLA RD
SUITE #2
APPLE VALLEY, CA 92307

GUHA M.D., AMAL
16124 LASOTA RD
STE A
APPLE VALLEY, CA 92307

HALO UNLIMITED INC
21520-G YORBA LINDA BLVD #354
YORBA LINDA, CA 92887

HEALTH CARE CONCEPTS
1575 DELUCCHI LANE
SUITE 204
RENO, NV 89502

HEALTH CARE INFUSION LLC
6710 N. SCOTTSDALE RD
SUITE 235
PARADISE VALLEY, AZ 85253

HEALTH CARE LEGAL SERVICES
39867 TREASURY CENTER
CHICAGO, IL 60691

HEALTH SERVICES ADVISORY GROUP
700 N BRAND BLVD
SUITE 410
GLENDALE, CA 91203

HEALTHCARE RESOURCE GROUP
476394 HWY 95
STE 201
PONDERAY, ID 83852

HEALTHCARE SERVICES
INTERNATIONAL
P.O.BOX 12828
PHILADELPHIA, PA 19101

HEALTHLINE SYSTEMS, INC
17085 CAMINO SAN BERNARDO
SAN DIEGO, CA 92127

HEALTHLINE SYSTMES

HERITAGE
PO BOX 7014
LANCASTER, CA 93539

HFS CONSULTANTS
505 FOURTEENTH ST. FIFTH FLOOR
OAKLAND, CA 94612

HFS CONSULTANTS
505 FOURTEENTH ST. FIFTH FLOOR
OAKLAND, CA 94612

HI DESERT ALARM
BELL MOUNTAIN ENTERPRISES, INC
16637 MOJAVE DR
VICTORVILLE, CA 92395-3856

HI DESERT ALARM
BELL MOUNTAIN ENTERPRISES, INC
16637 MOJAVE DR
VICTORVILLE, CA 92395-3856

HIGH DESERT  CREDITORS SERVICE
14608 MAIN STREET
SUITE B
VICTORVILLE, CA 92392

HIGH DESERT CARDIO-PULMONARY
MED
16017 TOSCOLA RD
SUITE A
APPLE VALLEY, CA 92307

HIGH DESERT ENDOSCOPY CENTER
18523 CORWIN RD
SUITE H2
APPLE VALLEY, CA 92307

HILTON GARDEN INN
12603 MARIPOSA RD
VICTORVILLE, CA 92395

HOSPITAL EMPLOYEE LABOR POOL, LLC
5400 ORANGE AVE
SUITE 101
CYPRESS, CA 90630

HVIDSTON R.N., VICKI
3780 SALISH TRAIL
STEVENSVILLE, MT 59870

I.C.R. SEARCH, INC.
143360 ST ANDREWS DRIVE
SUITE 1
VICTORVILLE, CA 92395

ICEMA
515 NORTH ARROWHEAD AVE
SAN BERNARDINO, CA 92415

IEHP
P.O. BOX 19026
SAN BERNARDINO, CA 92423

IVAR, LLC
6710 SCOTTSDALE ROAD
SUITE 235
PARADISE VALLEY, AZ 85253

KAMATH M.D., RAMADAS
18564 HIGHWAY 18
STE 103 & 104
APPLE VALLEY, CA 92307

KASLOW CONSULTING SERVICES
3458 MALAGA COURT
CALABASAS, CA 91302

KING, LU-WEI M.D
18182 OUTER HIGHWAY 18
STE 101 & 102
APPLE VALLEY, CA 92307

KNOLLS WEST
16890 GREEN TREE BLVD
VICTORVILLE, CA 92395

KONICA MINOLTA BUSINESS SOLUTION
PO BOX 7247-0322
PHILADELPHIA, PA 19170

LA QUINTA

LA QUINTA VICTORVILLE
12000 MARIPOSA ROAD
HESPERIA, CA 92345

LAI, TSU MD
18523 CORWIN ROAD
SUITE B
APPLE VALLEY, CA 92307

LIFESIGNS,INC
2222 LAVERNA AVE
LOS ANGELES, CA 90041

MARYLAND HOSPITAL ASSOCIATION
ATTN: GAIL WILSON
6820 DEERPATH ROAD
ELKRIDGE, MD 21075

MATHESON TRI*GAS
PO BOX 845502
DALLAS, TX 75284-5502

MATNEY M.D.,GLENN
12402 INDUSTRIAL BLVD
VICTORVILLE, CA 92395

MATNEY, M.D., GLENN
12402 INDUSTRIAL BLVD
SUITE B-1
VICTORVILLE, CA 92395

MED STAFF HEALTHCARE SOLUTIONS
P.O. BOX 404691
ATLANTA, GA 30384

MEDICAL DATA EXCHANGE
ONE WORLD TRADE CENTER
SUITE 2400
LONG BEACH, CA 90831

MEDICAL MARKETPLACE
PO BOX 2483
APPLE VALLEY, CA 92307

MEDICAL MARKETPLACE
PO BOX 2483
APPLE VALLEY, CA 92307

MEDQUIST, INC
P O  BOX 10832
NEWARK, NJ 07193

MEMON, M.D. RADHA
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

MILLIMAN CARE GUIDELINES, LLC
719 2ND AVE
SUITE 300
SEATTLE, WA 98104

MKH TESTING & INSPECTION, INC
4195 CHINO HILLS PKWY
#619
CHINO HILLS, CA 91709

MONEKE M.D., VICTOR
15995 TUSCOLA RD
STE 208
APPLE VALLEY, CA 92307

MURTHY M.D., NIRMALA
18523 CORWIN RD
STE H
APPLE VALLEY, CA 92307

NASHED M.D.,EZZAT
16200 BEAR VALLEY ROAD #102
VICTORVILLE, CA 92395

NHUNG, TRAN MD
15998 QUANTICO RD
STE A
APPLE VALLEY, CA 92307

NIHON KOHDEN
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

NUCLEAR BROKERS
207 BULLARD LANE
ALPINE, CA 91901

NWAGWU M.D.,ODOCHI
11678 RANCHO RD
ADELANTO, CA 92301

OHIAERI M.D., IKE
14344 CAJON AVE STE 102
VICTORVILLE, CA 92392

OMEGA HEALTHCARE STAFFING
PO BOX 881774
SAN FRANCISCO, CA 94188

ONE LEGACY
221 SOUTH FIGUEROA
SUITE 500
LOS ANGELES, CA 90012

ORCHARD SOFTWARE CORPORATION
701 CONGRESSIONAL BLVD
SUITE 360
CARMEL, IN 46032

OUR 365 INC.
3613 MUELLAR ROAD
SAINT CHARLES, MO 63301

PATEL M.D.,MUKESCHANDRA
P.O. BOX 1090
SUITE 220
VICTORVILLE, CA 92393

PATHI, RAMA M.D.
18145 HIGHWAY 18
STE D
APPLE VALLEY, CA 92307

PAYMENTECH
PO BOX 6600
HAGERSTOWN, MD 21741

PAZDRAL, M.D. WILLIAM
15247 ELEVENTH ST.
STE 500
VICTORVILLE, CA 92395

PELLEY, CATHERINE
13057 ASTER RD
APPLE VALLEY,, CA 92307

PHYSICIANS HOSPITAL MANAGMENT LLC
18523 CORWIN RD
SUITE H
APPLE VALLEY, CA 92307

PHYSICIANS SURGERY CENTER
12567 HESPERIA RD
VICTORVILLE, CA 92392

PICC LINE ACCESS,INC.
822 KILMARNOC WAY
RIVERSIDE, CA 92508

POMONA VALLEY MEDICAL CENTER
1798 NORTH GAREY AVE
POMONA, CA 91767

PRAXAIR
230-PRAXAIR DISTRIBUTION INC
DEPT LA 21511
PASADENA, CA 91185-1511

PRE-EMPLOY.COM, INC
P O  BOX 491570
REDDING, CA 96049

PRECISION ORTHOTICS & PROSTHETICS
2550 BEVERLY BLVD
SUITE 201
LOS ANGELES, CA 90057

PREMIER PURCHASING  PARTNERS
2100 DOUGLAS BLVD
PO BOX 619002
ROSEVILLE, CA 95661

PROFESSIONAL HOSPITAL SUPPLY INC
41980 WINCHESTER ROAD
TEMECULA, CA 92590

PROFESSIONAL RESEARCH CONSULTANTS,
11326  P ST
OMAHA, NE 68137

PRUDENTIAL OVERALL SUPPLY
P.O. BOX 11210
SANTA ANA, CA 92711

PURI M.D.,RAJIV
12830 HESPERIA ROAD SUITE A
VICTORVILLE, CA 92392

PYXIS CORPORATION
3750 TORREY VIEW COURT
SAN DIEGO, CA 92130

PYXIS CORPORATION
3750 TORREY VIEW COURT
SAN DIEGO, CA 92130

QUADRAMED CORPORATION
NJIC
700 LAKE DRIVE,
AMBLER, PA 19002

RADIOMETER AMERICA
13217 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

RADLAUER, GERALD
18031 HIGHWAY 18 STE C
APPLE VALLEY, CA 92307

RADNET
1510 COTNER AVE
LOS ANGELES, CA 90025

RAJASEKHAR M.D.,DAMODARA
18182 OUTER HWY 18
SUITE 103
APPLE VALLEY, CA 92307

RAPA MANAGEMENT CONSULTANTS
1125 EAST BROADWAY
#33
GLENDALE, CA 91205

READYLINK
PO BOX 1047
THOUSAND PALMS, CA 92276

REDDINET
515 SOUTH FIGUEROA ST
STE 1300
LOS ANGELES, CA 90071

REHABABILITIES, INC
PO BOX 1565
RANCHO CUCAMONGA, CA 91729-1565

RELIABLE NURSING SOLUTIONS, INC.
16057 KAMANA ROAD
UNIT B
APPLE VALLEY, CA 92307

RESIDENCE INN MARRIOTT
2025 CONVENTION CENTER WAY
ONTARIO, CA 91764

RISE INTERPRETING INC
3337 W FLORIDA AVE
#131
HEMET, CA 92545

RNI STAFFING
18401 BURBANK BLVD
STE 201
TARZANA, CA 91356

ROCHE DIAGNOSTIC CORPORATION
DEPT AT 952243
ATLANTA, GA 31192-2243

SALAZAR M.D.,JUVILUSAN
12760 HESPERIA RD
STE C
VICTORVILLE, CA 92395

SAN BERNARDINO COUNTY SCHOOLS
601 NORTH E STREET
SAN BERNARDINO, CA 92410

SANTA BARBARA CITY COLLEGE
721 CLIFF DRIVE
SANTA BARBARA, CA 93109

SCHINDLER ELEVATOR CORPORATION
P. O.  BOX 93050
CHICAGO, IL 60673

SHARMA M.D.,AKHIL
17257 JASMINE ST
STE A
VICTORVILLE, CA 92395

SHARMA M.D.,APARNA
17450 MAIN ST
STE E
HESPERIA, CA 92345

SIEMANS HEALTHCARE DIAGNOSTICS
INC.
PO BOX 6101
NEWARK, DE 19714

SIVERTS PUBLISHING LLC
14808 CHOCO RD
APPLE VALLEY, CA 92307

SOBRERA, MARILOU MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

SOBRERA, MARILOU MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

SPARKS LAW FIRM
650 TOWN CENTER DRIVE
SUITE 1200
COSTA MESA, CA 92626

ST. MARY MEDICAL CENTER
DEPT LA 21514
PASADENA, CA 91185-1514

STARPOINT HEALTH
14400 BEAR VALLEY RD
VICTORVILLE, CA 92392

STEPHENSON ACQUISO & COLMAN
303 NORTH GLENOAKS BLVD
STE 700
BURBANK, CA 91502

STERICYCLE
28161 N KEITH DRIVE
LAKE FOREST, IL 60045

SURGICAL DIRECTIONS,LLC
541 N. FAIRBANKS STE.2740
CHICAGO, IL 60611

SYSMEX
P O  BOX 94002
CHICAGO, IL 60690

SYSMEX
P O  BOX 94002
CHICAGO, IL 60690

TADROS, M.D. REDA M., INC
848 WEST HUNTINGTON DR
UNIT 7
ARCADIA, CA 91007

TADROS, M.D. REDA M., INC
848 WEST HUNTINGTON DR
UNIT 7
ARCADIA, CA 91007

TEAMHEALTH WEST
520 NORTH CENTRAL AVE, SUITE #750
GLENDALE, CA 91203

THE CAMDEN GROUP
100 N SEPULVEDA BLVD
SUITE 600
EL SEGUNDO, CA 90245

THE GOVERNANCE INSTITUTE
6333 GREENWICH DRIVE
SUITE 200
SAN DIEGO, CA 92122

TIC TWO MANAGEMENT, LLC
PO BOX 2110 12402 INDUSTRIAL BLVD
B-2
VICTORVILLE, CA 92393-2110

TMAD
320 NORTH HELSTEAD STREET
SECOND FLOOR
PASADENA, CA 91107

TOP NOTCH NETWORK SOLUTIONS
15401 ANACAPA RD. SUITE 2
VICTORVILLE, CA 92392

TOSHIBA AMERICA MEDICAL CREDIT
PO BOX 41601
PHILADELPHIA, PA 19101-1601

TRIAGE CONSULTING GROUP
211 MAIN ST
SUITE 1100
SAN FRANCISCO, CA 94105

UNITED CODING
17011 BEACH BLVD., #900
HUNTINGTON BEACH, CA 92647

UNIVERSITY OF CALIFORNIA/SAN DIEGO
UCSD EXTENSION HEALTHCARE
9500 GILMAN DRIVE 0170 EAST
LA JOLLA, CA 92093

VACHIRAKORNTONG M.D.,VIRUCH
15998 QUANTICO RD
STE A
APPLE VALLEY, CA 92307

VALENCIA M.D.,RAINILDA
12677 HESPERIA ROAD
STE 160
VICTORVILLE, CA 92392

VALLEY REAL ESTATE HOLDINGS-DESERT
18564 HIGHWAY 18
SUITE 110
APPLE VALLEY, CA 92307

VELASQUEZ M.D.,JOEL
12677 HESPERIA RD
STE 130
VICTORVILLE, CA 92395

VERTEX INC
1041 OLD CASSATT RD
BERWYN, PA 19312

VICTOR VALLEY COMMUNITY COLLEGE
18422 BEAR VALLEY RD
VICTORVILLE, CA 92395

VICTOR VALLEY MEMORIAL PARK
15609 ELEVENTH STREET
MISSION HILLS, CA 91395

VICTOR VALLEY UNION HIGH SCHOOL
601 NORTH E STREET
SAN BERNARDINO, CA 92410

VIEWPOINT MEDICAL CENTER
15366 11TH STREET, SUITE Y
VICTORVILLE, CA 92392

VILLAROSA M.D.,DANIEL
18145 HIGHWAY 18
STE F
APPLE VALLEY, CA 92307

WEBER STATE UNIVERSITY
3901 UNIVERSITY CIRCLE
OGDEN, UT 84408

WEEDEN, GLENN MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

WEEDEN, GLENN MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

WEST COAST ULTRASOUND INSTITUTE
3700 E INLAND EMPIRE
SUITE 550
ONTARIO, CA 91764

WEST COAST UNIVERSITY
200 EAST BAKER STREET
COSTA MESA, CA 92626

WESTCLIFF MEDICAL LAB, INC
1821 E DYER RD
SUITE 100
SANTA ANA, CA 92705

WHITE DOVE PROFESSIONAL BUILDING
15203 11TH ST
SUITE A
VICTORVILLE, CA 92392

WHITE DOVE PROFESSIONAL BUILDING
15203 11TH ST
SUITE A
VICTORVILLE, CA 92392

WHITE, FLORENCE
NON PROFIT DEVELOPMENT SERVICES
15490 CIVIC CENTER DRIVE
SUITE 106
VICTORVILLE, CA 92392

WHITE, PAUL M.D.
15247 ELEVENTH ST
STE 100
VICTORVILLE, CA 92395

WIKA ENDOSCOPY CENTER
18056 ENDOSCOPY CENTER
APPLE VALLEY, CA 92307

WILBURN M.D.,WANDA
16000 APPLE VALLEY RD
STE C3
APPLE VALLEY, CA 92307

WINGATE DUNROSS, INC.
28632 ROADSIDE DR
SUITE 203
AGOURA HILLS, CA 91301

WONG M.D.,WILLIAM KONG D.
15203 ELEVENTH STREET
SUITE B
VICTORVILLE, CA 92392

WRIGHT, WILLLIAM
4450 CALIFORNIA AVENUE
SUITE 295
BAKERSFIELD, CA 93309

YELLOW CAB OF VICTORVILLE
12171 PLUTO DRIVE
92395

**TAXING AGENCIES**

ANNETTE KERBER-ASST
TREASURER-TAX COLL
ASSISTANT TREASURER-TAX
COLLECTOR
172 W THIRD ST, 1ST FLR
SAN BERNARDINO, CA 92415-0360

BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO, CA 94279-8022

County of Riverside
Auditor-Controller
PO Box 1326 Lemon Street
11th Floor
Riverside, CA 92502

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

Employment Development Department
Bankruptcy Group
PO Box 826880
Sacramento, CA 94280

EMPLOYMENT DEVELOPMENT
DEPT.
PO BOX 826846
SACRAMENTO, CA 94246-0001

Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812

INTERNAL REVENUE SERVICE
PO BOX 24017
FRESNO, CA 93779

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

INTERNAL REVENUE SERVICE-ACS
P.O. BOX 145566
CINCINNATI, OH 45214

INTERNAL REVENUE SERVICES
PO BOX 660264
DALLAS, TX 75266-0264

Riveside County Treasurer
PO Box 12005
Riverside, CA 92502