


# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:10-bk-39537-CB |
| Victor Valley Community Hospital | Chapter: 11 |
| Debtor(s). | ORDER (1) SETTING SCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT |
| | Date: December 7, 2010<br>Time: 2:00 p.m.<br>Location: Courtroom 303 |

**TO: DEBTOR AND ITS COUNSEL OF RECORD:**

In order to expedite the disposition of this bankruptcy case and to provide information to creditors and other parties in interest, the court makes the following ORDER:

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C. §105(d) a status conference in this case will be held on __December 7, 2010__ at **2:00 p.m.** in Courtroom 303 on the 3rd Floor of 3420 Twelfth Street, Riverside, CA 92501.

**IT IS FURTHER ORDERED** that Debtor shall serve this order within 48 hours of receipt on the twenty largest unsecured creditors (or the committee of creditors, if any), all secured creditors, and the U.S. Trustee, and to file and serve a Status Report with the court, and serve

the U.S. Trustee and all official committees 14 days before every status conference hearing in this case. The Status Report and all proposed disclosure statements shall be supported by evidence in the form of declarations and supporting documents.

**FAILURE OF THE DEBTOR TO APPEAR (THROUGH COUNSEL IF THE DEBTOR IS REPRESENTED), TO FILE A STATUS REPORT OR TO SERVE THIS NOTICE AS REQUIRED MAY RESULT IN THE APPOINTMENT OF A CHAPTER 11 TRUSTEE, DISMISSAL OF THE CASE, OR ITS CONVERSION TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE.**

<u>The status report shall include the following information or an explanation of why such information has not been included</u>:

(1) Describe the events that led up to and caused the filing of the Chapter 11 case.

(2) Describe the status of the Debtor's post-petition operations and its major assets and liabilities.

(3) Describe the status of the Debtor's pre-petition and post-petition litigation.

(4) State whether the estate has any potential avoidance actions as described in 11 U.S.C. §§544-550. If so, describe them briefly and state whether complaints have been filed. If complaints have not been filed, explain why not and estimate when the will be filed.

(5) Disclose whether counsel has been retained in this case. If so, whether the court has approved the employment. If the Debtor has not sought or obtained approval of counsel, explain why not.

(6) Disclose whether other professionals have been retained in this case. If so, whether the court has approved the employment. If the Debtor has not sought or obtained approval of professional employment, explain why not.

(7) Disclose whether the Debtor is in compliance with all of its duties under 11 U.S.C. §§521, 1106 and 1107 and all applicable guidelines of the Office of the United States Trustee. If not, explain why not.

(8) Whether the case is a small business case within the meaning of 11 U.S.C. §101(51D).

(9) Whether the case is a single asset real estate case within the meaning of 11 U.S.C. §101(51B).

(10) A proposed deadline for filing and serving a disclosure statement and plan of reorganization. If a disclosure statement cannot be filed within the first 120 days of this case, explain the reasons for delay.

(11) A proposed deadline for filing proofs of claims.

(12) A proposed deadline for filing of objections to claims.

(13) A proposed deadline for filing any avoidance actions.

CREDITOR ATTENDANCE IS WELCOME, BUT NOT REQUIRED.

###

Date: 11/10/10

_____
Catherine E. Bauer
US Bankruptcy Judge

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER (1) SETTING SCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 10, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**6:10-bk-38306-CB Notice will be electronically mailed to:**

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC

allison@claimsrecoveryllc.com

Martin R Barash on behalf of Interested Party The Senior Associates Group, Inc.

mbarash@ktbslaw.com

Kirk A Barber on behalf of Creditor Professional Hospital Supply, Inc.

barberlawgroup@yahoo.com

Manuel A Boigues on behalf of Creditor SEIU United Healthcare Workers – West

bankruptcycourtnotices@unioncounsel.net

Mark Bradshaw on behalf of Creditor Prime Healthcare Services Foundation, Inc.

mbradshaw@shbllp.com

Jeff Cohen on behalf of Interested Party Southpaw Asset Management LP

JC@SouthpawAsset.com

Sanaea Daruwalla on behalf of Interested Party Courtesy NEF

sdaruwalla@bwslaw.com

Richard K Diamond (TR) on behalf of Interested Party Courtesy NEF

jlv@dgdk.com

rdiamond@ecf.epiqsystems.com

H Alexander Fisch on behalf of Interested Party Victor Valley Acquisition, Inc.

afisch@stutman.com

Matthew A Gold on behalf of Creditor Argo Partners

courts@argopartners.net

Everett L Green on behalf of U.S. Trustee United States Trustee (RS)

everett.l.green@usdoj.gov

Robert A Hessling on behalf of Interested Party Courtesy NEF

rhessling@dgdk.com

Lawrence J Hilton on behalf of Creditor Cerner Corporation

lhilton@oneil-llp.com

ssimmons@oneil-llp.com

Mark D Houle on behalf of Creditor Health Net of California, Inc.

mark.houle@pillsburylaw.com

Raffi Khatchadourian on behalf of Creditor Sysco Food Services of Los Angeles, Inc.

raffi@hemar-rousso.com

Mary D Lane on behalf of Debtor Victor Valley Community Hospital

mlane@pszjlaw.com

Samuel R Maizel on behalf of Debtor Victor Valley Community Hospital

smaizel@pszjlaw.com

smaizel@pszjlaw.com

Elmer D Martin on behalf of Interested Party Courtesy NEF

elmermartin@gmail.com

Scotta E McFarland on behalf of Debtor Victor Valley Community Hospital

smcfarland@pszjlaw.com

smcfarland@pszjlaw.com

Jane Odonnell on behalf of Creditor California Health Facilities Financing Authority

jane.odonnell@doj.ca.gov

Misty A Perry Isaacson on behalf of U.S. Trustee United States Trustee (RS)

misty.isaacson@usdoj.gov

Courtney E Pozmantier on behalf of Interested Party The Senior Associates Group, Inc.

cpozmantier@ktbslaw.com

Martha E Romero on behalf of Creditor San Bernardino County Tax Collector

Romero@mromerolawfirm.com

Steven J Schwartz on behalf of Creditor Committee Committee Of Creditors, Unsecured Claims

sschwartz@dgdk.com

Seth B Shapiro on behalf of Interested Party Centers for Medicare and Medicaid Services

seth.shapiro@usdoj.gov

- 7

Michael H Weiss on behalf of Interested Party Choice Medical Group

mw@weissandspees.com

lm@weissandspees.com

jb@weissandspees.com

Andrew F Whatnall on behalf of Creditor DACA 2010L, LP

awhatnall@daca4.com

**U.S. Mail**

Victor Valley Community Hospital

15248 Eleventh St

Victorville, CA 92395