1  Samuel R. Maizel (CA Bar No. 189301)
   Scotta E. McFarland (CA Bar No. 165391)
2  Mary D. Lane (CA Bar No. 071592)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California 90067-4100
4  Telephone: 310/277-6910
   Facsimile: 310/201-0760
5  E-mail:    smaizel@pszjlaw.com
              smcfarland@pszjlaw.com
6             mlane@pszjlaw.com

7  Attorneys for Debtor and Debtor in Possession Victor
   Valley Community Hospital

FILED & ENTERED

DEC 09 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY dgreen     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>VICTOR VALLEY COMMUNITY HOSPITAL,<br><br>Debtor. | Case No.: 6:10-bk-39537-CB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER ESTABLISHING INTERIM FEE APPLICATION AND EXPENSE REIMBURSEMENT PROCEDURES**<br><br>**[Relates to Docket No. 260]**<br><br>[No hearing required pursuant to L.B.R. 9013-1] |

The Court has considered the Debtor's *Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* (the "Motion") [Docket No. 260] filed Victor Valley Community Hospital, the debtor and debtor in possession in the above-captioned case (the "Debtor"). Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Motion.

Based upon the record before the Court, notice of the Motion is sufficient under the circumstances and no hearing on the Motion is required pursuant to the Local Bankruptcy Rules; and

after due deliberation and good cause appearing therefore,

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is GRANTED.

2. Commencing as of December 1, 2010, and continuing each month thereafter, each Professional seeking the payment of interim compensation concerning the previous calendar month(s) shall file with the Court and serve on the Office of the United States Trustee, the Debtor and its counsel, the Committee and its counsel of record (collectively, the "Notice Parties"), an application for interim compensation and reimbursement of expenses (the "Monthly Fee Application"). The Monthly Fee Application to be filed in December 2010 (the "Initial Monthly Fee Application), shall cover fees and expenses incurred from September 13, 2010 through November 30, 2010 (the "Initial Period").

2. Each Monthly Fee Application shall relate to services rendered and expenses incurred during the prior month, except for the Initial Monthly Fee Application that will cover the Initial Period. Each Monthly Fee Application shall seek payment of interim compensation in an amount equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during the prior month, or the Initial Period, as the case may be; and shall indicate the amount requested, the total time expended, the names of the individuals who performed the services, and the hourly billing rate for each such individual. Each Monthly Fee Application shall be accompanied by a detailed listing of the time expended by the individuals who performed the services and the costs incurred during the pertinent month or Initial Period, as applicable

3. Each Professional electing to file a Monthly Fee Application shall: (1) serve a copy of said Monthly Fee Application on the Notice Parties and (2) serve a notice of said Monthly Fee Application, on any party who has requested special notice as of the date of the Notice (the "Special Notice Parties").

4. Any objection to the payment of fees or reimbursement of expenses in a Monthly Fee Application must be filed with the Court and served on the Professional whose Monthly Fee Application is the subject of the objection, the Office of the United States Trustee, the Debtor and his counsel and counsel to Committee within ten (10) calendar days of the date the Notice was

mailed (the "Objection Period"). If no objection is timely filed and served within the Objection Period, the Monthly Fee Application shall be deemed approved on an interim basis, and the Debtor shall be authorized to pay 80% of the fees and 100% of the expenses requested in the Monthly Fee Application without the Court holding a hearing or entering any further order thereon. If an objection is timely filed and served, then the Debtor shall be authorized to pay 80% of the fees and 100% of the expenses requested in the Monthly Fee Application that are undisputed.

5. Notwithstanding the monthly fee request and payment thereof pursuant to Monthly Fee Applications, within thirty (30) days after the end of the each four-month period, commencing with the period that ends January 31, 2011, each Professional who has elected to file a Monthly Fee Application or is seeking interim compensation shall file with the Court and serve on the Notice Parties an interim fee application with a summary of the activities of the Professional (the "Interim Application"), in accordance with section 331 of the Bankruptcy Code, Bankruptcy Rules 2016 and 2002(a)(6) the United States Trustee's Guidelines and the Local Bankruptcy Rules. The Interim Applications may seek approval of up to one hundred percent (100%) (including the twenty percent (20%) of fees held back from Monthly Fee Applications) of the requested interim compensation and reimbursement of expenses, including any compensation and reimbursement covered by the Monthly Fee Applications, during the prior four-month period. All subsequent quarterly fee applications and hearings shall be held in accordance with the Local Bankruptcy Rules and the Federal Rules of Bankruptcy Procedure.

6. The failure of any party to raise an objection to a Monthly Fee Application shall not be deemed a waiver of such objection for purposes of the Interim Application. The failure of any party to raise an objection to a Monthly Fee Application or Interim Application shall not be deemed a waiver of such objection for purposes of final applications for allowance of fees and reimbursement of expenses pursuant to section 330 of the Bankruptcy Code ("Final Applications"). Nothing in this Motion or in the interim procedures set forth herein shall relieve any Professional from the obligation to file final fee applications.

7. The Court shall retain jurisdiction with respect to any matters, claims rights or disputes arising from or related to the implementation of this Order.

###

DATED: December 9, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd. 11th Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR ORDER ESTABLISHING INTERIM FEE APPLICATION AND EXPENSE REIMBURSEMENT PROCEDURES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **December 3, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Honorable Catherine Bauer
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 369
Riverside, CA  92501-3819

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 11, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 3, 2010 | Sophia Margetis | /s/ Sophia Margetis |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION FOR ORDER ESTABLISHING INTERIM FEE APPLICATION AND EXPENSE REIMBURSEMENT PROCEDURES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***December 3, 2010***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:**

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com

Martin R Barash on behalf of Interested Party The Senior Associates Group, Inc.
mbarash@ktbslaw.com

Kirk A Barber on behalf of Creditor Professional Hospital Supply, Inc.
barberlawgroup@yahoo.com

Manuel A Boigues on behalf of Creditor SEIU United Healthcare Workers - West
bankruptcycourtnotices@unioncounsel.net

Mark Bradshaw on behalf of Creditor Prime Healthcare Services Foundation, Inc.
mbradshaw@shbllp.com

Jeff Cohen on behalf of Interested Party Southpaw Asset Management LP
JC@SouthpawAsset.com

Sanaea Daruwalla on behalf of Interested Party Courtesy NEF
sdaruwalla@bwslaw.com

Richard K Diamond (TR) on behalf of Interested Party Courtesy NEF
jlv@dgdk.com, rdiamond@ecf.epiqsystems.com

H Alexander Fisch on behalf of Interested Party Victor Valley Acquisition, Inc.
afisch@stutman.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Everett L Green on behalf of U.S. Trustee United States Trustee (RS)
everett.l.green@usdoj.gov

Robert A Hessling on behalf of Interested Party Courtesy NEF
rhessling@dgdk.com

Lawrence J Hilton on behalf of Creditor Cerner Corporation
lhilton@oneil-llp.com, ssimmons@oneil-llp.com

Mark D Houle on behalf of Creditor Health Net of California, Inc.
mark.houle@pillsburylaw.com

Raffi Khatchadourian on behalf of Creditor Sysco Food Services of Los Angeles, Inc.
raffi@hemar-rousso.com

Mary D Lane on behalf of Debtor Victor Valley Community Hospital
mlane@pszjlaw.com

Samuel R Maizel on behalf of Debtor Victor Valley Community Hospital
smaizel@pszjlaw.com, smaizel@pszjlaw.com

Elmer D Martin on behalf of Interested Party Courtesy NEF
elmermartin@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                     **F 9013-3.1.PROOF.SERVICE**

90231-002\DOCS_LA:229256.1

Scotta E McFarland on behalf of Debtor Victor Valley Community Hospital
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

Jane Odonnell on behalf of Creditor California Health Facilities Financing Authority
jane.odonnell@doj.ca.gov

Misty A Perry Isaacson on behalf of U.S. Trustee United States Trustee (RS)
misty.isaacson@usdoj.gov

Courtney E Pozmantier on behalf of Interested Party The Senior Associates Group, Inc.
cpozmantier@ktbslaw.com

Martha E Romero on behalf of Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

Steven J Schwartz on behalf of Creditor Committee Committee Of Creditors, Unsecured Claims
sschwartz@dgdk.com

Seth B Shapiro on behalf of Interested Party Centers for Medicare and Medicaid Services
seth.shapiro@usdoj.gov

David P Tonner on behalf of Creditor Archon Bay Capital, LLC
operations@blueheroncapital.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Michael H Weiss on behalf of Interested Party Choice Medical Group
mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

Andrew F Whatnall on behalf of Creditor DACA 2010L, LP
awhatnall@daca4.com

### III.    TO BE SERVED BY THE LODGING PARTY:

*See attached service list.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

90231-002\DOCS_LA:229256.1

**Victor Valley Community Hospital**
**Chapter 11 Case No.:  6:10-bk-39537-CB**
**2002 Service List**

| | |
|---|---|
| **Debtor**<br>Victor Valley Community Hospital<br>Catherine M. Pelley<br>Chief Executive Officer<br>15248 Eleventh Street<br>Victorville, CA  92395 | Board of Directors<br>Kathy Davis<br>Chair, Governing Board of Directors<br>17100 B Bear Valley Rd.<br>Box 357<br>Victorville, CA  92395 |
| Charlie Slyngstad<br>Burke Williams and Sorenson, LLP<br>444 S. Flower St., Ste. 2400<br>Los Angeles, CA  90071 | United States Trustee<br>Misty Isaacson<br>Office of the United States Trustee<br>3685 Main St., Ste. 300<br>Riverside, CA  92501 |
| Attorneys for Creditors' Committee<br>Richard K. Diamond<br>Steven Schwartz<br>Danning, Gill, Diamond & Kollitz, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067 | Committee Member<br>Medtronic USA, Inc.<br>MS V215<br>3850 Victoria Street North<br>Shoreview, MN  55126-2978<br>Representative: Steve Carlson |
| Committee Member<br>PHS Professional Hospital Supply<br>42500 Winchester Road<br>Temecula, CA 92590<br>Representative: Kirk Barber | Committee Member<br>Rodney W. Brown, J.D.<br>LabWest, Inc.<br>1821 E. Dyer Rd., Suite 100<br>Santa Ana, CA 92705 |

**Government Agencies**

| | |
|---|---|
| Counsel for the US DHHS/CMS<br>Phillip Seligman, Esq.<br>US Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC  20044-0875 | Wendi A. Horwitz<br>Deputy Attorney General<br>California Department of Justice<br>Office of the Attorney General<br>300 South Spring St., Suite 1702<br>Los Angeles, CA 90013 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

90231-002\DOCS_LA:229256.1

Office of Statewide Health Planning and Development
Cal-Mortgage Loan Insurance Division
818 K. Street, Room 210
Sacramento, CA  95814

California Health Facilities Financing Authority
915 Capitol Mall, Suite 590
Sacramento, CA  95814

Office of Statewide Health Planning and Development –
State of California
300 Capital Mall, Suite 1500
Sacramento, CA  95814

**Secured Creditors**

Gregg Buxton, Vice President
Desert Community Bank
a Division of East West Bank
14800 La Paz Drive
Victorville, CA  92395

Corwin Medical Group
Manmohan Nayyar, MD
Raman Poola, MD
Anna Sugi
18564 Hwy 18, Suite 110
Apple Valley, CA  92307

Manmohan Nayyar, MD
Physicians Hospital Management, LLC
18523 Corwin Rd., Suite H
Apple Valley, CA  92307

Attorneys for PHM
Michael S. Weiss, Esq.
Weiss & Spees
1925 Century Park East, Suite 650
Los Angeles, CA 90067-

2701 Commonwealth Land Title Company
888 West Sixth Street, 4th Floor
Los Angeles, CA  90017

BNY Mellon Trust Company NA
700 South Flower Street, Suite 500
Los Angeles, CA  90017
Attention:  Aaron Masters

Counsel to the Indenture Trustee for the HFFA Bonds
Catherine D. Meyer
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*          **F 9013-3.1.PROOF.SERVICE**

90231-002\DOCS_LA:229256.1

**Interested Parties**

Thomas L. Driscoll, Esq.
Attorney at Law
185 Berry Street, Suite 5511
San Francisco, CA  94107

Biotronik
Attention:  Allen Trammell
6024 Jean Road
Lake Oswego, Oregon  97035

Delta One Partners, Inc.
Corporate Headquarters South
48550 North View Drive
Palm Desert, CA  92260

Attorneys for LabWest, a subsidiary of LabCorp.
Michael Benjamin Lubic
K&L Gates
10100 Santa Monica Blvd., 7th Floor
Los Angeles, California  90067

Law Offices of Leslie M. Lava
580 California Street, Suite 1600
San Francisco, CA  94104

Westhoff, Cone & Holmstedt
1777 Botelho Drive, Suite 370
Walnut Creek, CA  94596

Davis Wright Tremaine LLP
64 Oak Knoll Drive
San Anselmo, CA  94960

Daniel Settelmayer, Esq.
Latham & Watkins LLP
PO Box 894256
Los Angeles, CA  90189-4256

Stalking Horse Bidder
Prime Healthcare Services Foundation, Inc.
Attn: Lex Reddy
Chief Executive Officer
3300 East Guasti Road, 2nd Fl.
Ontario, CA  91761

Counsel for Prime Healthcare Services Foundation, Inc.
Lee Shulman
Mark Bradshaw
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Ste. 300
Foothill Ranch, CA  92610

J. Raymond Elliott
President and Chief Executive Officer
Boston Scientific
re: Guidant Corporation
One Boston Scientific Place
Natick, MA 01760-1537

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*          **F 9013-3.1.PROOF.SERVICE**

90231-002\DOCS_LA:229256.1

| | |
|---|---|
| Johnson & Johnson Health Care Systems Inc.<br>425 Hoes Lane<br>Piscataway, NJ 08854 | Radiometer America, Inc.<br>810 Sharon Drive<br>Westlake, OH 44145 |
| Quadramed<br>Attention: Penny W. Collings<br>QuadraMed Corporation<br>12110 Sunset Hills Road # 600<br>Reston VA 20190 | Stephen M. O'Hara<br>President and CEO<br>Angelica Textile Services (R-Colton<br>1105 Lakewood Parkway #210<br>Alpharetta, GA 30004 |

**Requests for Special Notice**

| | |
|---|---|
| Attorneys for Professional Hospital Supply<br>Kirk Barber<br>Kirk Barber Law Group, A.P.L.C.<br>43426 Business Park Drive<br>Temecula, CA 92590 | Attorneys for Creditor OSHPD and the<br>CA Health Facilities and Financing Authority<br>Jane O'Donnell<br>Deputy Attorney General Dept of Justice<br>Office of the Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 |
| Attorneys for Cerner Corporation<br>Lawrence J. Hilton<br>O'Neil LLP<br>19900 MacArthur Boulevard; Suite 1050<br>Irvine, California 92612 | DARRELL W. CLARK<br>Stinson Morrison Hecker LLP<br>1150 18th Street, NW; Suite 800<br>Washington, DC 20036-3816 |
| Counsel for The Senior Associates Group<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>Attn: Thomas E. Patterson, Esq. and<br>Martin R. Barash, Esq.<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067-6049 | Counsel for The Senior Associates Group<br>Michael C. Kelcy, Esq.<br>3605 Canon Blvd.<br>Altadena, CA 91001 |
| Attorneys for Health Net<br>Mark D. Houle, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>650 Town Center Drive, Suite 700<br>Costa Mesa, California 92626-7122 | Attorneys for County of San Bernardino<br>Martha E. Romero<br>Romero Law Firm<br>BMR Professional Building<br>6516 Bright Avenue<br>Whittier, CA 90601 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

90231-002\DOCS_LA:229256.1

<u>Attorneys for the United States of America, on behalf of the United States Department of Health and Human Services and the Centers for Medicare and Medicaid Services</u>
Seth B. Shapiro, Trial Attorney
U.S. Department of Justice - Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

<u>Attorneys for Victor Valley Hospital Real Estate LLC and Victory Valley Hospital Acquisition, Inc.</u>
Gary E. Klausner
H. Alexander Fisch
Stutman, Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

Victor Valley Hospital Real Estate, LLC
6800 Indiana Avenue, Suite 130
Riverside, CA  92506
Attention:  William E. Thomas, Esq.

Victor Valley Hospital Acquisition, Inc.
6800 Indiana Avenue, Suite 130
Riverside, CA  92506
Attention:  William E. Thomas, Esq.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

90231-002\DOCS_LA:229256.1