1  Samuel R. Maizel (CA Bar No. 189301)
2  Scotta E. McFarland (CA Bar No. 165391)
   Mary D. Lane (CA Bar No. 071592)
3  PACHULSKI STANG ZIEHL & JONES LLP
4  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California 90067-4100
5  Telephone: 310/277-6910
   Facsimile: 310/201-0760
6  E-mail:    smaizel@pszjlaw.com
7             smcfarland@pszjlaw.com
              mlane@pszjlaw.com
8
   Attorneys for Debtor and Debtor in Possession
9  Victor Valley Community Hospital

FILED & ENTERED

JAN 31 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harris    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:10-bk-39537-CB |
| VICTOR VALLEY COMMUNITY HOSPITAL, | Chapter 11 |
| Debtor | **ORDER GRANTING MOTION OF DEBTOR FOR ORDER APPROVING A KEY EMPLOYEE INCENTIVE PLAN AND AUTHORIZING PAYMENTS THERE UNDER [Docket No. 465]** |
| | <u>Hearing</u><br>Date:  January 26, 2011<br>Time:  2:00 p.m.<br>Place: U.S. Bankruptcy Court<br>       3420 Twelfth Street<br>       Courtroom 303<br>       Riverside, CA 92501-3819 |
| | Judge: Hon. Catherine E. Bauer |

The Court, having considered the *Notice of Motion and Motion of Debtor for Order Approving a Key Employee Incentive Plan and Authorizing Payments there under* (the "Motion")

90231-002\DOCS_LA:231665.2                    1

1 **[Docket No. 465]**, and the Oppositions filed thereto, and the arguments of counsel at the Hearing on

2 the Motion and finding good cause therefore,

3      IT IS HEREBY ORDERED that the Motion is granted.

###

DATED: January 31, 2011

_____
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described **[PROPOSED] ORDER GRANTING MOTION OF DEBTOR FOR ORDER APPROVING A KEY EMPLOYEE INCENTIVE PLAN AND AUTHORIZING PAYMENTS THERE UNDER [Docket No. 465]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 28, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 28, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**By Federal Express**
Catherine E. Bauer, Judge
United States Bankruptcy Court
3420 Twelfth Street – Courtroom 303
Riverside, California  92501-3819

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 28, 2011 | Paige C. Doyle | */s/ Paige C. Doyle* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**
90231-002\DOCS_LA:231665.2

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

<u>United States Trustee</u>
Misty Isaacson
Office of the United States Trustee
3685 Main St., Ste. 300
Riverside, CA  92501

<u>Attorneys for Official Committee of Creditors Holding Unsecured Claims</u>
Richard K. Diamond
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067

<u>Counsel for The Senior Associates Group</u>
Klee, Tuchin, Bogdanoff & Stern LLP
Attn: Thomas E. Patterson, Esq. and
Martin R. Barash, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067

<u>Counsel for Prime Healthcare Services Foundation, Inc.</u>
Lee Shulman
Mark Bradshaw
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Ste. 300
Foothill Ranch, CA  92610

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
90231-002\DOCS_LA:231665.2

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION OF DEBTOR FOR ORDER APPROVING A KEY EMPLOYEE INCENTIVE PLAN AND AUTHORIZING PAYMENTS THERE UNDER [Docket No. 465]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 28, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

⊠    Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Sophia Margetis
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA  90067

☐    Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

⊠    Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                **F 9021-1.1.NOTICE.ENTERED.ORDER**
90231-002\DOCS_LA:231665.2

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Gregory J Babcock on behalf of Creditor JP Morgan Chase Bank, N.A.
bknotice@mccarthyholthus.com

Joseph A Eisenberg on behalf of Creditor Federal Deposit Insurance Corporation
jae@jmbm.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Todd A Frealy on behalf of Respondent Jerry Namba
taf@lnbrb.com

Thomas M Geher on behalf of Creditor Federal Deposit Insurance Corporation
tmg@jmbm.com

Scott E Gizer on behalf of Creditor Federal Deposit Insurance Corporation
sgizer@earlysullivan.com

Mishaela J Graves on behalf of Creditor JPMorgan Chase Bank, National Association, successor in interest from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank, its assignees and/or successors
bknotice@mccarthyholthus.com

Irving M Gross on behalf of Respondent Jerry Namba
img@lnbrb.com, angela@lnbrb.com

David R Hagen (TR)
drh@forbankruptcy.com, dhagen@ecf.epiqsystems.com

Teddy M Kapur on behalf of Trustee David Hagen (TR)
tkapur@pszjlaw.com

John P Kreis on behalf of Interested Party Courtesy NEF
jkreis@attglobal.net

Steven M Lawrence on behalf of Creditor JP Morgan Chase Bank, N.A.
generalmailaswlawoffice.com@alvaradoca.com

Matthew B Learned on behalf of Creditor JP Morgan Chase Bank, N.A.
bknotice@mccarthyholthus.com

Joe M Lozano on behalf of Creditor Washington Mutual Bank
notice@NBSDefaultServices.com

Patricia H Lyon on behalf of Creditor Sequoia Financial Solutions, III, LLC
phlyon@aol.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                      **F 9021-1.1.NOTICE.ENTERED.ORDER**

90231-002\DOCS_LA:231665.2

Randall P Mroczynski on behalf of Creditor US BANK
randym@cookseylaw.com

Hamid R Rafatjoo on behalf of Trustee David Hagen (TR)
hrafatjoo@venable.com,
ataylor@venable.com;revey@venable.com;jnassiri@venable.com;bclark@venable.com

Kelly M Raftery on behalf of Creditor JPMorgan Chase Bank, National Association, successor in interest from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank, its assignees and/or successors
bknotice@mccarthyholthus.com

Daniel S Roberts on behalf of Debtor Erik Benham
daniel.roberts@bbklaw.com

Kenneth N Russak on behalf of Creditor Federal Deposit Insurance Corporation
krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com

Kristin A Schuler-Hintz on behalf of Creditor JP Morgan Chase Bank, N.A.
bknotice@mccarthyholthus.com

David Seror on behalf of Trustee David Hagen (TR)
dseror@ecjlaw.com

Timothy J Silverman on behalf of Creditor JP Morgan Chase Bank, N.A.
tim@sgsslaw.com

James Stang on behalf of Trustee David Hagen (TR)
jstang@pszjlaw.com

Vaughn C Taus on behalf of Interested Party Vaughn Taus
tauslawyer@gmail.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Gilbert B Weisman on behalf of Creditor American Express Bank FSB
notices@becket-lee.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9021-1.1.NOTICE.ENTERED.ORDER**
90231-002\DOCS_LA:231665.2

**III.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

<u>United States Trustee</u>
Misty Isaacson
Office of the United States Trustee
3685 Main St., Ste. 300
Riverside, CA  92501

<u>Attorneys for Official Committee of Creditors Holding Unsecured Claims</u>
Richard K. Diamond
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067

<u>Counsel for The Senior Associates Group</u>
Klee, Tuchin, Bogdanoff & Stern LLP
Attn: Thomas E. Patterson, Esq. and
Martin R. Barash, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067

<u>Counsel for Prime Healthcare Services Foundation, Inc.</u>
Lee Shulman
Mark Bradshaw
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Ste. 300
Foothill Ranch, CA  92610

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                           **F 9021-1.1.NOTICE.ENTERED.ORDER**
90231-002\DOCS_LA:231665.2