1  Samuel R. Maizel (CA Bar No. 189301)
   Scotta E. McFarland (CA Bar No. 165391)
2  Mary D. Lane (CA Bar No. 071592)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California  90067-4100
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5  E-mail:      smaizel@pszjlaw.com
6              smcfarland@pszjlaw.com
               mlane@pszjlaw.com
7
8  Attorneys for Victor Valley Community Hospital, Debtor
   and Debtor in Possession

9

10              UNITED STATES BANKRUPTCY COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                  LOS ANGELES DIVISION

13

14  In re:                                    Case No. 6:10-39537 CB

15                                            Chapter 11

16  VICTOR VALLEY COMMUNITY          DECLARATION OF FELICE HARRISON
    HOSPITAL,                        WITH RESPECT TO THE TABULATION
17                                   OF VOTES ON THE DEBTOR'S FIRST
                                     AMENDED LIQUIDATING PLAN OF
18                 Debtor.           REORGANIZATION FOR VICTOR
                                     VALLEY COMMUNITY HOSPITAL
19                                   (APRIL 15, 2011)

20                                   Plan Confirmation Hearing
                                     Date:      May 17, 2011
21                                   Time:      2:00 p.m.
                                     Place:     U.S. Bankruptcy Court
22                                              3420 Twelfth Street
                                                Courtroom 303
23                                              Riverside, CA 92501-3819

24                                   Judge: Hon. Catherine E. Bauer

25

26       I, Felice Harrison, hereby declare as follows:

27       1.      I am a paralegal at Pachulski Stang Ziehl & Jones LLP, counsel for Victor Valley

28  Community Hospital, the above referenced debtor and debtor in possession (the "Debtor").   Unless

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

otherwise stated in this declaration, I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would competently testify as to all of the matters stated herein.

2.    All completed ballots ("Ballots") for acceptance or rejection of the *Debtor's First Amended Liquidating Plan of Reorganization for Victor Valley Community Hospital (April 15, 2011* (the "Plan") [Docket No. 877] were required to be mailed to me at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA  90067 which address was listed on the Ballots, so as to be received by me no later than 5:00 p.m. Pacific Time on May 3, 2011 at (the "Voting Deadline").

3.    I was the person responsible for tabulating the timely written Ballots received with regard to the Debtor's Plan in connection with the above captioned case.

4.    I have reviewed the Ballots received from holders of Class 1(b), Class 1(c) and Class 4 claims (the "Counted Ballots") and have recorded the pertinent information on the ballot tally sheets (the "Ballot Tally Sheets") attached hereto as **Exhibits 1, 2, & 3** respectively.  Copies of all of the Counted Ballots are collectively attached hereto as **Exhibit 4.**

5.    The specific findings with regard to the acceptance or rejection of the Plan are tabulated in the Ballot Tally Sheets attached hereto, but may be summarized as follows:

<u>**Class 1(b) (Secured Claim of Physicians Hospital Management, LLC)**</u>

**1** vote accepting the Plan

**0** votes rejecting the Plan

<u>**Acceptance**</u>

**100%**  in number of votes accepting the Plan

**100%**  in dollar amount accepting the Plan

PACHULSKI STANG ZIEHL & YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

<u>**Rejection**</u>

**0%** in number of votes rejecting the Plan

**0%** in dollar amount rejecting Plan

<u>**Class 1(c) (Secured Claim of Corwin Medical Group, Inc.)**</u>

**1** vote accepting the Plan

**0** votes rejecting the Plan

<u>**Acceptance**</u>

**100%** in number of votes accepting the Plan

**100%** in dollar amount accepting the Plan

<u>**Rejection**</u>

**0%** in number of votes rejecting the Plan

**0%** in dollar amount rejecting Plan

<u>**Class 4 (Subordinated Unsecured Claims)**</u>

**2** votes accepting the Plan

**0** votes rejecting the Plan

<u>**Acceptance**</u>

**100%** in number of votes accepting the Plan

**100%** in dollar amount accepting the Plan

<u>**Rejection**</u>

**0%** in number of votes rejecting the Plan

**0%** in dollar amount rejecting Plan

PACHULSKI STANG ZIEHL, YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    Executed on this 5th day of May 2011 at Los Angeles, California.

4

Dated: May 5, 2011

5

6    *Felice Harrison*

7    Felice Harrison

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

90231-002\DOCS_LA:237566.2

# EXHIBIT 1

**Class 1(b)**

| Creditor | Amount | Accept | Reject |
|---|---|---|---|
| Physicians Hospital Management, LLC<br>18564 Highway 18, Suite 105<br>Apple Valley, CA  92307 | $6,000,000 | X | |
| **Total** | **$6,000,000** | **$6,000,000** | **$0** |

# EXHIBIT 2

**Class 1(c)**

| Creditor | Amount | Accept | Reject |
|---|---|---|---|
| Corwin Medical Group, Inc<br>18564 Highway 18, Suite 105<br>Apple Valley, CA  92307 | $700,000 | X | |
| **Total** | **$700,000** | **$700,000** | **$0** |

# EXHIBIT 3

**Class 4**

| Creditor | Amount | Accept | Reject |
|---|---|---|---|
| Corwin Medical Group, Inc<br>18564 Highway 18, Suite 105<br>Apple Valley, CA  92307 | $440,000 | X | |
| Physicians Hospital<br>Management Group, LLC<br>18564 Highway 18, Suite 105<br>Apple Valley, CA  92307 | $1,520,000 | X | |
| **Total** | **$1,960,000** | **$1,960,000** | **$0** |

# EXHIBIT 4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

**RECEIVED**

**MAY 3   2011**

**PACHULSKI, STANG, ZIEHL & JONES**

In re:                                    Case No.: 6:10-bk-39537-CB

VICTOR VALLEY COMMUNITY        Chapter 11]
HOSPITAL,
a California corporation,

                 Debtor.          **BALLOT FOR ACCEPTING OR REJECTING
                                  THE LIQUIDATING PLAN OF
                                  REORGANIZATION FOR VICTOR VALLEY
                                  COMMUNITY HOSPITAL (April 8, 2011)**

          This is the Ballot for creditors to vote on *The Liquidation Plan of Reorganization For Victor Valley Community Hospital* (the "Plan") filed by Victor Valley Community Hospital (the "Debtor"). The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan.  In the event that the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  To have your vote count, you must complete and return this Ballot as directed below.

          The undersigned, a Class 1b creditor of the above-named Debtor, in the unpaid principal amount of $6,000,0000.

**X**          Accepts the Plan

☐          Rejects the Plan

          By signing this Ballot, the undersigned creditor hereby certifies that it has been provided with and has read a copy of the Plan , it is the holder of the Claim(s) set forth above and has full power and authority to vote to accept or reject the Plan.

Dated:     May 2, 2011          *Manmohan Naygar, by msps*
                                Dr. Manmohan Nayyar, M/D

                                _____
                                President

                                _____
                                Physicians Hospital Management, LLC

                                _____
                                18564 Highway 18, Suite 105, Apple Valley, CA 92307

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

**RECEIVED**

**MAY 3  2011**

**PACHULSKI, STANG, ZIEHL & JONES**

In re:

VICTOR VALLEY COMMUNITY
HOSPITAL,
a California corporation,

Debtor.

Case No.: 6:10-bk-39537-CB

Chapter 11]

**BALLOT FOR ACCEPTING OR REJECTING
THE LIQUIDATING PLAN OF
REORGANIZATION FOR VICTOR VALLEY
COMMUNITY HOSPITAL (April 8, 2011)**

This is the Ballot for creditors to vote on *The Liquidation Plan of Reorganization For Victor Valley Community Hospital* (the "Plan") filed by Victor Valley Community Hospital (the "Debtor"). The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this Ballot as directed below.

The undersigned, a Class 1c creditor of the above-named Debtor, in the unpaid principal amount of $ 100,000 .

X          Accepts the Plan

☐          Rejects the Plan

By signing this Ballot, the undersigned creditor hereby certifies that it has been provided with and has read a copy of the Plan , it is the holder of the Claim(s) set forth above and has full power and authority to vote to accept or reject the Plan.

Dated:    May 2, 2011

_____
Dr. Manmohan Nayyar, M.D.

_____
President

_____
Corwin Medical Group, Inc.

_____
18564 Highway 18, Suite 105, Apple Valley, CA 92307

[

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

**RECEIVED**

**MAY 3. 2011**

**PACHULSKI, STANG, ZIEHL & JONES**

In re:

VICTOR VALLEY COMMUNITY HOSPITAL,
a California corporation,

               Debtor.

Case No.: 6:10-bk-39537-CB

Chapter 11]

**BALLOT FOR ACCEPTING OR REJECTING THE LIQUIDATING PLAN OF REORGANIZATION FOR VICTOR VALLEY COMMUNITY HOSPITAL (April 8, 2011)**

    This is the Ballot for creditors to vote on *The Liquidation Plan of Reorganization For Victor Valley Community Hospital* (the "Plan") filed by Victor Valley Community Hospital (the "Debtor"). The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this Ballot as directed below.

    The undersigned, a Class 4 creditor of the above-named Debtor, in the unpaid principal amount of $1,520,000.

    **X**           Accepts the Plan

    ☐           Rejects the Plan

    By signing this Ballot, the undersigned creditor hereby certifies that it has been provided with and has read a copy of the Plan , it is the holder of the Claim(s) set forth above and has full power and authority to vote to accept or reject the Plan.

Dated:    May 2, 2011

*Manohan Nayyar by ____*

Dr. Manmohan Nayyar, M.D.

Managing Member

Physicians Hospital Management Group, LLC

18564 Highway 18, Suite 105, Apple Valley, CA 92307

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

RECEIVED
MAY 3 2011
PACHULSKI, STANG, ZIEHL & JONES

In re:

VICTOR VALLEY COMMUNITY
HOSPITAL,
a California corporation,

                        Debtor.

Case No.: 6:10-bk-39537-CB

Chapter 11]

**BALLOT FOR ACCEPTING OR REJECTING
THE LIQUIDATING PLAN OF
REORGANIZATION FOR VICTOR VALLEY
COMMUNITY HOSPITAL (April 8, 2011)**

        This is the Ballot for creditors to vote on *The Liquidation Plan of Reorganization For Victor Valley Community Hospital* (the "Plan") filed by Victor Valley Community Hospital (the "Debtor"). The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this Ballot as directed below.

        The undersigned, a Class 4 creditor of the above-named Debtor, in the unpaid principal amount of $440,000.

    **X**        Accepts the Plan

    ☐        Rejects the Plan

        By signing this Ballot, the undersigned creditor hereby certifies that it has been provided with and has read a copy of the Plan , it is the holder of the Claim(s) set forth above and has full power and authority to vote to accept or reject the Plan.

Dated:      May 2, 2011                    _Manmohan Nayyar_ mtes
                                        Dr. Manmohan Nayyar, M.D.

                                        _____
                                        President

                                        _____
                                        Corwin Medical Group, Inc.

                                        _____
                                        18564 Highway 18, Suite 105, Apple Valley, CA 92307

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **DECLARATION OF FELICE HARRISON WITH RESPECT TO THE TABULATION OF VOTES ON THE DEBTOR'S FIRST AMENDED LIQUIDATING PLAN OF REORGANIZATION FOR VICTOR VALLEY COMMUNITY HOSPITAL (APRIL 15, 2011)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 6, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 6, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***Via Overnight Mail***
Honorable Catherine Bauer
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 369
Riverside, CA  92501-3819

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 6, 2011 | Sophia Margetis | /s/ Sophia Margetis |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:

*Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC*
*allison@claimsrecoveryllc.com*

*Martin R Barash on behalf of Interested Party The Senior Associates Group, Inc.*
*mbarash@ktbslaw.com*

*Kirk A Barber on behalf of Creditor Professional Hospital Supply, Inc.*
*barberlawgroup@yahoo.com*

*Manuel A Boigues on behalf of Creditor SEIU United Healthcare Workers - West*
*bankruptcycourtnotices@unioncounsel.net*

*Mark Bradshaw on behalf of Creditor Prime Healthcare Services Foundation, Inc.*
*mbradshaw@shbllp.com*

*Jeff Cohen on behalf of Interested Party Southpaw Asset Management LP*
*JC@SouthpawAsset.com*

*Sanaea Daruwalla on behalf of Attorney Burke, Williams, & Sorensen, LLP*
*sdaruwalla@bwslaw.com*

*Richard K Diamond (TR) on behalf of Interested Party Courtesy NEF*
*jlv@dgdk.com, rdiamond@ecf.epiqsystems.com*

*Abram Feuerstein on behalf of U.S. Trustee United States Trustee (RS)*
*abram.s.feuerstein@usdoj.gov*

*H Alexander Fisch on behalf of Interested Party Victor Valley Acquisition, Inc.*
*afisch@stutman.com*

*Fredric Glass on behalf of Creditor Fair Harbor Capital, LLC*
*fglass@fairharborcapital.com*

*Matthew A Gold on behalf of Creditor Argo Partners*
*courts@argopartners.net*

*Everett L Green on behalf of U.S. Trustee United States Trustee (RS)*
*everett.l.green@usdoj.gov*

*Robert A Hessling on behalf of Interested Party Courtesy NEF*
*rhessling@dgdk.com*

*Lawrence J Hilton on behalf of Creditor Cerner Corporation*
*lhilton@oneil-llp.com, ssimmons@oneil-llp.com*

*Mark D Houle on behalf of Creditor Health Net of California, Inc.*
*mark.houle@pillsburylaw.com*

*Raffi Khatchadourian on behalf of Creditor Sysco Food Services of Los Angeles, Inc.*
*raffi@hemar-rousso.com*

*Maya Krish on behalf of Creditor Fair Liquidity Partners, LLC*
*mkrish@cactuscollect.com*

*Mary D Lane on behalf of Debtor Victor Valley Community Hospital*
*mlane@pszjlaw.com*

*Ganna Liberchuk on behalf of Creditor Hain Capital Group, LLC*
*gliberchuk@haincapital.com*

*Michael B Lubic on behalf of Interested Party LabWest, Inc.*
*michael.lubic@klgates.com*

*Samuel R Maizel on behalf of Attorney Pachulski Stang Ziehl & Jones LLP*
*smaizel@pszjlaw.com, smaizel@pszjlaw.com*

*Elmer D Martin on behalf of Interested Party Courtesy NEF*
*elmermartin@gmail.com*

*Scotta E McFarland on behalf of Debtor Victor Valley Community Hospital*
*smcfarland@pszjlaw.com, smcfarland@pszjlaw.com*

*Robert K Minkoff on behalf of Creditor Jefferies Leveraged Credit Products, LLC*
*rminkoff@jefferies.com*

*Jane Odonnell on behalf of Creditor California Health Facilities Financing Authority*
*jane.odonnell@doj.ca.gov*

*Courtney E Pozmantier on behalf of Interested Party The Senior Associates Group, Inc.*
*cpozmantier@ktbslaw.com*

*Martha E Romero on behalf of Creditor San Bernardino County Tax Collector*
*Romero@mromerolawfirm.com*

*Steven J Schwartz on behalf of Creditor Committee Committee Of Creditors, Unsecured Claims*
*sschwartz@dgdk.com*

*David Scott on behalf of Creditor Centillion Investments LLC*
*centillion@centillioninvest.com*

*Seth B Shapiro on behalf of Interested Party Centers for Medicare and Medicaid Services*

*seth.shapiro@usdoj.gov*

*David P Tonner on behalf of Creditor Archon Bay Capital, LLC
operations@blueheroncapital.com*

*United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov*

*Michael H Weiss on behalf of Interested Party Choice Medical Group
mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com*

*Andrew F Whatnall on behalf of Creditor DACA 2010L, LP
awhatnall@daca4.com*

**II.**    <u>**SERVED BY U.S. MAIL**</u>:

*See attached list.*

**Victor Valley Community Hospital**
**Chapter 11 Case No.:  6:10-bk-39537-CB**
**2002 Service List**

**Debtor**
Victor Valley Community Hospital
Catherine M. Pelley
Chief Executive Officer
15248 Eleventh Street
Victorville, CA  92395

Charlie Slyngstad
Burke Williams and Sorenson, LLP
444 S. Flower St., Ste. 2400
Los Angeles, CA  90071

Attorneys for Creditors' Committee
Richard K. Diamond
Steven Schwartz
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067

Committee Member
PHS Professional Hospital Supply
42500 Winchester Road
Temecula, CA 92590
Representative: Kirk Barber

Board of Directors
Kathy Davis
Chair, Governing Board of Directors
17100 B Bear Valley Rd.
Box 357
Victorville, CA  92395

United States Trustee
Everett Green
Office of the United States Trustee
3685 Main St., Ste. 300
Riverside, CA  92501

Committee Member
Medtronic USA, Inc.
MS V215
3850 Victoria Street North
Shoreview, MN  55126-2978
Representative: Steve Carlson

Committee Member
Rodney W. Brown, J.D.
LabWest, Inc.
1821 E. Dyer Rd., Suite 100
Santa Ana, CA 92705

**Government Agencies**

Counsel for the US DHHS/CMS
Phillip Seligman, Esq.
US Department of Justice
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Wendi A. Horwitz
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring St., Suite 1702
Los Angeles, CA 90013

Office of Statewide Health Planning and Development
Cal-Mortgage Loan Insurance Division
818 K. Street, Room 210
Sacramento, CA 95814

California Health Facilities Financing Authority
915 Capitol Mall, Suite 590
Sacramento, CA 95814

**Secured Creditors**

Gregg Buxton, Vice President
Desert Community Bank
a Division of East West Bank
14800 La Paz Drive
Victorville, CA 92395

Corwin Medical Group
Manmohan Nayyar, MD
Raman Poola, MD
Anna Sugi
18564 Hwy 18, Suite 110
Apple Valley, CA 92307

Manmohan Nayyar, MD
Physicians Hospital Management, LLC
18523 Corwin Rd., Suite H
Apple Valley, CA 92307

Attorneys for PHM
Michael S. Weiss, Esq.
Weiss & Spees
1925 Century Park East, Suite 650
Los Angeles, CA 90067-

2701 Commonwealth Land Title Company
888 West Sixth Street, 4th Floor
Los Angeles, CA 90017

BNY Mellon Trust Company NA
700 South Flower Street, Suite 500
Los Angeles, CA 90017
Attention: Aaron Masters

Counsel to the Indenture Trustee for the HFFA Bonds
Catherine D. Meyer
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406

**Interested Parties**

Thomas L. Driscoll, Esq.
Attorney at Law
2002 3rd St Apt 114
San Francisco, CA 94107

Biotronik
Attention:  Allen Trammell
6024 Jean Road
Lake Oswego, Oregon  97035

Delta One Partners, Inc.
Corporate Headquarters South
48550 North View Drive
Palm Desert, CA  92260

Attorneys for LabWest, a subsidiary of LabCorp.
Michael Benjamin Lubic
K&L Gates
10100 Santa Monica Blvd., 7th Floor
Los Angeles, California  90067

Law Offices of Leslie M. Lava
580 California Street, Suite 1600
San Francisco, CA  94104

Westhoff, Cone & Holmstedt
1777 Botelho Drive, Suite 370
Walnut Creek, CA  94596

Davis Wright Tremaine LLP
64 Oak Knoll Drive
San Anselmo, CA  94960

Daniel Settelmayer, Esq.
Latham & Watkins LLP
PO Box 894256
Los Angeles, CA  90189-4256

Stalking Horse Bidder
Prime Healthcare Services Foundation, Inc.
Attn: Lex Reddy
Chief Executive Officer
3300 East Guasti Road, 2nd Fl.
Ontario, CA  91761

Counsel for Prime Healthcare Services Foundation, Inc.
Lee Shulman
Mark Bradshaw
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Ste. 300
Foothill Ranch, CA  92610

J. Raymond Elliott
President and Chief Executive Officer
Boston Scientific
re: Guidant Corporation
One Boston Scientific Place
Natick, MA 01760-1537

Johnson & Johnson Health Care Systems Inc.
425 Hoes Lane
Piscataway, NJ 08854

Radiometer America, Inc.
810 Sharon Drive
Westlake, OH 44145

Quadramed
Attention:  Penny W. Collings
QuadraMed Corporation
12110 Sunset Hills Road # 600
Reston VA 20190

Stephen M. O'Hara
President and CEO
Angelica Textile Services (R-Colton
1105 Lakewood Parkway #210
Alpharetta, GA  30004

**Requests for Special Notice**

Attorneys for Professional Hospital Supply
Kirk Barber
Kirk Barber Law Group, A.P.L.C.
43426 Business Park Drive
Temecula, CA 92590

Attorneys for Creditor OSHPD and the
CA Health Facilities and Financing Authority
Jane O'Donnell
Deputy Attorney General Dept of Justice
Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

Attorneys for Cerner Corporation
Lawrence J. Hilton
O'Neil LLP
19900 MacArthur Boulevard; Suite 1050
Irvine, California 92612

DARRELL W. CLARK
Stinson Morrison Hecker LLP
1150 18th Street, NW; Suite 800
Washington, DC 20036-3816

Counsel for The Senior Associates Group
Klee, Tuchin, Bogdanoff & Stern LLP
Attn: Thomas E. Patterson, Esq. and
Martin R. Barash, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049

Counsel for The Senior Associates Group
Michael C. Kelcy, Esq.
3605 Canon Blvd.
Altadena, CA 91001

Attorneys for Health Net
Mark D. Houle, Esq.
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, Suite 700
Costa Mesa, California 92626-7122

Attorneys for County of San Bernardino
Martha E. Romero
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA  90601

Seth B. Shapiro, Trial Attorney
U.S. Department of Justice - Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

Attorneys for Victor Valley Hospital Real Estate
Valley Hospital Acquisition, Inc.
Gary E. Klausner
H. Alexander Fisch
Jeffrey A. Resler
Stutman, Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

Victor Valley Hospital Real Estate, LLC
6800 Indiana Avenue, Suite 130
Riverside, CA  92506
Attention:  William E. Thomas, Esq.

Victor Valley Hospital Acquisition, Ir
6800 Indiana Avenue, Suite 130
Riverside, CA  92506
Attention:  William E. Thomas, Esq.

Tin Kin Lee on behalf of Creditor Inland
Empire Health   Plan
Tin Kin Lee Law Offices
55 S Lake Ave Ste 705
Pasadena, CA 91101

Liquidity Solutions Inc
One University Plaza
Ste 312
Hackensack, NJ 07601

Tannor Partners Credit Fund II, LP
200 Business Park Drive, Suite 200
Armonk, NY 10504

Attorney for Creditor, Peggy Buckle
Michael Grennier
Law Offices of Steve Pell
2633 Loma Vista Road
Ventura, CA  93003-1548