GARY E. KLAUSNER (STATE BAR NO. 69077)
JEFFREY A. RESLER (STATE BAR NO. 152674)
H. ALEXANDER FISCH (STATE BAR NO. 223211)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788
E-mail: gklausner@stutman.com
jresler@stutman.com
afisch@stutman.com

Attorneys for Victor Valley Hospital Real Estate LLC and Victory Valley Hospital Acquisition, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| In re<br><br>Victory Valley Community Hospital<br><br>Debtor, | Case No. 6:10-39537 CB<br><br>Chapter 11<br><br>**DIP LENDERS' LIMITED OPPOSITION TO THE FORM OF ORDER AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**<br><br><u>Hearing</u><br><br>Date: July 12, 2011<br>Time: 2:00 p.m.<br>Place: U.S. Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501<br>Honorable Catherine E. Bauer |
|---|---|

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ITS COUNSEL AND OTHER INTERESTED PARTIES:**

Victor Valley Hospital Real Estate, LLC, a California limited liability corporation ("VVHRA"), and Victor Valley Hospital Acquisition, Inc., a California corporation ("VVHA"; collectively the "DIP Lenders"), hereby respectfully file this Limited Opposition To The Form Of Order Authorizing The Sale Of Substantially All Of The Debtor's Assets Free And Clear of Liens, Claims and Encumbrances (the "Order"). In respect thereto, the DIP Lenders represent as follows:

1. The DIP Lenders have extended to the Debtor a post-petition debtor in possession loan of approximately $4.5 million, secured by substantially all of the assets of the Debtor, which is all currently due and payable.

2. The sale of the Debtor's assets to Prime Healthcare Services Foundation, Inc. ("Prime") is to be free and clear of all interests, liens, claims and encumbrances, with such interests, liens, claims and encumbrances attaching to the proceeds of the sale.

3. While the proposed form of Order contains findings that the above is proper (*see*, paragraph M), the form of Order does not provide in the ordered section that such interests, liens, claims and encumbrances attach to the sale proceeds. The DIP Lenders assume that this was simply a drafting error and can be fixed either by the submission of a new form of order or the interlineation of the following text at the end of paragraph 3 of the Order:

> All such Liens and Claims shall be transferred to and attach to the proceeds of the sale of the Assets with the same right, validity and priority as existed in and against the Assets prior to the closing of the sale.

Dated: July 26, 2011

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION

By /s/ *H. Alexander Fisch*_______
Gary E. Klausner
Jeffrey A. Resler
H. Alexander Fisch
Attorneys for Victor Valley Hospital Real Estate LLC and Victory Valley Hospital Acquisition, Inc.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067-6013**.

A true and correct copy of the following document described as: **DIP LENDERS' LIMITED OPPOSITION TO THE FORM OF ORDER AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 26, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _______________, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***July 26, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Served by Messenger**
The Honorable Catherine Bauer
USBC- Central District of California
3420 Twelfth Street, Suite 369
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 26, 2011 | Kendra A. Johnson | */s/ Kendra A. Johnson* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com

Martin R Barash on behalf of Interested Party The Senior Associates Group, Inc.
mbarash@ktbslaw.com

Kirk A Barber on behalf of Creditor Professional Hospital Supply, Inc.
barberlawgroup@yahoo.com

Manuel A Boigues on behalf of Creditor SEIU United Healthcare Workers - West
bankruptcycourtnotices@unioncounsel.net

Mark Bradshaw on behalf of Creditor Desert Valley Hospital, Inc.
mbradshaw@shbllp.com

Jeff Cohen on behalf of Interested Party Southpaw Asset Management LP
JC@SouthpawAsset.com

Jeffrey Lee Costell on behalf of Interested Party Deanco Healthcare, LLC
jlcostell@costell-law.com, aicornelius@costell-law.com;hnugget@costell-law.com;mharris@costell-law.com;eglusker@costell-law.com

Sanaea Daruwalla on behalf of Attorney Burke, Williams, & Sorensen, LLP
sdaruwalla@bwslaw.com

Richard K Diamond (TR) on behalf of Creditor Committee Committee Of Creditors, Unsecured Claims
jlv@dgdk.com, rdiamond@ecf.epiqsystems.com

Abram Feuerstein on behalf of U.S. Trustee United States Trustee (RS)
abram.s.feuerstein@usdoj.gov

H Alexander Fisch on behalf of Interested Party Victor Valley Acquisition, Inc.
afisch@stutman.com

Fredric Glass on behalf of Creditor Fair Harbor Capital, LLC
fglass@fairharborcapital.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Everett L Green on behalf of U.S. Trustee United States Trustee (RS)
everett.l.green@usdoj.gov

Robert A Hessling on behalf of Interested Party Courtesy NEF
rhessling@dgdk.com

Lawrence J Hilton on behalf of Creditor Cerner Corporation
lhilton@oneil-llp.com, ssimmons@oneil-llp.com

Mark D Houle on behalf of Creditor Health Net of California, Inc.
mark.houle@pillsburylaw.com

Peter W Ito on behalf of Creditor St. Mary Medical Center
pito@polsinelli.com, mlydick@polsinelli.com

Raffi Khatchadourian on behalf of Creditor Sysco Food Services of Los Angeles, Inc.
raffi@hemar-rousso.com

Maya Krish on behalf of Creditor Fair Liquidity Partners, LLC
mkrish@cactuscollect.com

Mary D Lane on behalf of Debtor Victor Valley Community Hospital
mlane@pszjlaw.com

Ganna Liberchuk on behalf of Creditor Hain Capital Group, LLC
gliberchuk@haincapital.com

Craig A Loren on behalf of Creditor Debt Acquisition Group, LLC
aloren@debtacquisitiongroup.com, bschwab@debtacquisitiongroup.com;jsarachek@debtacquisitiongroup.com

Michael B Lubic on behalf of Interested Party LabWest, Inc.
michael.lubic@klgates.com

Monika J Machen on behalf of Interested Party Courtesy NEF
mmachen@polsinelli.com

Samuel R Maizel on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
smaizel@pszjlaw.com, smaizel@pszjlaw.com

Elmer D Martin on behalf of Creditor Desert Community Bank, a Division of East West Bank
elmermartin@gmail.com

Jordan D Mazur on behalf of Creditor SEIU United Healthcare Workers - West
bankruptcycourtnotices@unioncounsel.net

Scotta E McFarland on behalf of Debtor Victor Valley Community Hospital
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

Robert K Minkoff on behalf of Creditor Jefferies Leveraged Credit Products, LLC
rminkoff@jefferies.com

Jane Odonnell on behalf of Creditor California Health Facilities Financing Authority
jane.odonnell@doj.ca.gov

Courtney E Pozmantier on behalf of Interested Party The Senior Associates Group, Inc.
cpozmantier@ktbslaw.com

Martha E Romero on behalf of Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

Terrel Ross on behalf of Interested Party TR Capital Management, LLC
tross@trcmllc.com

Steven J Schwartz on behalf of Attorney DANNING GILL DIAMOND & KOLLITZ, LLP
sschwartz@dgdk.com

David Scott on behalf of Creditor Centillion Investments LLC

centillion@centillioninvest.com

Seth B Shapiro on behalf of Interested Party Centers for Medicare and Medicaid Services
seth.shapiro@usdoj.gov

Derrick Talerico on behalf of Creditor SCAN Health Plan
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

David P Tonner on behalf of Creditor Archon Bay Capital, LLC
operations@blueheroncapital.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Michael H Weiss on behalf of Interested Party Choice Medical Group
mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

Andrew F Whatnall on behalf of Creditor DACA 2010L, LP
awhatnall@daca4.com