1 | Samuel R. Maizel (CA Bar No. 189301)
Scotta E. McFarland (CA Bar No. 165391)
2 | Mary D. Lane (CA Bar No. 071592)
PACHULSKI STANG ZIEHL & JONES LLP
3 | 10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
4 | Telephone: 310/277-6910
Facsimile: 310/201-0760
5 | E-mail:      smaizel@pszjlaw.com
             smcfarland@pszjlaw.com
6 |             mlane@pszjlaw.com

7 | Attorneys for Victor Valley Community Hospital, Debtor
and Debtor in Possession

**FILED & ENTERED**

**JUL 29 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ygreen    DEPUTY CLERK

**CHANGES MADE BY COURT**

8 |

9 | ### UNITED STATES BANKRUPTCY COURT

10 | ### CENTRAL DISTRICT OF CALIFORNIA

11 | ### RIVERSIDE DIVISION

12 | In re:

13 | **VICTOR VALLEY COMMUNITY HOSPITAL,**

14 | Debtor.

Case No. 6:10-39537 CB

Chapter 11

**ORDER AUTHORIZING (I) THE
SALE OF ASSETS FREE AND CLEAR
OF LIENS, CLAIMS, AND
ENCUMBRANCES, (II) THE
ASSUMPTION AND ASSIGNMENT
OF EXECUTORY CONTRACTS; AND
(III) GRANTING RELATED RELIEF**

<u>Hearing</u>
Date:  July 12, 2011
Time:  2:00 p.m.
Place: Courtroom 303
       3420 Twelfth Street
       Riverside CA, 92501
Judge: Honorable Catherine E. Bauer

**THIS MATTER CAME BEFORE THE COURT** at the above-captioned date and time

before the Honorable Catherine E. Bauer, United States Bankruptcy Judge, to consider the approval

of the Debtor's *Motion for the Entry of an Order (A) Authorizing the Sale of Substantially all of the*

*Debtor's Assets  Free and Clear of Liens, Claims, Encumbrances and Interests; and (B) Granting*

*Related Relief* ("the Motion") [Docket No. 1506].  Appearances were made as noted on the record.

All Capitalized Terms not otherwise defined herein or otherwise modified herein shall have the same meaning as those ascribed in the Motion.

**NOW, THEREFORE,** after due deliberation and good cause appearing therefore;

**IT IS HEREBY FOUND AND DETERMINED THAT:**[1]

A.      This Court has jurisdiction to hear and determine the Motion pursuant to 28 U.S.C. §§ 157 and 1334.

B.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

C.      Determination of the Motion is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (N), and (O).  The statutory predicates for the relief requested in the Motion are sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006 and 9014.

D.      Proper, timely, adequate, and sufficient notice of the Motion, and of the proposed relief described therein, was given by the Debtor and such notice was reasonable and appropriate under the circumstances and comports in all regards with the requirements of due process, section 102(1) of the Bankruptcy Code, Bankruptcy Rules 2002 and 6004.

E.      The Debtor has taken commercially reasonable steps to communicate to the applicable market that the Assets were available for sale and to facilitate and encourage commercially reasonable expressions of interest in the Assets.  As a consequence, the Debtor adequately marketed the Assets.

F.      An auction was held on November 5, 2010.  Victor Valley Hospital Acquisition, Inc. and Victor Valley Hospital Real Estate, LLC  (collectively "VVHA") were selected as the winning bidders.  Prime Healthcare Services Foundation, Inc. ("Prime" or "Purchaser") was selected as the Back Up Bidder.

G.      Following the auction the Debtor filed its *Report n the Results of the Auction; Declaration of George D Pillari in Support Thereof* [Docket No. 227].

---

[1]    When appropriate herein, findings of fact shall be construed as conclusions of law, and conclusions of law shall be construed as findings of fact.  *See* Bankruptcy Rule 7052.

1        H.    On November 9, 2010, a hearing was held on the sale portion of the Sale Motion.

2    After hearing argument, the court approved the sale to VVHA.  The Court entered the Sale Order,

3    approving the sale of the Hospital to VVHA on December 3, 2010 [Docket No. 351].

4        I.    Subsequent to the Sale Order VVHA declined to close the contemplated transaction.

5        J.    The Debtor continued to negotiate with VVHA in an effort to close the sale, but also

6    approached Prime regarding its continued interest in purchasing the Hospital.  After arms length,

7    good faith negotiations between the Debtor and Prime, Prime entered into the Asset Sale Agreement

8    ("ASA") which is in substantially the same form of asset purchase agreement filed by the Debtors on

9    October 15, 2010 [Docket 136], with one particular difference: Prime's bid at the Auction included

10    the purchase of the Debtor's cash whereas the ASA excludes cash from the assets being purchased.

11    The purchase price under the ASA of $35 million, which is subject to certain credits and adjustments

12    as set forth in the ASA, is the amount of Prime's back up bid at Auction.  The Debtors board of

13    directors has approved the sale of the Assets to Prime under the terms of the ASA, subject to, among

14    other conditions, this Court's and the California Attorney General's approval of the sale.

15        K.    A reasonable opportunity to object or be heard regarding the relief requested in the

16    Motion has been afforded to all interested persons and entities.

17        L.    The Debtor has all requisite corporate power and authority necessary to enter into the

18    ASA and all other documents contemplated thereby, and the transactions provided for in the ASA

19    have been duly and validly authorized by all necessary corporate action of the Debtor.  The Debtor

20    has all the corporate power and authority necessary to consummate the transactions contemplated by

21    the ASA and no consents or approvals other than those expressly provided for in the ASA, including

22    the approval of the California Department of Justice - Office of the Attorney General, are required

23    for the Debtor to consummate such transaction.

24        M.    The execution and delivery of the ASA by the Debtor, and the consummation of the

25    transactions contemplated thereby, including the provisions thereof with respect to the conveyance

26    and assignment of the Assets free and clear of Liens, reflect the exercise of sound business judgment

27    by the Debtor, is a proper exercise of its fiduciary duties, is fair and reasonable, and is in the best

28    interests of the Debtor, its creditors, and its estate.  The total consideration to be realized by the

Debtor under the ASA represents fair consideration and reasonably equivalent value in the context of any state or federal law governing the rights of creditors.  As a result, there exists good and sufficient business justification to consummate the transactions contemplated by the ASA pursuant to sections 105, 363, and 365 of the Bankruptcy Code.

N.      The transactions contemplated under the ASA pursuant to section 363 of the Bankruptcy Code are exempt from the purview of all state laws protecting the rights of creditors, including, without limitation, state fraudulent transfer, fraudulent conveyance, preference, and bulk sale laws.  The conveyance and assignment of the Assets pursuant to the ASA will be a legal, valid, and effective transfer of the Assets to the Purchaser, and will vest the Purchaser with all right, title and interest of the Debtor in and to the Assets free and clear of all mortgages, deeds of trust, security interests, conditional sale or other title retention agreements, pledges, liens (including without limitation, all liens of the Office of Statewide Health Planning and Development of the State of California, VVHA, Corwin Medical Group and Physician Hospital Management in or on the Assets), mechanics', materialmens' and other consensual and non-consensual liens and statutory liens, claims (including, but not limited to, any "claim" as defined in Section 101(5) of the Bankruptcy Code), reclamation claims, covenants, restrictions, hypothecations, charges, indentures, loan agreements, instruments, contracts, leases, licenses, options, rights of first refusal, offsets, recoupment, rights of recovery, orders and decrees of any Court or foreign or domestic governmental entity, claims for reimbursement, contribution, indemnity or exoneration, assignment, preferences, debts, charges, suits, rights of recovery, interests, alter-ego, environmental, successor liability, judgments, demands, encumbrances, constructive or resulting trusts, or other encumbrances or charges of any kind or nature, if any, including but not limited to any restriction on the use, transfer, receipt of income, or other exercise of any attributes of ownership pursuant to section 363(f) of the Bankruptcy Code (collectively, "Liens" holders of liens are collectively, the "Lienholders").  Sale of the Assets free and clear of all Liens is appropriate under section 363(f) in that (a) the Lienholders have consented (or by their failure to object to the sale are deemed to have consented) to the transfer of the Assets free and clear of their respective prepetition and postpetition Liens pursuant to section 363(f)(2) of the Bankruptcy Code; and/or (b) such Lienholder could be compelled, in a legal or

equitable proceeding, to accept a money satisfaction of such interest and such alleged Lien will

attach to the proceeds of the sale of the Assets in the same right, validity and priority as existed prior

to the sale, thereby allowing the Assets to be sold free and clear of such Lien pursuant to section

363(f)(5) of the Bankruptcy Code.  As a result, all holders of any Liens shall be forever barred from

asserting their Liens or any "Claims" (as defined under section 101(5) of the Bankruptcy Code)

against the Purchaser, its nominees, designees, successors and assigns, and the Assets.

O.    Except for the Assumed Obligations, neither the transfer of the Assets nor the

contemplated assumption and assignment of the Assumed Contracts, will subject the Purchaser or

the Assets to any debt, liability, obligation, commitment, responsibility or claim whatsoever with

respect to the ownership of the Assets, on or prior to the Closing Date to the fullest extent allowed

under applicable law, including, without limitation, any Claim or Lien that any creditor, vendor,

supplier, employee, lessor, customer, governmental agency or any other third party has or may have

against the Debtor or the Assets, or other liability, incurred by the Debtor prior to the Closing Date,

for any matter relating to the Assets or the purchase of the Assets and the contemplated assumption

and assignment of the Assumed Contracts under the laws of the United States, any state, territory or

possession thereof, or the District of Columbia based , in whole or in part, directly or indirectly, on

any theory of law or equity, including without limitation, any theory of merger, continuation of the

Debtor or its business, or successor or transferee liability (including , but not limited to, claims

arising in or under ERSA,  the WARN Act, OSHA, CERCLA, RCRA, NLRA or any other

environmental statute or regulation, employment-related claims, payroll taxes, employee contracts,

tax claims or environmental liability claims).  Except for the Assumed Obligations, under no

circumstance will the Purchaser be deemed a successor of or to the Debtor or merged with or into the

Debtor, with respect to any Liens, Claims, encumbrances or interests (including claims of successor

or transferee liability) against the Debtor or the Assets and the Purchaser shall have no liability as a

successor or transferee of the Debtor.

P.    The failure to sell the Assets free and clear of Liens and Claims would impact

adversely on the bankruptcy estate of the Debtor.  Any attempt to sell the Assets other than free and

clear of Liens and Claims would be of substantially less benefit to the Debtor's estate.

Q.      The assumption, assignment, sale and transfer of the Assumed Contracts and

Assumed Leases to the Purchaser is or will be a legal, valid and effective transfer, and will vest the

Purchaser with all right, title and interest in and to the Assumed Contracts and Assumed Leases, free

and clear of all Liens.

R.      Adequate assurance exists that the Purchaser will fully perform all future obligations

under the Assumed Contracts and Assumed Leases being assumed and assigned to the Purchaser.

S.      The ASA was negotiated, proposed, and entered into by the parties without collusion,

in good faith, and from arm's-length bargaining positions.  The Purchaser is not an "insider" of the

Debtor within the meaning of section 101(31) of the Bankruptcy Code, and Purchaser is unrelated to

the Debtor in that there is no substantial similarity between or among the ultimate shareholders of

the Debtor and the Purchaser.  As a result, upon consummation of the transactions contemplated by

the ASA, the Purchaser will be a purchaser in "good faith" within the meaning of section 363(m) of

the Bankruptcy Code, and, as such, is entitled to the protections afforded thereby.  Neither the

Debtor nor the Purchaser has engaged in any conduct that would cause or permit the ASA, or the

transfers contemplated thereby, to be avoided under Bankruptcy Code section 363(n).  If the Debtor

consummates the transactions contemplated by the ASA absent a stay pending appeal of this Order,

the reversal or modification on appeal of this Order shall not affect the validity of the contemplated

transactions.

T.      All objections to the approval of the ASA, or to the transactions contemplated

thereby, have been overruled.

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Motion is Granted.

2.      The terms and conditions of, and the transactions contemplated by, the ASA between

the Debtor and the Purchaser are hereby authorized and approved in all respects; and, pursuant to

sections 105 and 363 of the Bankruptcy Code, the Debtor hereby is fully authorized and empowered

to (a) execute, deliver, perform under, consummate, and implement the ASA, (b) execute all

additional instruments and documents that may be reasonably necessary or desirable to implement

the ASA and the transactions contemplated thereby, (c) take all further actions as may be necessary

or appropriate for the purpose of assigning, transferring, granting or conveying its interest in the Assets to the Purchaser as contemplated by the ASA, and (d) take such other and further steps as are contemplated thereby to fulfill their obligations thereunder or as may be necessary to effectuate the terms of this Order. A final version of the ASA complete with all exhibits and schedules shall be filed with the Court on or before August 2, 2011.

3.      Pursuant to sections 105(a) and 363(f) of the Bankruptcy Code, and Bankruptcy Rule 6004, upon the closing of the ASA, the Assets shall be sold, transferred, and assigned to the Purchaser and clear of all Liens and Claims.  All such Liens and Claims shall be transferred to and attach to the proceeds of the sale of the Assets with the same right, validity and priority as existed in and against the Assets prior to the closing of the sale.  The Debtor is authorized to pay through escrow amounts due to the County of San Bernardino Treasurer/Tax Collector and the County of San Bernardino Auditor-Controller.

4.      Pursuant to sections 105(a), 363 and 365 of the Bankruptcy Code, and Bankruptcy Rule 6004 and 6006, and in accordance with the ASA, the Debtor is hereby authorized at Closing to sell, assume and assign to Purchaser the Assumed Contracts and Assumed Leases.   Effective as of the Closing Date, and upon Purchaser's payment of the cure amounts, the Assumed Contracts and Assumed Leases shall be, and are (a) in full force and effect, with no defaults thereunder that need to be cured in connection with any assumption and assignment by the Debtor, and (b) valid, binding, and enforceable in accordance with their terms upon assignment to the Purchaser, notwithstanding any provision in any such Assumed Contract or Assumed Lease (including those of the type described in sections 365(b)(2) and (f) of the Bankruptcy Code) that prohibits, restricts or conditions such assignment or transfer.

5.      Each and every federal, state and local governmental agency or department is hereby directed to accept any and all documents and instruments necessary and appropriate to consummate the transactions contemplated by the ASA.  A certified copy of this Order shall be accepted by any federal, state or local recording or filing authority as evidence of the discharge of all Liens and Claims against the Assets.

6.      As a result of the foregoing, all persons or entities, including any Governmental Unit (as defined in section 101(27) of the Bankruptcy Code), holding any Liens against the Assets or asserting any Claims against the Debtor are forever barred and estopped from asserting any such Liens or Claims against the Purchaser, the Assets, or any other assets of the Purchaser.  This Court shall retain exclusive jurisdiction to enforce this Order to bar the enforcement or assertion of any Liens or Claims against the Purchaser or the Assets.

7.      On and after the Closing Date (as defined in the ASA) and in accordance with the terms of the ASA, the holders of Claims and Liens are directed to execute such documents and take all other actions as may be reasonably necessary to terminate and expunge such Liens and Claims against the Assets as such Claims or Liens may have been recorded or may otherwise exist.  To the extent that any holder of Claims or Liens refuse to execute such documents as may be necessary to terminate and expunge any Liens and Claims against the Assets, the Debtor and the Purchaser are authorized to take such actions, including without limitation, filing UCC-3 Termination Statements to release any Lien on the Assets.  Any person having custody, control or possession of any of the Assets as of the Closing Date shall deliver such custody, control and possession of such Assets to the Purchaser.

8.      The consideration provided by the Purchaser for the Assets under the ASA constitutes reasonably equivalent value and fair consideration under the Bankruptcy Code and under the laws of the United States, any state, territory or the District of Columbia.

9.      The failure specifically to include any particular provisions of the ASA in this Order shall not diminish or impair the efficacy of such provisions, it being the intent of the Court that the ASA be approved in its entirety.

10.     The ASA and any related agreements, documents, or other instruments may be modified, amended, or supplemented by the parties thereto in accordance with the terms thereof without further order of the Court, provided that any such modification, amendment, or supplement is not material.  The ASA, and all transactions contemplated thereby, shall be binding upon any successors in interest, including without limitation any chapter 11 trustee, chapter 7 trustee or other responsible officer appointed for any of the parties thereto.

11.    Nothing contained in any Chapter 11 plan confirmed in this case or order confirming any such plan shall conflict with or derogate from the provisions of the ASA or the terms of this Order.  The ASA does not constitute a *sub rosa* chapter 11 plan for which approval has been sought without the protections that a disclosure statement would afford, and is not in violation of creditors' and equity security interest holders' voting rights.

12.    The Purchaser is hereby granted the benefits and protections of section 363(m) of the Bankruptcy Code, as a good faith purchaser and assignee, in connection with Assets.  No portion of the Assets to be sold, assumed and assigned, or assigned pursuant to the ASA, shall be severable for mootness or any other purpose from any other portion of the Assets, and the sale of the Assets shall constitute but one nonseverable transaction under section 363 of the Bankruptcy Code.

13.    The transfer of the Assets and the assumption and assignment of the Assumed Contracts, the Purchaser's ASA and any agreement contemplated thereby, shall not make Purchasers liable, obligated or otherwise responsible in any way for any Liens, Claims, encumbrances or interests of any creditor, vendor, supplier, employee, lessor, customer, government agency or any other third party has or may have against the Debtor or the Assets, or any liability incurred  by the Debtor prior to the closing Date, for any matter relating to the Assets or the purchase of the Assets under the laws of the United States, any state, territory or possessions thereof, or the District of Columbia based, in whole or in part, directly or indirectly, on any theory of law or equity, including, without limitation any theory of successor or transferee liability (including, but not limited to, claims arising in or under ERISA, the WARN Act, OSHA, CERCLA, RCRA, NLRA or any other environmental statute or regulation, employment-related claims, payrolls taxes, employee contracts, tax claims or environmental liability claims), excepting only the Assumption Obligation.

14.    This Court hereafter shall and does retain exclusive jurisdiction: (a) to interpret, construe, enforce and implement the terms and provisions of the ASA and this Order, all amendments thereto, any waivers and consents thereunder, any agreements executed in connection therewith, and any and all disputes that may arise under the ASA or this Order as between the Debtor and the Purchaser; (b) to hear and determine any and all disputes between the Debtor and/or the Purchaser, as the case may be, and any third parties relating to the ASA; (c) compel delivery and

1  payment of the consideration provided for under the ASA; (d) resolve any disputes, controversies or

2  Claims arising out of or relating to the ASA; and (e) interpret, implement, and enforce the provisions

3  of this Order; provided, however, that in the event that this Court abstains from exercising or

4  declines to exercise jurisdiction with respect to any matter provided for in this clause, or is without

5  jurisdiction, such abstention, refusal or lack of jurisdiction shall have no effect upon and shall not

6  control, prohibit or limit the exercise of jurisdiction of any other court having competent jurisdiction

7  with respect to any such matter.

8         15.     All objections to the Motion and to the sale of the Assets to the Purchaser are

9  overruled.

10         16.     This Order shall be effective immediately upon its entry, and the 14-day stay

11  provisions included in Bankruptcy Rule 6004(h) and 6006(d) are hereby waived.

13                                          # # #

DATED: July 29, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document described as **ORDER AUTHORIZING (I) THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (II) THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS; AND (III) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 21, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 21, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

*Via Overnight Mail*
Honorable Catherine Bauer
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 369
Riverside, CA  92501-3819

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 21, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 21, 2011 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
DOCS_LA:241279.4 90231-002

**F 9013-3.1.PROOF.SERVICE**

## II.  TO BE SERVED BY U.S. MAIL:

**Victor Valley Community Hospital**
**2002 Service List**
**(with emails, telephone and fax)**

*Via Email*
Debtor
Victor Valley Community Hospital
Catherine M. Pelley
Chief Executive Officer
15248 Eleventh Street
Victorville, CA  92395
T: (760) 843-6201
F: (760) 843-6020
Email:  cpelley@vvch.org

*Via Email*
Board of Directors
Kathy Davis
Chair, Governing Board of Directors
17100 B Bear Valley Rd.
Box 357
Victorville, CA  92395
T: (760) 427-2607
F: (760) 951-1308
Email:  kathydavis49@hotmail.com

*Via Email*
Business Counsel to Debtor
Charlie Slyngstad
Burke Williams and Sorenson, LLP
444 S. Flower St., Ste. 2400
Los Angeles, CA  90071
T: (213) 236-0600
F: (213) 236-2700
Email:  cslyngstad@bwslaw.com

*Via Email*
Office of the United States Trustee
Everett Green
3685 Main St., Ste. 300
Riverside, CA  92501
T: (951) 276-6990
F: (951) 276-6973
Email:  everett.green@usdoj.gov

*Via Email*
Attorneys for Official Committee of Creditors Holding
Unsecured Claims
Richard K. Diamond
Steven Schwartz
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067
P: (310) 277-0077
F: (310) 277-5735
Email:  rdiamond@dgdk.com
         sschwartz@dgdk.com

**Creditors' Committee**

*Via Email*
Committee Member
Medtronic USA, Inc.
MS V215
3850 Victoria Street North
Shoreview, MN  55126-2978
Representative: Steve Carlson
T:      (763) 514-0614
        (800) 511-0934
F:      (763) 367-1403
Email:  Steve.j.carlson@medtronic.com

*Via Email*
Committee Member
PHS Professional Hospital Supply
42500 Winchester Road
Temecula, CA 92590
Representative: Kirk Barber
T: (951) 296-2600 ext. 1240
F: (951)- 296-2625
Email:  barberlawgroup@yahoo.com

*Via Email*
Committee Member
Rodney W. Brown, J.D.
LabWest, Inc.
1821 E. Dyer Rd., Suite 100
Santa Ana, CA 92705
T: (949) 724-3900 Ext. 2730
C:  (714) 290-7748
F: (949) 474-0940
Email:  rbrown@westclifflabs.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                F 9013-3.1 PROOF SERVICE

*Via Email*

Attorneys for LabWest, a subsidiary of LabCorp.
Michael Benjamin Lubic
K&L Gates
10100 Santa Monica Blvd., 7th Floor
Los Angeles, California  90067
T:  (310) 552-5030
F:  (310) 552.5001
*Email:  michael.lubic@klgates.com*

## Government Agencies

*Via Email*

Counsel for the US DHHS/CMS
Phillip Seligman, Esq.
US Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
Room 10104
Washington, DC  20005
Mail
P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875
T:  202-307-1105
F:  202-307-0494
*Email:  Phillip.Seligman@usdoj.gov*

*Via Email*

Wendi A. Horwitz
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring St., Suite 1702
Los Angeles, CA 90013
Direct Phone: 213-897-2178
Facsimile: 213-897-7605
*Email: Wendi.Horwitz@doj.ca.gov*

*Via FedEx*

California Health Facilities Financing Authority
915 Capitol Mall, Suite 590
Sacramento, CA  95814
T: (916) 653-2799

*Via Facsimile*

Office of Statewide Health Planning and Development
Cal-Mortgage Loan Insurance Division
400 "R" Street, Suite 470
Sacramento, CA  95811
T: (916) 319-8800
F: (916) 445-2837

## Secured Creditors

*Via Email*

Corwin Medical Group
Manmohan Nayyar, MD
Raman Poola, MD / Anna Sugi
18564 Hwy 18, Suite 110
Apple Valley, CA  92307
T: (760) 242-7777
F: (760) 242-0485
*Email:  mnayyarmd@choicemg.com
         ramanpoola@yahoo.com
         asugi@choicemg.com*

*Via Email*

Manmohan Nayyar, MD
Physicians Hospital Management, LLC
18523 Corwin Rd., Suite H
Apple Valley, CA  92307
T: (760) 946-3876
F: (760) 242-1936
*Email: mnayyarmd@choicemg.com*

*Via Email*

Attorneys for PHM
Michael H. Weiss, Esq.
Weiss & Spees
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
(424) 245-3100 (Telephone)
(424) 245-3199 (Fax)
*Email: mw@weissandspees.com*

*Via Email*

BNY Mellon Trust Company NA
700 South Flower Street, Suite 500
Los Angeles, CA  90017
Attention:  Aaron Masters
T: (213) 630-6400
F: (213) 630-6442
*Email:  aaron.masters@bnymellon.com*
*Via Email*

Gregg Buxton, Vice President
Desert Community Bank
a Division of East West Bank
14800 La Paz Drive
Victorville, CA 92395
T:  (760) 241-8221
F:  (760) 243-6819
*Email:  gregg.buxton@dcbk.org*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

*Via Email*
Maita Prout, Attorney
East West Bank
135 N. Los Robles Ave., Suite 600
Pasadena, CA 91101
T:  (626) 768-6839
F:  (626) 243-1274
*Email:  maita.prout@eastwestbank.com*

*Via Email*
Counsel to the Indenture Trustee for the HFFA Bonds
Catherine D. Meyer
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
T:  213.488.7362
F:  213.226.4160
*Email:  catherine.meyer@pillsburylaw.com*

**Interested Parties**

*Via Email*
Thomas L. Driscoll, Esq.
Attorney at Law
2002 3rd St Apt 114
San Francisco, CA 94107
T: (415) 281-0900
F: (415) 281-0903
*Email: tdriscoll@tld3.com*

*Via Email*
Biotronik
Attention:  Allen Trammell
6024 Jean Road
Lake Oswego, Oregon  97035
Tel:  503-387-2549
Fax: 503-387-2623
Email:  Allen.Trammell@biotronik.com

*Via FedEx*
Delta One Partners, Inc.
Corporate Headquarters South
48550 North View Drive
Palm Desert, CA  92260

*Via Facsimile*
Law Offices of Leslie M. Lava
207 2nd St #A
Sausalito, CA 94965
T: (415) 331-6464
F: (415) 331-6465

*Via Facsimile*
Westhoff, Cone & Holmstedt:
500 Ygnacio Valley Road, Suite 380
Walnut Creek, CA 94596
T: (925) 472-8740
F: (925) 939-5099

*Via Facsimile*
Davis Wright Tremaine LLP
64 Oak Knoll Drive
San Anselmo, CA  94960
T: (415) 276-6500
F: (415) 276-6599

*Via Email*
Daniel Settelmayer, Esq.
Latham & Watkins LLP
PO Box 894256
Los Angeles, CA  90189-4256
T: (213) 485-1234
F: (213) 891-8763
*Email:  daniel.settelmayer@lw.com*

*Via Email*
Stalking Horse Bidder
Prime Healthcare Services Foundation, Inc.
Attn: Lex Reddy
Chief Executive Officer
3300 East Guasti Road, 2nd Fl.
Ontario, CA  91761
T: (909) 235-4410
F: (909) 235-4424
*Email:  lexreddy@dvmc.com*

*Via Email*
Counsel for Prime Healthcare Services Foundation, Inc.
Lee Shulman
Mark Bradshaw
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Ste. 300
Foothill Ranch, CA  92610
T: (949) 340-3400
F: (949) 340-3000
*Email:  lshulman@shbllp.com
    mbradshaw@shbllp.com*

*Via Facsimile*
J. Raymond Elliott
President and Chief Executive Officer
Boston Scientific
re: Guidant Corporation
One Boston Scientific Place
Natick, MA 01760-1537
T: (508) 650-8000
F: (508) 650-8923

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                     F 9013-3.1 PROOF SERVICE

*Via Facsimile*
Johnson & Johnson Health Care Systems Inc.
425 Hoes Lane
Piscataway, NJ 08854
Attention: John Shipley
T: (732) 562-3000
F: (732) 562-2284

*Via Facsimile*
Radiometer America, Inc.
810 Sharon Drive
Westlake, OH 44145
T: (800) 735-0600
F: (440) 871-2510

*Via Email*
Quadramed
Attention: Penny W. Collings
QuadraMed Corporation
12110 Sunset Hills Road # 600
Reston VA 20190
Attn: P.Collings
T: (703) 904-5614
F: (703) 742-5399
*Email: pcollings@quadramed.com*

*Via Facsimile*
Stephen M. O'Hara
President and CEO
Angelica Textile Services (R-Colton
1105 Lakewood Parkway #210
Alpharetta, GA 30009
T: (678) 823-4100
F: (678) 823-4165

*Via Email*
James W. Young
President and CEO
Platinum Health, Inc.
Cell: (714) 401-5500
Email: jameswyoung@msn.com

**Requests for Special Notice**

*Via Email*
<u>Attorneys for Professional Hospital Supply</u>
Kirk Barber
Kirk Barber Law Group, A.P.L.C.
42500 Winchester Road
Temecula, CA 92590
(951) 296-2600, ext. 1240(Telephone)
(951) 302-9849(Facsimile)
*Email: barberlawgroup@yahoo.com*

*Via Email*
<u>Attorneys for Cerner Corporation</u>
Lawrence J. Hilton
O'Neil LLP
19900 MacArthur Boulevard; Suite 1050
Irvine, California 92612
T: (949) 798-0500
F: (949) 798-0511
*Email: lhilton@oneil-llp.com*

*Via Email*
<u>Attorneys for Cerner Corporation</u>
Darrell W. Clark
Stinson Morrison Hecker LLP
1150 18th Street, NW; Suite 800
Washington, DC 20036-3816
T:: (202) 728-3019
F: (202) 785-9163
*Email: DClark@stinson.com*

*Via Email*
<u>Counsel for The Senior Associates Group</u>
Klee, Tuchin, Bogdanoff & Stern LLP
Attn: Thomas E. Patterson, Esq. and
Martin R. Barash, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Fax: (310) 407-9090
*Email    tpatterson@ktbslaw.com*
      *mbarash@ktbslaw.com*

*Via Email*
<u>Counsel for The Senior Associates Group</u>
Michael C. Kelcy, Esq.
3605 Canon Blvd.
Altadena, CA 91001
Fax: (626) 345-9589
Email: mkelcy@charter.net

*Via Email*
<u>Attorneys for Health Net</u>
Mark D. Houle, Esq.
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, Suite 700
Costa Mesa, California 92626-7122
T: (714-436-6800
F: (714) 436-2800
*Email: mark.houle@pillsburylaw.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                F 9013-3.1 PROOF SERVICE

*Via Email*
<u>Attorneys for County of San Bernardino</u>
Martha E. Romero
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA  90601
T:  (562)-907-6800
F:  (562) 907-6820
Email:  Romero@mromerolawfirm.com

*Via Email*
<u>Attorneys for Creditor OSHPD and the CA Health
Facilities and Financing Authority</u>
Jane O'Donnell
Deputy Attorney General Dept of Justice
Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
T:  (916) 322-0253
F:  (916) 327-2247
Email:  Jane.Odonnell@doj.ca.gov

*Via Email*
<u>Attorneys for the United States of America, on behalf of
the United States Department of Health and Human
Services and the Centers for Medicare and Medicaid
Services</u>
Seth B. Shapiro, Trial Attorney
U.S. Department of Justice - Civil Division
Commercial Litigation Branch
1100 L Street, NW, Room 10012
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-7164
Facsimile: (202) 307-0494
Email:  seth.shapiro@usdoj.gov

*Via Facsimile*
Victor Valley Hospital Acquisition, Inc.
6800 Indiana Avenue, Suite 130
Riverside, CA  92506
Attention:  William E. Thomas, Esq.
Fax:  (951) 782-8850

*Via Facsimile*
Victor Valley Hospital Real Estate, LLC
6800 Indiana Avenue, Suite 130
Riverside, CA  92506
Attention:  William E. Thomas, Esq.
Fax:  (951) 782-8850

*Via Email*
<u>Attorneys for Victor Valley Hospital Real Estate LLC and
Victory Valley Hospital Acquisition, Inc.</u>
Gary E. Klausner
H. Alexander Fisch
Jeffrey A. Resler
Stutman, Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mails: gklausner@stutman.com
        aarnold@stutman.com
        jresler@stutman.com

*Via FedEx*
Tin Kin Lee on behalf of Creditor Inland Empire Health
Plan
Tin Kin Lee Law Offices
55 S Lake Ave Ste 705
Pasadena, CA 91101

*Via FedEx*
Liquidity Solutions Inc
One University Plaza
Ste 312
Hackensack, NJ 07601

*Via FedEx*
Tannor Partners Credit Fund II, LP
200 Business Park Drive, Suite 200
Armonk, NY 10504

*Via Email*
<u>Attorney for Creditor, Peggy Buckley</u>
Michael Grennier
Law Offices of Steve Pell
2633 Loma Vista Road
Ventura, CA  93003-1548
Tel:  805-653-6615 / Fax:  805-653-1055
Email:  michaelgrennier@stevepell.com

*Via Express Mail*
State Board Of Equalization
P O Box 942879
Sacramento, CA 94279-0055

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                F 9013-3.1 PROOF SERVICE

## III.  TO BE SERVED BY EMAIL:

- Allison R Axenrod     allison@claimsrecoveryllc.com
- Martin R Barash     mbarash@ktbslaw.com
- Kirk A Barber     barberlawgroup@yahoo.com
- Manuel A Boigues     bankruptcycourtnotices@unioncounsel.net
- Mark Bradshaw     mbradshaw@shbllp.com
- Jeff Cohen     JC@SouthpawAsset.com
- Jeffrey Lee Costell     jlcostell@costell-law.com, aicornelius@costell-law.com;hnugget@costell-law.com;mharris@costell-law.com;eglusker@costell-law.com
- Sanaea Daruwalla     sdaruwalla@bwslaw.com
- Richard K Diamond (TR)     jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- Abram Feuerstein     abram.s.feuerstein@usdoj.gov
- H Alexander Fisch     afisch@stutman.com
- Fredric Glass     fglass@fairharborcapital.com
- Matthew A Gold     courts@argopartners.net
- Everett L Green     everett.l.green@usdoj.gov
- Robert A Hessling     rhessling@dgdk.com
- Lawrence J Hilton     lhilton@oneil-llp.com, ssimmons@oneil-llp.com
- Mark D Houle     mark.houle@pillsburylaw.com
- Peter W Ito     pito@polsinelli.com, mlydick@polsinelli.com
- Raffi Khatchadourian     raffi@hemar-rousso.com
- Maya Krish     mkrish@cactuscollect.com
- Mary D Lane     mlane@pszjlaw.com
- Ganna Liberchuk     gliberchuk@haincapital.com
- Craig A Loren     aloren@debtacquisitiongroup.com, bschwab@debtacquisitiongroup.com;jsarachek@debtacquisitiongroup.com
- Michael B Lubic     michael.lubic@klgates.com
- Monika J Machen     mmachen@polsinelli.com
- Samuel R Maizel     smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Elmer D Martin     elmermartin@gmail.com
- Jordan D Mazur     bankruptcycourtnotices@unioncounsel.net
- Scotta E McFarland     smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Robert K Minkoff     rminkoff@jefferies.com
- Jane Odonnell     jane.odonnell@doj.ca.gov
- Courtney E Pozmantier     cpozmantier@ktbslaw.com
- Martha E Romero     Romero@mromerolawfirm.com
- Terrel Ross     tross@trcmllc.com
- Steven J Schwartz     sschwartz@dgdk.com
- David Scott     centillion@centillioninvest.com
- Seth B Shapiro     seth.shapiro@usdoj.gov
- Derrick Talerico     dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- David P Tonner     operations@blueheroncapital.com
- United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
- Michael H Weiss     mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- Andrew F Whatnall     awhatnall@daca4.com
- 

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**In re Victor Valley Community Hospital**
**Miscellaneous Parties to be Served with**
**Sale Motion**

**Via Email**
William E. ("Bill") Thomas
Strategic Global Management, Inc.
6800 Indiana Ave., Suite 130
Riverside, California  92506(909) 782-8812
*Email: bthomas@kpcgc.net*
T: (909) 782-8812
F: (909) 782-8850

**Via Email**
Charles M. Holzner, M.D., Senior Medical Director
Ken Kim, M.D., Chief Medical Officer
Caremore Health Plan
12900 Park Plaza Dr., Suite 150
Cerritos, CA  90703
*Email:  charles.holzner@caremore.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                  **F 9013-3.1 PROOF SERVICE**

**Taxing Agencies**
**(By Overnight Mail)**

ANNETTE KERBER
ASSISTANT TREASURER-TAX
COLLECTOR
172 W THIRD ST, 1ST FLR
SAN BERNARDINO, CA 92415-0360

BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279-8022

County of Riverside
Auditor-Controller
PO Box 1326
4080 Lemon Street, 11th Floor
Riverside, CA 92502

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

Employment Development Department
Bankruptcy Group
PO Box 826880
Sacramento, CA 94280

EMPLOYMENT DEVELOPMENT DEPT.
P.O. BOX 826846
SACRAMENTO, CA 94246-0001

Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812

INTERNAL REVENUE SERVICE
P.O. BOX 24017
FRESNO, CA 93779

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

INTERNAL REVENUE SERVICE-ACS
P.O. BOX 145566
CINCINNATI, OH 45214

INTERNAL REVENUE SERVICES
P.O. BOX 660264
DALLAS, TX 75266-0264

Riverside County Treasurer
PO Box 12005
Riverside, CA 92502

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                          **F 9013-3.1 PROOF SERVICE**

## VICTOR VALLEY COMMUNITY HOSPITAL
## COUNTERPARTIES SERVICE LIST
### (By U.S. Mail)

AMICAS
LOCKBOX ACCOUNT
P. O. BOX 100838
ATLANTA, GA 30384-0838

ANGELICA TEXTILE SERVICES-R-COLTON
ATTN: LUCY SAAL
1105 LAKEWOOD PARKWAY SUITE 210
ALPHARETTA, GA 30004

APATITE SELF STORAGE
12217 APATITE LANE
VICTORVILLE, CA 92392

APEX CCL STAFFING SERVICE
10935 FORDHAM COURT
ALTA LOMA, CA 91701

APPLE VALLEY CHRISTIAN CARE CENTER
11959 APPLE VALLEY RD
APPLE VALLEY, CA 92308

ARORA M.D., VIJAY
16167 SISKIYOU RD
APPLE VALLEY, CA 92307

ARROWHEAD REGIONAL MEDICAL
CENTER
400 N PEPPER AVE
COLTON, CA 92324

ASSISTANCE LEAGUE OF VICTOR VALLEY
P.O. BOX 39
APPLE VALLEY, CA 92307

BAMBHANIA, RAMESH MD
16003 TUSCOLA RD
STE H
APPLE VALLEY, CA 92307

BARSTOW COMMUNITY HOSPITAL
P.O. BOX 844809
DALLAS, TX 75284-4809

BARSTOW COMMUNITY HOSPITAL
P.O. BOX 844809
DALLAS, TX 75284-4809

BARSTOW COMMUNITY HOSPITAL
P.O. BOX 844809
DALLAS, TX 75284-4809

BHAGAT M.D., BIPINCHANDRA
17290 JASMINE STREET
SUITE 101
VICTORVILLE, CA 92395

BHUTWALA M.D., ASHVIN
17450 MAIN STREET
SUITE #D
HESPERIA, CA 92345

BIOSYSTEMS
28161 NORTH KEITH DRIVE
LAKE FOREST, IL 60045

BISWAS M.D., NANDA
12677 HESPERIA ROAD
VICTORVILLE, CA 92392

BLOODBANK OF SAN BERNARDINO
384 ORANGE SHOW ROAD
SAN BERNARDINO, CA 92412

BUSINESS CONTROLS INC
5995 GREENWARD PLAZA BLVD
STE 11C
ENGLEWOOD, CO 80111

CALIFORNIA HEALTH FOUNDATION
1215 K STREET, SUITE 800
SACRAMENTO, CA  95814

CALIMLIM M.D., MARCELINO
15247 ELEVENTH ST
VICTORVILLE, CA 92394

CALLIBRA, INC., DBA DISCHARGE 1-2-3
150 N MARTINGALE ROAD
SUITE 838
SCHAUMBURG, IL 60173

CAMERON AND COMPANY, INC.
114 N TOWN CENTER DR
LAS VEGAS, NV 89144

CAPPILLA, ARTHUR
6442 COLDWATER CANYON AVE.,
SUITE 109
NORTH HOLLYWOOD, CA 91606

CARDIAC SCIENCE
DEPT 0587
P O BOX 120587
DALLAS, TX 75312-0587

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                              F 9013-3.1 PROOF SERVICE

CARDINAL HEALTH
ALARIS PRODUCTS
3698 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CAREER COLLEGES OF AMERICA
184 W CLUB CENTER DRIVE
STE K
SAN BERNARDINO, CA 92408

CAREER COLLEGES OF AMERICA
184 W CLUB CENTER DRIVE
STE K
SAN BERNARDINO, CA 92408

CERNER CORPORATION
2800 ROCKCREEK PARKWAY
KANSAS CITY, MO 64117

CHAFFEY COLLEGE
5885 HAVEN AVENUE
RANCHO CUCAMONGA, CA 91737

CHANDRASHEKHAR, RAVINDRA MD
12675 HESPERIA R.
VICTORVILLE, CA 92395

CHEN, MAIHSIEN MD
16085 TUSCOLA RD
STE 1
APPLE VALLEY, CA 92307

CHOW, STEPHEN MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

CLARIENT LABORATORY SERVICES, INC.
P.O. BOX 51268
LOS ANGELES, CA 90051-5568

CLEANHARBORS
P.O. BOX 3442
BOSTON, MA 02241

CMRE FINANCIAL SERVICES, INC.
3350 BIRCH STREET
SUITE 200
BREA, CA 92821

CONCORD CAREER INSTITUTE
201 EAST AIRPORT DR
SUITE A
SAN BERNARDINO, CA 92408

COUNTY OF SAN BERNARDINO
351 MOUNTAIN VIEW AVE
SAN BERNARDINO, CA 92415-0010

CYMETRIX
P.O. BOX 51302
LOS ANGELES, CA 90051

CYRACOM INTERNATIONAL
5780 N SWAN RD
TUCSON, AZ 85718

DALUVOY M.D.,RAO
16850 BEAR VALLEY RD
VICTORVILLE, CA 92392

DALUVOY M.D.,RAO
908 E. MAIN STREET
BARSTOW, CA 92311

DATA SYSTEM GROUP
2331 ALHAMBRA BLVD
SACRAMENTO, CA 95817

DEDICATED BIOPSY SERVICES, INC
1466 OLDENBURG LANE
NORCO, CA 92860

DELA CRUZ M.D.,CELESTINA
15247 ELEVENTH ST
STE 800
VICTORVILLE, CA 92395

DEPARTMENT OF HEALTH SERVICES
P.O. BOX 997413
SACRAMENTO, CA 95899-7413

DESERT CITIES DIALYSIS
12675 HESPERIA RD
VICTORVILLE, CA 92392

DESERT KNOLLS CONVALESCENT
HOSPITAL
14973 HEPERIA RD
VICTORVILLE, CA 92395

DESERT SIERRA CANCER
SURVEILLANCE
11368 MOUNTAIN VIEW AVE
SUITE C
LOMA LINDA, CA 92354

DICICOMO GEFFERS AND ASSOCIATES
20961 MORNINGSIDE DR
TRABUCO CANYON, CA 92679

DIVERSIFIED BIOPHARMA SOLUTIONS INC
25612 BARTON ROAD, SUITE 340
LOMA LINDA, CA 92354

DOCU-TRUST
145 EAST MILL STREET
SAN BERNARDINO, CA 92408

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1 PROOF SERVICE

DODDS M.D.,STEVEN
17868 HIGHWAY 18
STE 416
APPLE VALLEY, CA 92307

DRUG ABUSE WARNING NETWORK
1650 RESEARCH BLVD
ROCKVILLE, MD 20850

DSG SYSTEM SOFTWARE
2322 CAPITAL AVE
SACRAMENTO, CA 95816

DUGGAN HIM SERVICES, INC
7559 NORTHLAND AVE
SAN RAMON, CA 94583

EAST WEST BANK
2090 HUNTINGTON DRIVE
2ND FLOOR
SAN MARINO, CA 91108

ECOLAB PEST ELIMINATION DEVISION
P.O. BOX 6007
GRAND FORKS, ND 58206

ECONOMIC ALTERNATIVES, INC.
1307 WEST 6TH STREET
SUITE 203
CORONA, CA 92882-3173

EDWARD MATTHEWS
15019 NANTICOKE
APPLE VALLEY,, CA 92308

EMERALD HEALTH SERVICES
DEPARTMENT 6221
LOS ANGELES, CA 90084-6221

EPIC MANAGEMENT GROUP INC
4387 CLAIR STREET
P O  BOX 2531
MONTCLAIR, CA 91763-1031

FISCHL M.D., PETER
16130 KOKANEE RD
SUITE 103
APPLE VALLEY, CA 92307

GANESH M.D.,NARESH
15982 TUSCOLA RD
STE A
APPLE VALLEY, CA 92307

GAUTAM, RAVINDRA M.D.
P.O. BOX 1519
BARSTOW, CA 92312

GE MEDICAL SYSTEMS
5517 COLLECTION CENTER DR
CHICAGO, IL 60693

GHAEL, DINESHCHANDRA
11919 HESPERIA RD
STE 1
HESPERIA, CA 92345

GILL M.D., VIVEK
9723 SIERRA VISTA
PHELAN, CA 92371

GOLDEN STATE ANETHESIA
CONSULTANTS
P.O. BOX 50045
PASADENA, CA 91115

GREELY MEDICAL STAFF
200 HOODS LANE
MARBLEHEAD, MA 01945

GROVER M.D., RAKESH
16018 TUSCOLA RD
SUITE #2
APPLE VALLEY, CA 92307

GUHA M.D., AMAL
16124 LASOTA RD
STE A
APPLE VALLEY, CA 92307

HALO UNLIMITED INC
21520-G YORBA LINDA BLVD #354
YORBA LINDA, CA 92887

HEALTH CARE CONCEPTS
1575 DELUCCHI LANE
SUITE 204
RENO, NV 89502

HEALTH CARE INFUSION LLC
6710 N. SCOTTSDALE RD
SUITE 235
PARADISE VALLEY, AZ 85253

HEALTH CARE LEGAL SERVICES
39867 TREASURY CENTER
CHICAGO, IL 60691

HEALTH SERVICES ADVISORY GROUP
700 N BRAND BLVD
SUITE 410
GLENDALE, CA 91203

HEALTHCARE RESOURCE GROUP
476394 HWY 95
STE 201
PONDERAY, ID 83852

HEALTHCARE SERVICES
INTERNATIONAL
P.O.BOX 12828
PHILADELPHIA, PA 19101

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1 PROOF SERVICE

HEALTHLINE SYSTEMS, INC
17085 CAMINO SAN BERNARDO
SAN DIEGO, CA 92127

HEALTHLINE SYSTEMS

HERITAGE
P.O. BOX 7014
LANCASTER, CA 93539

HFS CONSULTANTS
505 FOURTEENTH ST. FIFTH FLOOR
OAKLAND, CA 94612

HFS CONSULTANTS
505 FOURTEENTH ST. FIFTH FLOOR
OAKLAND, CA 94612

HI DESERT ALARM
BELL MOUNTAIN ENTERPRISES, INC
16637 MOJAVE DR
VICTORVILLE, CA 92395-3856

HI DESERT ALARM
BELL MOUNTAIN ENTERPRISES, INC
16637 MOJAVE DR
VICTORVILLE, CA 92395-3856

HIGH DESERT  CREDITORS SERVICE
14608 MAIN STREET
SUITE B
VICTORVILLE, CA 92392

HIGH DESERT CARDIO-PULMONARY
MED
16017 TOSCOLA RD
SUITE A
APPLE VALLEY, CA 92307

HIGH DESERT ENDOSCOPY CENTER
18523 CORWIN RD
SUITE H2
APPLE VALLEY, CA 92307

HILTON GARDEN INN
12603 MARIPOSA RD
VICTORVILLE, CA 92395

HOSPITAL EMPLOYEE LABOR POOL, LLC
5400 ORANGE AVE
SUITE 101
CYPRESS, CA 90630

HVIDSTON R.N., VICKI
3780 SALISH TRAIL
STEVENSVILLE, MT 59870

I.C.R. SEARCH, INC.
143360 ST ANDREWS DRIVE
SUITE 1
VICTORVILLE, CA 92395

ICEMA
515 NORTH ARROWHEAD AVE
SAN BERNARDINO, CA 92415

IEHP
P.O. BOX 19026
SAN BERNARDINO, CA 92423

IVAR, LLC
6710 SCOTTSDALE ROAD
SUITE 235
PARADISE VALLEY, AZ 85253

KAMATH M.D., RAMADAS
18564 HIGHWAY 18
STE 103 & 104
APPLE VALLEY, CA 92307

KASLOW CONSULTING SERVICES
3458 MALAGA COURT
CALABASAS, CA 91302

KING, LU-WEI M.D
18182 OUTER HIGHWAY 18
STE 101 & 102
APPLE VALLEY, CA 92307

KNOLLS WEST
16890 GREEN TREE BLVD
VICTORVILLE, CA 92395

KONICA MINOLTA BUSINESS SOLUTION
P.O. BOX 7247-0322
PHILADELPHIA, PA 19170

LA QUINTA

LA QUINTA VICTORVILLE
12000 MARIPOSA ROAD
HESPERIA, CA 92345

LAI, TSU MD
18523 CORWIN ROAD
SUITE B
APPLE VALLEY, CA 92307

LIFESIGNS,INC
2222 LAVERNA AVE
LOS ANGELES, CA 90041

MARYLAND HOSPITAL ASSOCIATION
ATTN: GAIL WILSON
6820 DEERPATH ROAD
ELKRIDGE, MD 21075

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                F 9013-3.1 PROOF SERVICE

MATHESON TRI*GAS
P.O. BOX 845502
DALLAS, TX 75284-5502

MATNEY M.D.,GLENN
12402 INDUSTRIAL BLVD
VICTORVILLE, CA 92395

MATNEY, M.D., GLENN
12402 INDUSTRIAL BLVD
SUITE B-1
VICTORVILLE, CA 92395

MED STAFF HEALTHCARE SOLUTIONS
P.O. BOX 404691
ATLANTA, GA 30384

MEDICAL DATA EXCHANGE
ONE WORLD TRADE CENTER
SUITE 2400
LONG BEACH, CA 90831

MEDICAL MARKETPLACE
P.O. BOX 2483
APPLE VALLEY, CA 92307

MEDICAL MARKETPLACE
P.O. BOX 2483
APPLE VALLEY, CA 92307

MEDQUIST, INC
P O BOX 10832
NEWARK, NJ 07193

MEMON, M.D. RADHA
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

MILLIMAN CARE GUIDELINES, LLC
719 2ND AVE
SUITE 300
SEATTLE, WA 98104

MKH TESTING & INSPECTION, INC
4195 CHINO HILLS PKWY
#619
CHINO HILLS, CA 91709

MONEKE M.D., VICTOR
15995 TUSCOLA RD
STE 208
APPLE VALLEY, CA 92307

MURTHY M.D., NIRMALA
18523 CORWIN RD
STE H
APPLE VALLEY, CA 92307

NASHED M.D.,EZZAT
16200 BEAR VALLEY ROAD #102
VICTORVILLE, CA 92395

NHUNG, TRAN MD
15998 QUANTICO RD
STE A
APPLE VALLEY, CA 92307

NIHON KOHDEN
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

NUCLEAR BROKERS
207 BULLARD LANE
ALPINE, CA 91901

NWAGWU M.D.,ODOCHI
11678 RANCHO RD
ADELANTO, CA 92301

OHIAERI M.D., IKE
14344 CAJON AVE STE 102
VICTORVILLE, CA 92392

OMEGA HEALTHCARE STAFFING
P.O. BOX 881774
SAN FRANCISCO, CA 94188

ONE LEGACY
221 SOUTH FIGUEROA
SUITE 500
LOS ANGELES, CA 90012

ORCHARD SOFTWARE CORPORATION
701 CONGRESSIONAL BLVD
SUITE 360
CARMEL, IN 46032

OUR 365 INC.
3613 MUELLAR ROAD
SAINT CHARLES, MO 63301

PATEL M.D.,MUKESCHANDRA
P.O. BOX 1090
SUITE 220
VICTORVILLE, CA 92393

PATHI, RAMA M.D.
18145 HIGHWAY 18
STE D
APPLE VALLEY, CA 92307

PAYMENTECH
P.O. BOX 6600
HAGERSTOWN, MD 21741

PAZDRAL, M.D. WILLIAM
15247 ELEVENTH ST.
STE 500
VICTORVILLE, CA 92395

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                    F 9013-3.1 PROOF SERVICE

PELLEY, CATHERINE
13057 ASTER RD
APPLE VALLEY,, CA 92307

PHYSICIANS HOSPITAL MANAGMENT LLC
18523 CORWIN RD
SUITE H
APPLE VALLEY, CA 92307

PHYSICIANS SURGERY CENTER
12567 HESPERIA RD
VICTORVILLE, CA 92392

PICC LINE ACCESS,INC.
822 KILMARNOC WAY
RIVERSIDE, CA 92508

POMONA VALLEY MEDICAL CENTER
1798 NORTH GAREY AVE
POMONA, CA 91767

PRAXAIR
230-PRAXAIR DISTRIBUTION INC
DEPT LA 21511
PASADENA, CA 91185-1511

PRE-EMPLOY.COM, INC
P O  BOX 491570
REDDING, CA 96049

PRECISION ORTHOTICS & PROSTHETICS
2550 BEVERLY BLVD
SUITE 201
LOS ANGELES, CA 90057

PREMIER PURCHASING  PARTNERS
2100 DOUGLAS BLVD
P.O. BOX 619002
ROSEVILLE, CA 95661

PROFESSIONAL HOSPITAL SUPPLY INC
41980 WINCHESTER ROAD
TEMECULA, CA 92590

PROFESSIONAL RESEARCH
CONSULTANTS,
11326  P ST
OMAHA, NE 68137

PRUDENTIAL OVERALL SUPPLY
P.O. BOX 11210
SANTA ANA, CA 92711

PURI M.D.,RAJIV
12830 HESPERIA ROAD SUITE A
VICTORVILLE, CA 92392

PYXIS CORPORATION
3750 TORREY VIEW COURT
SAN DIEGO, CA 92130

PYXIS CORPORATION
3750 TORREY VIEW COURT
SAN DIEGO, CA 92130

QUADRAMED CORPORATION
NJIC
700 LAKE DRIVE,
AMBLER, PA 19002

RADIOMETER AMERICA
13217 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

RADLAUER, GERALD
18031 HIGHWAY 18 STE C
APPLE VALLEY, CA 92307

RADNET
1510 COTNER AVE
LOS ANGELES, CA 90025

RAJASEKHAR M.D.,DAMODARA
18182 OUTER HWY 18
SUITE 103
APPLE VALLEY, CA 92307

RAPA MANAGEMENT CONSULTANTS
1125 EAST BROADWAY
#33
GLENDALE, CA 91205

READYLINK
P.O. BOX 1047
THOUSAND PALMS, CA 92276

REDDINET
515 SOUTH FIGUEROA ST
STE 1300
LOS ANGELES, CA 90071

REHABABILITIES, INC
P.O. BOX 1565
RANCHO CUCAMONGA, CA 91729-1565

RELIABLE NURSING SOLUTIONS, INC.
16057 KAMANA ROAD
UNIT B
APPLE VALLEY, CA 92307

RESIDENCE INN MARRIOTT
2025 CONVENTION CENTER WAY
ONTARIO, CA 91764

RISE INTERPRETING INC
3337 W FLORIDA AVE
#131
HEMET, CA 92545

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                F 9013-3.1 PROOF SERVICE

RNI STAFFING
18401 BURBANK BLVD
STE 201
TARZANA, CA 91356

ROCHE DIAGNOSTIC CORPORATION
DEPT AT 952243
ATLANTA, GA 31192-2243

SALAZAR M.D.,JUVILUSAN
12760 HESPERIA RD
STE C
VICTORVILLE, CA 92395

SAN BERNARDINO COUNTY SCHOOLS
601 NORTH E STREET
SAN BERNARDINO, CA 92410

SANTA BARBARA CITY COLLEGE
721 CLIFF DRIVE
SANTA BARBARA, CA 93109

SCHINDLER ELEVATOR CORPORATION
P. O. BOX 93050
CHICAGO, IL 60673

SHARMA M.D.,AKHIL
17257 JASMINE ST
STE A
VICTORVILLE, CA 92395

SHARMA M.D.,APARNA
17450 MAIN ST
STE E
HESPERIA, CA 92345

SIEMANS HEALTHCARE DIAGNOSTICS
INC.
P.O. BOX 6101
NEWARK, DE 19714

SIVERTS PUBLISHING LLC
14808 CHOCO RD
APPLE VALLEY, CA 92307

SOBRERA, MARILOU MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

SOBRERA, MARILOU MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

SPARKS LAW FIRM
650 TOWN CENTER DRIVE
SUITE 1200
COSTA MESA, CA 92626

ST. MARY MEDICAL CENTER
DEPT LA 21514
PASADENA, CA 91185-1514

STARPOINT HEALTH
14400 BEAR VALLEY RD
VICTORVILLE, CA 92392

STEPHENSON ACQUISO & COLMAN
303 NORTH GLENOAKS BLVD
STE 700
BURBANK, CA 91502

STERICYCLE
28161 N KEITH DRIVE
LAKE FOREST, IL 60045

SURGICAL DIRECTIONS,LLC
541 N. FAIRBANKS STE.2740
CHICAGO, IL 60611

SYSMEX
P O  BOX 94002
CHICAGO, IL 60690

SYSMEX
P O  BOX 94002
CHICAGO, IL 60690

TADROS, M.D. REDA M., INC
848 WEST HUNTINGTON DR
UNIT 7
ARCADIA, CA 91007

TADROS, M.D. REDA M., INC
848 WEST HUNTINGTON DR
UNIT 7
ARCADIA, CA 91007

TEAMHEALTH WEST
520 NORTH CENTRAL AVE, SUITE #750
GLENDALE, CA 91203

THE CAMDEN GROUP
100 N SEPULVEDA BLVD
SUITE 600
EL SEGUNDO, CA 90245

THE GOVERNANCE INSTITUTE
6333 GREENWICH DRIVE
SUITE 200
SAN DIEGO, CA 92122

TIC TWO MANAGEMENT, LLC
P.O. BOX 2110 12402 INDUSTRIAL BLVD
SUITE B-2
VICTORVILLE, CA 92393-2110

TMAD
320 NORTH HELSTEAD STREET
SECOND FLOOR
PASADENA, CA 91107

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1 PROOF SERVICE

TOP NOTCH NETWORK SOLUTIONS
15401 ANACAPA RD. SUITE 2
VICTORVILLE, CA 92392

TOSHIBA AMERICA MEDICAL CREDIT
P.O. BOX 41601
PHILADELPHIA, PA 19101-1601

TRIAGE CONSULTING GROUP
211 MAIN ST
SUITE 1100
SAN FRANCISCO, CA 94105

UNITED CODING
17011 BEACH BLVD., #900
HUNTINGTON BEACH, CA 92647

UNIVERSITY OF CALIFORNIA/SAN DIEGO
UCSD EXTENSION HEALTHCARE
9500 GILMAN DRIVE 0170 EAST
LA JOLLA, CA 92093

VACHIRAKORNTONG M.D.,VIRUCH
15998 QUANTICO RD
STE A
APPLE VALLEY, CA 92307

VALENCIA M.D.,RAINILDA
12677 HESPERIA ROAD
STE 160
VICTORVILLE, CA 92392

VALLEY REAL ESTATE HOLDINGS-DESERT
18564 HIGHWAY 18
SUITE 110
APPLE VALLEY, CA 92307

VELASQUEZ M.D.,JOEL
12677 HESPERIA RD
STE 130
VICTORVILLE, CA 92395

VERTEX INC
1041 OLD CASSATT RD
BERWYN, PA 19312

VICTOR VALLEY COMMUNITY COLLEGE
18422 BEAR VALLEY RD
VICTORVILLE, CA 92395

VICTOR VALLEY MEMORIAL PARK
15609 ELEVENTH STREET
MISSION HILLS, CA 91395

VICTOR VALLEY UNION HIGH SCHOOL
601 NORTH E STREET
SAN BERNARDINO, CA 92410

VIEWPOINT MEDICAL CENTER
15366 11TH STREET, SUITE Y
VICTORVILLE, CA 92392

VILLAROSA M.D.,DANIEL
18145 HIGHWAY 18
STE F
APPLE VALLEY, CA 92307

WEBER STATE UNIVERSITY
3901 UNIVERSITY CIRCLE
OGDEN, UT 84408

WEEDEN, GLENN MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

WEEDEN, GLENN MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

WEST COAST ULTRASOUND INSTITUTE
3700 E INLAND EMPIRE
SUITE 550
ONTARIO, CA 91764

WEST COAST UNIVERSITY
200 EAST BAKER STREET
COSTA MESA, CA 92626

WESTCLIFF MEDICAL LAB, INC
1821 E DYER RD
SUITE 100
SANTA ANA, CA 92705

WHITE DOVE PROFESSIONAL BUILDING
15203 11TH ST
SUITE A
VICTORVILLE, CA 92392

WIKA ENDOSCOPY CENTER
18056 ENDOSCOPY CENTER
APPLE VALLEY, CA 92307

WHITE, FLORENCE
NON PROFIT DEVELOPMENT SERVICES
15490 CIVIC CENTER DRIVE
SUITE 106
VICTORVILLE, CA 92392

WHITE, PAUL M.D.
15247 ELEVENTH ST
STE 100
VICTORVILLE, CA 92395

YELLOW CAB OF VICTORVILLE
12171 PLUTO DRIVE
VICTORVILLE, CA  92392-9585

WILBURN M.D.,WANDA
16000 APPLE VALLEY RD
STE C3
APPLE VALLEY, CA 92307

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                      F 9013-3.1 PROOF SERVICE

WINGATE DUNROSS, INC.
28632 ROADSIDE DR
SUITE 203
AGOURA HILLS, CA 91301

WONG M.D.,WILLIAM KONG D.
15203 ELEVENTH STREET
SUITE B
VICTORVILLE, CA 92392

WRIGHT, WILLLIAM
4450 CALIFORNIA AVENUE
SUITE 295
BAKERSFIELD, CA 93309

ANNETTE KERBER
ASSISTANT TREASURER-TAX
COLLECTOR
172 W THIRD ST, 1ST FLR
SAN BERNARDINO, CA 92415-0360

BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279-8022

County of Riverside
Auditor-Controller
PO Box 1326 Lemon Street
11th Floor
Riverside, CA 92502

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

Employment Development Department
Bankruptcy Group
PO Box 826880
Sacramento, CA 94280

EMPLOYMENT DEVELOPMENT
DEPT.
P.O. BOX 826846
SACRAMENTO, CA 94246-0001

Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812

INTERNAL REVENUE SERVICE
P.O. BOX 24017
FRESNO, CA 93779

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

INTERNAL REVENUE SERVICE-
ACS
P.O. BOX 145566
CINCINNATI, OH 45214

INTERNAL REVENUE SERVICES
P.O. BOX 660264
DALLAS, TX 75266-0264

Riverside County Treasurer
PO Box 12005
Riverside, CA 92502

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                    F 9013-3.1 PROOF.SERVICE

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING (I) THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (II) THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS; AND (III) GRANTING RELATED RELIEF** was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**    Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **<u>July 21, 2011</u>**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  <u>SERVED BY THE COURT VIA U.S. MAIL:</u>**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>**:  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an   Entered   stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of Califor nia.

*August 2010*

DOCS_LA:241279.4 90231-002

**F 9021-1.1.NOTICE.ENTERED.ORDER**

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>:**

- Allison R Axenrod    allison@claimsrecoveryllc.com
- Martin R Barash    mbarash@ktbslaw.com
- Kirk A Barber    barberlawgroup@yahoo.com
- Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Jeff Cohen    JC@SouthpawAsset.com
- Jeffrey Lee Costell    jlcostell@costell-law.com, aicornelius@costell-law.com;hnugget@costell-law.com;mharris@costell-law.com;eglusker@costell-law.com
- Sanaea Daruwalla    sdaruwalla@bwslaw.com
- Richard K Diamond (TR)    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- H Alexander Fisch    afisch@stutman.com
- Fredric Glass    fglass@fairharborcapital.com
- Matthew A Gold    courts@argopartners.net
- Everett L Green    everett.l.green@usdoj.gov
- Robert A Hessling    rhessling@dgdk.com
- Lawrence J Hilton    lhilton@oneil-llp.com, ssimmons@oneil-llp.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Peter W Ito    pito@polsinelli.com, mlydick@polsinelli.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Maya Krish    mkrish@cactuscollect.com
- Mary D Lane    mlane@pszjlaw.com
- Ganna Liberchuk    gliberchuk@haincapital.com
- Craig A Loren    aloren@debtacquisitiongroup.com, bschwab@debtacquisitiongroup.com;jsarachek@debtacquisitiongroup.com
- Michael B Lubic    michael.lubic@klgates.com
- Monika J Machen    mmachen@polsinelli.com
- Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Elmer D Martin    elmermartin@gmail.com
- Jordan D Mazur    bankruptcycourtnotices@unioncounsel.net
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Robert K Minkoff    rminkoff@jefferies.com
- Jane Odonnell    jane.odonnell@doj.ca.gov
- Courtney E Pozmantier    cpozmantier@ktbslaw.com
- Martha E Romero    Romero@mromerolawfirm.com
- Terrel Ross    tross@trcmllc.com
- Steven J Schwartz    sschwartz@dgdk.com
- David Scott    centillion@centillioninvest.com
- Seth B Shapiro    seth.shapiro@usdoj.gov
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- David P Tonner    operations@blueheroncapital.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- Andrew F Whatnall    awhatnall@daca4.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of Califor nia.

*August 2010*

DOCS_LA:241279.4 90231-002

**F 9021-1.1.NOTICE.ENTERED.ORDER**

## III. TO BE SERVED BY THE LODGING PARTY:

### Victor Valley Community Hospital
### 2002 Service List
### (with emails, telephone and fax)

*Via Email*
Debtor
Victor Valley Community Hospital
Catherine M. Pelley
Chief Executive Officer
15248 Eleventh Street
Victorville, CA 92395
T: (760) 843-6201
F: (760) 843-6020
*Email: cpelley @vvch.org*

*Via Email*
Board of Directors
Kathy Davis
Chair, Governing Board of Directors
17100 B Bear Valley Rd.
Box 357
Victorville, CA 92395
T: (760) 427-2607
F: (760) 951-1308
*Email: kathydavis49@hotmail.com*

*Via Email*
Business Counsel to Debtor
Charlie Slyngstad
Burke Williams and Sorenson, LLP
444 S. Flower St., Ste. 2400
Los Angeles, CA 90071
T: (213) 236-0600
F: (213) 236-2700
*Email: cslyngstad@bwslaw.com*

*Via Email*
Office of the United States Trustee
Everett Green
3685 Main St., Ste. 300
Riverside, CA 92501
T: (951) 276-6990
F: (951) 276-6973
*Email: everett.green@usdoj.gov*

*Via Email*
Attorneys for Official Committee of Creditors Holding
Unsecured Claims
Richard K. Diamond
Steven Schwartz
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067
P: (310) 277-0077
F: (310) 277-5735
*Email: rdiamond @dgdk.com*
        *sschwartz @dgdk.com*

### Creditors' Committee

*Via Email*
Committee Member
Medtronic USA, Inc.
MS V215
3850 Victoria Street North
Shoreview, MN 55126-2978
Representative: Steve Carlson
T:      (763) 514-0614
        (800) 511-0934
F:      (763) 367-1403
Email: Steve.j.carlson@medtronic.com

*Via Email*
Committee Member
PHS Professional Hospital Supply
42500 Winchester Road
Temecula, CA 92590
Representative: Kirk Barber
T: (951) 296-2600 ext. 1240
F: (951)- 296-2625
*Email: barberlawgroup @yahoo.com*

*Via Email*
Committee Member
Rodney W. Brown, J.D.
LabWest, Inc.
1821 E. Dyer Rd., Suite 100
Santa Ana, CA 92705
T: (949) 724-3900 Ext. 2730
C: (714) 290-7748
F: (949) 474-0940
*Email: rbrown@westclifflabs.com*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of Califor nia.

*August 2010*

DOCS_LA:241279.4 90231-002

**F 9021-1.1.NOTICE.ENTERED.ORDER**

*Via Email*
Attorneys for LabWest, a subsidiary of LabCorp.
Michael Benjamin Lubic
K&L Gates
10100 Santa Monica Blvd., 7th Floor
Los Angeles, California 90067
T: (310) 552-5030
F: (310) 552.5001
Email: michael.lubic@klgates.com

## Government Agencies

*Via Email*
Counsel for the US DHHS/CMS
Phillip Seligman, Esq.
US Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
Room 10104
Washington, DC 20005
Mail
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
T: 202-307-1105
F: 202-307-0494
Email: Phillip.Seligman@usdoj.gov

*Via Email*
Wendi A. Horwitz
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring St., Suite 1702
Los Angeles, CA 90013
Direct Phone: 213-897-2178
Facsimile: 213-897-7605
Email: Wendi.Horwitz@doj.ca.gov

*Via FedEx*
California Health Facilities Financing Authority
915 Capitol Mall, Suite 590
Sacramento, CA 95814
T: (916) 653-2799

*Via Facsimile*
Office of Statewide Health Planning and Development
Cal-Mortgage Loan Insurance Division
400 "R" Street, Suite 470
Sacramento, CA 95811
T: (916) 319-8800
F: (916) 445-2837

## Secured Creditors

*Via Email*
Corwin Medical Group
Manmohan Nayyar, MD
Raman Poola, MD / Anna Sugi
18564 Hwy 18, Suite 110
Apple Valley, CA 92307
T: (760) 242-7777
F: (760) 242-0485
Email: mnayyarmd@choicemg.com
ramanpoola@yahoo.com
asugi@choicemg.com

*Via Email*
Manmohan Nayyar, MD
Physicians Hospital Management, LLC
18523 Corwin Rd., Suite H
Apple Valley, CA 92307
T: (760) 946-3876
F: (760) 242-1936
Email: mnayyarmd@choicemg.com

*Via Email*
Attorneys for PHM
Michael H. Weiss, Esq.
Weiss & Spees
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
(424) 245-3100 (Telephone)
(424) 245-3199 (Fax)
Email: mw@weissandspees.com

*Via Email*
BNY Mellon Trust Company NA
700 South Flower Street, Suite 500
Los Angeles, CA 90017
Attention: Aaron Masters
T: (213) 630-6400
F: (213) 630-6442
Email: aaron.masters@bnymellon.com
*Via Email*

Gregg Buxton, Vice President
Desert Community Bank
a Division of East West Bank
14800 La Paz Drive
Victorville, CA 92395
T: (760) 241-8221
F: (760) 243-6819
Email: gregg.buxton@dcbk.org

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of Califor nia.

*August 2010*

DOCS_LA:241279.4 90231-002

**F 9021-1.1.NOTICE.ENTERED.ORDER**

*Via Email*
Maita Prout, Attorney
East West Bank
135 N. Los Robles Ave., Suite 600
Pasadena, CA 91101
T:  (626) 768-6839
F:  (626) 243-1274
Email:  maita.prout@eastwestbank.com

*Via Email*
Counsel to the Indenture Trustee for the HFFA Bonds
Catherine D. Meyer
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
T:  213.488.7362
F:  213.226.4160
Email:  catherine.meyer@pillsburylaw.com

**Interested Parties**

*Via Email*
Thomas L. Driscoll, Esq.
Attorney at Law
2002 3rd St Apt 114
San Francisco, CA 94107
T: (415) 281-0900
F: (415) 281-0903
Email: tdriscoll@tld3.com

*Via Email*
Biotronik
Attention:  Allen Trammell
6024 Jean Road
Lake Oswego, Oregon  97035
Tel:  503-387-2549
Fax: 503-387-2623
Email:  Allen.Trammell@biotronik.com

*Via FedEx*
Delta One Partners, Inc.
Corporate Headquarters South
48550 North View Drive
Palm Desert, CA  92260

*Via Facsimile*
Law Offices of Leslie M. Lava
207 2nd St #A
Sausalito, CA 94965
T: (415) 331-6464
F: (415) 331-6465

*Via Facsimile*
Westhoff, Cone & Holmstedt:
500 Ygnacio Valley Road, Suite 380
Walnut Creek, CA 94596
T: (925) 472-8740
F: (925) 939-5099

*Via Facsimile*
Davis Wright Tremaine LLP
64 Oak Knoll Drive
San Anselmo, CA  94960
T: (415) 276-6500
F: (415) 276-6599

*Via Email*
Daniel Settelmayer, Esq.
Latham & Watkins LLP
PO Box 894256
Los Angeles, CA  90189-4256
T: (213) 485-1234
F: (213) 891-8763
Email:  daniel.settelmayer@lw.com

*Via Email*
Stalking Horse Bidder
Prime Healthcare Services Foundation, Inc.
Attn: Lex Reddy
Chief Executive Officer
3300 East Guasti Road, 2nd Fl.
Ontario, CA  91761
T: (909) 235-4410
F: (909) 235-4424
Email:  lexreddy@dvmc.com

*Via Email*
Counsel for Prime Healthcare Services Foundation, Inc.
Lee Shulman
Mark Bradshaw
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Ste. 300
Foothill Ranch, CA  92610
T: (949) 340-3400
F: (949) 340-3000
Email:  lshulman@shbllp.com
        mbradshaw@shbllp.com

*Via Facsimile*
J. Raymond Elliott
President and Chief Executive Officer
Boston Scientific
re: Guidant Corporation
One Boston Scientific Place
Natick, MA 01760-1537
T: (508) 650-8000
F: (508) 650-8923

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

DOCS_LA:241279.4 90231-002

**F 9021-1.1.NOTICE.ENTERED.ORDER**

*Via Facsimile*
Johnson & Johnson Health Care Systems Inc.
425 Hoes Lane
Piscataway, NJ 08854
Attention: John Shipley
T: (732) 562-3000
F: (732) 562-2284

*Via Facsimile*
Radiometer America, Inc.
810 Sharon Drive
Westlake, OH 44145
T: (800) 735-0600
F: (440) 871-2510

*Via Email*
Quadramed
Attention: Penny W. Collings
QuadraMed Corporation
12110 Sunset Hills Road # 600
Reston VA 20190
Attn: P.Collings
T:  (703) 904-5614
F:  (703) 742-5399
*Email: pcollings@quadramed.com*

*Via Facsimile*
Stephen M. O'Hara
President and CEO
Angelica Textile Services (R-Colton
1105 Lakewood Parkway #210
Alpharetta, GA  30009
T: (678) 823-4100
F: (678) 823-4165

*Via Email*
James W. Young
President and CEO
Platinum Health, Inc.
Cell:  (714) 401-5500
Email:  jameswyoung@msn.com

**Requests for Special Notice**

*Via Email*
<u>Attorneys for Professional Hospital Supply</u>
Kirk Barber
Kirk Barber Law Group, A.P.L.C.
42500 Winchester Road
Temecula, CA 92590
(951) 296-2600, ext. 1240(Telephone)
(951) 302-9849(Facsimile)
*Email:  barberlawgroup@yahoo.com*

*Via Email*
<u>Attorneys for Cerner Corporation</u>
Lawrence J. Hilton
O'Neil LLP
19900 MacArthur Boulevard; Suite 1050
Irvine, California 92612
T: (949) 798-0500
F: (949) 798-0511
*Email: lhilton @oneil-llp.com*

*Via Email*
<u>Attorneys for Cerner Corporation</u>
Darrell W. Clark
Stinson Morrison Hecker LLP
1150 18th Street, NW; Suite 800
Washington, DC 20036-3816
T:: (202) 728-3019
F: (202) 785-9163
*Email: DClark @stinson.com*

*Via Email*
<u>Counsel for The Senior Associates Group</u>
Klee, Tuchin, Bogdanoff & Stern LLP
Attn: Thomas E. Patterson, Esq. and
Martin R. Barash, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Fax: (310) 407-9090
*Email    tpatterson@ktbslaw.com*
*          mbarash@ktbslaw.com*

*Via Email*
<u>Counsel for The Senior Associates Group</u>
Michael C. Kelcy, Esq.
3605 Canon Blvd.
Altadena, CA 91001
Fax: (626) 345-9589
Email:  mkelcy@charter.net

*Via Email*
<u>Attorneys for Health Net</u>
Mark D. Houle, Esq.
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, Suite 700
Costa Mesa, California 92626-7122
T: (714-436-6800
F: (714) 436-2800
*Email:  mark.houle@pillsburylaw.com*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of Califor nia.

*August 2010*
DOCS_LA:241279.4 90231-002

**F 9021-1.1.NOTICE.ENTERED.ORDER**

*Via Email*
Attorneys for County of San Bernardino
Martha E. Romero
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA  90601
T:  (562)-907-6800
F:  (562) 907-6820
Email:  Romero@mromerolawfirm.com

*Via Email*
Attorneys for Creditor OSHPD and the CA Health
Facilities and Financing Authority
Jane O'Donnell
Deputy Attorney General Dept of Justice
Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
T:  (916) 322-0253
F:  (916) 327-2247
Email:  Jane.Odonnell@doj.ca.gov

*Via Email*
Attorneys for the United States of America, on behalf of
the United States Department of Health and Human
Services and the Centers for Medicare and Medicaid
Services
Seth B. Shapiro, Trial Attorney
U.S. Department of Justice - Civil Division
Commercial Litigation Branch
1100 L Street, NW, Room 10012
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-7164
Facsimile: (202) 307-0494
Email:  seth.shapiro@usdoj.gov

*Via Facsimile*
Victor Valley Hospital Acquisition, Inc.
6800 Indiana Avenue, Suite 130
Riverside, CA  92506
Attention:  William E. Thomas, Esq.
Fax:  (951) 782-8850

*Via Facsimile*
Victor Valley Hospital Real Estate, LLC
6800 Indiana Avenue, Suite 130
Riverside, CA  92506
Attention:  William E. Thomas, Esq.
Fax:  (951) 782-8850

*Via Email*
Attorneys for Victor Valley Hospital Real Estate LLC and
Victory Valley Hospital Acquisition, Inc.
Gary E. Klausner
H. Alexander Fisch
Jeffrey A. Resler
Stutman, Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mails: gklausner@stutman.com
        aarnold@stutman.com
        jresler@stutman.com

*Via FedEx*
Tin Kin Lee on behalf of Creditor Inland Empire Health
Plan
Tin Kin Lee Law Offices
55 S Lake Ave Ste 705
Pasadena, CA 91101

*Via FedEx*
Liquidity Solutions Inc
One University Plaza
Ste 312
Hackensack, NJ 07601

*Via FedEx*
Tannor Partners Credit Fund II, LP
200 Business Park Drive, Suite 200
Armonk, NY 10504

*Via Email*
Attorney for Creditor, Peggy Buckley
Michael Grennier
Law Offices of Steve Pell
2633 Loma Vista Road
Ventura, CA  93003-1548
Tel:  805-653-6615 / Fax:  805-653-1055
Email:  michaelgrennier@stevepell.com

*Via Express Mail*
State Board Of Equalization
P O Box 942879
Sacramento, CA 94279-0055

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**
DOCS_LA:241279.4 90231.002

**In re Victor Valley Community Hospital**
**Miscellaneous Parties to be Served with**
**Sale Motion**

**Via Email**
William E. ("Bill") Thomas
Strategic Global Management, Inc.
6800 Indiana Ave., Suite 130
Riverside, California  92506(909) 782-8812
*Email: bthomas@kpcgc.net*
T: (909) 782-8812
F: (909) 782-8850

**Via Email**
Charles M. Holzner, M.D., Senior Medical Director
Ken Kim, M.D., Chief Medical Officer
Caremore Health Plan
12900 Park Plaza Dr., Suite 150
Cerritos, CA  90703
*Email:  charles.holzner@caremore.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                **F 9021-1.1.NOTICE.ENTERED.ORDER**
DOCS_LA:241279.4 90231-002

**<u>Taxing Agencies</u>**
**(By Overnight Mail)**

ANNETTE KERBER
ASSISTANT TREASURER-TAX
COLLECTOR
172 W THIRD ST, 1ST FLR
SAN BERNARDINO, CA 92415-0360

BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279-8022

County of Riverside
Auditor-Controller
PO Box 1326
4080 Lemon Street, 11th Floor
Riverside, CA 92502

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

Employment Development Department
Bankruptcy Group
PO Box 826880
Sacramento, CA 94280

EMPLOYMENT DEVELOPMENT DEPT.
P.O. BOX 826846
SACRAMENTO, CA 94246-0001

Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812

INTERNAL REVENUE SERVICE
P.O. BOX 24017
FRESNO, CA 93779

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

INTERNAL REVENUE SERVICE-ACS
P.O. BOX 145566
CINCINNATI, OH 45214

INTERNAL REVENUE SERVICES
P.O. BOX 660264
DALLAS, TX 75266-0264

Riverside County Treasurer
PO Box 12005
Riverside, CA 92502

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of Califor nia.

*August 2010*                                                           **F 9021-1.1.NOTICE.ENTERED.ORDER**
DOCS_LA:241279.4 90231-002

# VICTOR VALLEY COMMUNITY HOSPITAL
## COUNTERPARTIES SERVICE LIST
### (By U.S. Mail)

AMICAS
LOCKBOX ACCOUNT
P. O.  BOX 100838
ATLANTA, GA 30384-0838

ANGELICA TEXTILE SERVICES-R-COLTON
ATTN: LUCY SAAL
1105 LAKEWOOD PARKWAY SUITE 210
ALPHARETTA, GA 30004

APATITE SELF STORAGE
12217 APATITE LANE
VICTORVILLE, CA 92392

APEX CCL STAFFING SERVICE
10935 FORDHAM COURT
ALTA LOMA, CA 91701

APPLE VALLEY CHRISTIAN CARE CENTER
11959 APPLE VALLEY RD
APPLE VALLEY, CA 92308

ARORA M.D., VIJAY
16167 SISKIYOU RD
APPLE VALLEY, CA 92307

ARROWHEAD REGIONAL MEDICAL CENTER
400 N PEPPER AVE
COLTON, CA 92324

ASSISTANCE LEAGUE OF VICTOR VALLEY
P.O. BOX 39
APPLE VALLEY, CA 92307

BAMBHANIA, RAMESH MD
16003 TUSCOLA RD
STE H
APPLE VALLEY, CA 92307

BARSTOW COMMUNITY HOSPITAL
P.O. BOX 844809
DALLAS, TX 75284-4809

BARSTOW COMMUNITY HOSPITAL
P.O. BOX 844809
DALLAS, TX 75284-4809

BARSTOW COMMUNITY HOSPITAL
P.O. BOX 844809
DALLAS, TX 75284-4809

BHAGAT M.D., BIPINCHANDRA
17290 JASMINE STREET
SUITE 101
VICTORVILLE, CA 92395

BHUTWALA M.D., ASHVIN
17450 MAIN STREET
SUITE #D
HESPERIA, CA 92345

BIOSYSTEMS
28161 NORTH KEITH DRIVE
LAKE FOREST, IL 60045

BISWAS M.D., NANDA
12677 HESPERIA ROAD
VICTORVILLE, CA 92392

BLOODBANK OF SAN BERNARDINO
384 ORANGE SHOW ROAD
SAN BERNARDINO, CA 92412

BUSINESS CONTROLS INC
5995 GREENWARD PLAZA BLVD
STE 11C
ENGLEWOOD, CO 80111

CALIFORNIA HEALTH FOUNDATION
1215 K STREET
SUITE 800
SACRAMENTO, CA  95814

CALIMLIM M.D., MARCELINO
15247 ELEVENTH ST
VICTORVILLE, CA 92394

CALLIBRA, INC., DBA DISCHARGE 1-2-3
150 N MARTINGALE ROAD
SUITE 838
SCHAUMBURG, IL 60173

CAMERON AND COMPANY, INC.
114 N TOWN CENTER DR
LAS VEGAS, NV 89144

CAPPILLA, ARTHUR
6442 COLDWATER CANYON AVE.,
SUITE 109
NORTH HOLLYWOOD, CA 91606

CARDIAC SCIENCE
DEPT 0587
P O  BOX 120587
DALLAS, TX 75312-0587

CARDINAL HEALTH
ALARIS PRODUCTS
3698 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CAREER COLLEGES OF AMERICA
184 W CLUB CENTER DRIVE
STE K
SAN BERNARDINO, CA 92408

CAREER COLLEGES OF AMERICA
184 W CLUB CENTER DRIVE
STE K
SAN BERNARDINO, CA 92408

CERNER CORPORATION
2800 ROCKCREEK PARKWAY
KANSAS CITY, MO 64117

CHAFFEY COLLEGE
5885 HAVEN AVENUE
RANCHO CUCAMONGA, CA 91737

CHANDRASHEKHAR, RAVINDRA MD
12675 HESPERIA R.
VICTORVILLE, CA 92395

CHEN, MAIHSIEN MD
16085 TUSCOLA RD
STE 1
APPLE VALLEY, CA 92307

CHOW, STEPHEN MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

CLARIENT LABORATORY SERVICES,
INC.
P.O. BOX 51268
LOS ANGELES, CA 90051-5568

CLEANHARBORS
P.O. BOX 3442
BOSTON, MA 02241

CMRE FINANCIAL SERVICES, INC.
3350 BIRCH STREET
SUITE 200
BREA, CA 92821

CONCORD CAREER INSTITUTE
201 EAST AIRPORT DR
SUITE A
SAN BERNARDINO, CA 92408

COUNTY OF SAN BERNARDINO
351 MOUNTAIN VIEW AVE
SAN BERNARDINO, CA 92415-0010

CYMETRIX
P.O. BOX 51302
LOS ANGELES, CA 90051

CYRACOM INTERNATIONAL
5780 N SWAN RD
TUCSON, AZ 85718

DALUVOY M.D.,RAO
16850 BEAR VALLEY RD
VICTORVILLE, CA 92392

DALUVOY M.D.,RAO
908 E. MAIN STREET
BARSTOW, CA 92311

DATA SYSTEM GROUP
2331 ALHAMBRA BLVD
SACRAMENTO, CA 95817

DEDICATED BIOPSY SERVICES, INC
1466 OLDENBURG LANE
NORCO, CA 92860

DELA CRUZ M.D.,CELESTINA
15247 ELEVENTH ST
STE 800
VICTORVILLE, CA 92395

DEPARTMENT OF HEALTH SERVICES
P.O. BOX 997413
SACRAMENTO, CA 95899-7413

DESERT CITIES DIALYSIS
12675 HESPERIA RD
VICTORVILLE, CA 92392

DESERT KNOLLS CONVALESCENT HOSPITAL
14973 HEPERIA RD
VICTORVILLE, CA 92395

DESERT SIERRA CANCER
SURVEILLANCE
11368 MOUNTAIN VIEW AVE
SUITE C
LOMA LINDA, CA 92354

DICICOMO GEFFERS AND ASSOCIATES
20961 MORNINGSIDE DR
TRABUCO CANYON, CA 92679

DIVERSIFIED BIOPHARMA SOLUTIONS INC
25612 BARTON ROAD, SUITE 340
LOMA LINDA, CA 92354

DOCU-TRUST
145 EAST MILL STREET
SAN BERNARDINO, CA 92408

DODDS M.D.,STEVEN
17868 HIGHWAY 18
STE 416
APPLE VALLEY, CA 92307

DRUG ABUSE WARNING NETWORK
1650 RESEARCH BLVD
ROCKVILLE, MD 20850

DSG SYSTEM SOFTWARE
2322 CAPITAL AVE
SACRAMENTO, CA 95816

DUGGAN HIM SERVICES, INC
7559 NORTHLAND AVE
SAN RAMON, CA 94583

EAST WEST BANK
2090 HUNTINGTON DRIVE
2ND FLOOR
SAN MARINO, CA 91108

ECOLAB PEST ELIMINATION
DEVISION
P.O. BOX 6007
GRAND FORKS, ND 58206

ECONOMIC ALTERNATIVES, INC.
1307 WEST 6TH STREET
SUITE 203
CORONA, CA 92882-3173

EDWARD MATTHEWS
15019 NANTICOKE
APPLE VALLEY,, CA 92308

EMERALD HEALTH SERVICES
DEPARTMENT 6221
LOS ANGELES, CA 90084-6221

EPIC MANAGEMENT GROUP INC
4387 CLAIR STREET
P O  BOX 2531
MONTCLAIR, CA 91763-1031

FISCHL M.D., PETER
16130 KOKANEE RD
SUITE 103
APPLE VALLEY, CA 92307

GANESH M.D.,NARESH
15982 TUSCOLA RD
STE A
APPLE VALLEY, CA 92307

GAUTAM, RAVINDRA M.D.
P.O. BOX 1519
BARSTOW, CA 92312

GE MEDICAL SYSTEMS
5517 COLLECTION CENTER DR
CHICAGO, IL 60693

GHAEL, DINESHCHANDRA
11919 HESPERIA RD
STE 1
HESPERIA, CA 92345

GILL M.D., VIVEK
9723 SIERRA VISTA
PHELAN, CA 92371

GOLDEN STATE ANETHESIA CONSULTANTS
P.O. BOX 50045
PASADENA, CA 91115

GREELY MEDICAL STAFF
200 HOODS LANE
MARBLEHEAD, MA 01945

GROVER M.D., RAKESH
16018 TUSCOLA RD
SUITE #2
APPLE VALLEY, CA 92307

GUHA M.D., AMAL
16124 LASOTA RD
STE A
APPLE VALLEY, CA 92307

HALO UNLIMITED INC
21520-G YORBA LINDA BLVD #354
YORBA LINDA, CA 92887

HEALTH CARE CONCEPTS
1575 DELUCCHI LANE
SUITE 204
RENO, NV 89502

HEALTH CARE INFUSION LLC
6710 N. SCOTTSDALE RD
SUITE 235
PARADISE VALLEY, AZ 85253

HEALTH CARE LEGAL SERVICES
39867 TREASURY CENTER
CHICAGO, IL 60691

HEALTH SERVICES ADVISORY GROUP
700 N BRAND BLVD
SUITE 410
GLENDALE, CA 91203

HEALTHCARE RESOURCE GROUP
476394 HWY 95
STE 201
PONDERAY, ID 83852

HEALTHCARE SERVICES
INTERNATIONAL
P.O.BOX 12828
PHILADELPHIA, PA 19101

HEALTHLINE SYSTEMS, INC
17085 CAMINO SAN BERNARDO
SAN DIEGO, CA 92127

HEALTHLINE SYSTEMS

HERITAGE
P.O. BOX 7014
LANCASTER, CA 93539

HFS CONSULTANTS
505 FOURTEENTH ST. FIFTH FLOOR
OAKLAND, CA 94612

HFS CONSULTANTS
505 FOURTEENTH ST. FIFTH FLOOR
OAKLAND, CA 94612

HI DESERT ALARM
BELL MOUNTAIN ENTERPRISES, INC
16637 MOJAVE DR
VICTORVILLE, CA 92395-3856

HI DESERT ALARM
BELL MOUNTAIN ENTERPRISES, INC
16637 MOJAVE DR
VICTORVILLE, CA 92395-3856

HIGH DESERT  CREDITORS SERVICE
14608 MAIN STREET
SUITE B
VICTORVILLE, CA 92392

HIGH DESERT CARDIO-PULMONARY
MED
16017 TOSCOLA RD
SUITE A
APPLE VALLEY, CA 92307

HIGH DESERT ENDOSCOPY CENTER
18523 CORWIN RD
SUITE H2
APPLE VALLEY, CA 92307

HILTON GARDEN INN
12603 MARIPOSA RD
VICTORVILLE, CA 92395

HOSPITAL EMPLOYEE LABOR POOL,
LLC
5400 ORANGE AVE
SUITE 101
CYPRESS, CA 90630

HVIDSTON R.N., VICKI
3780 SALISH TRAIL
STEVENSVILLE, MT 59870

I.C.R. SEARCH, INC.
143360 ST ANDREWS DRIVE
SUITE 1
VICTORVILLE, CA 92395

ICEMA
515 NORTH ARROWHEAD AVE
SAN BERNARDINO, CA 92415

IEHP
P.O. BOX 19026
SAN BERNARDINO, CA 92423

IVAR, LLC
6710 SCOTTSDALE ROAD
SUITE 235
PARADISE VALLEY, AZ 85253

KAMATH M.D., RAMADAS
18564 HIGHWAY 18
STE 103 & 104
APPLE VALLEY, CA 92307

KASLOW CONSULTING SERVICES
3458 MALAGA COURT
CALABASAS, CA 91302

KING, LU-WEI M.D
18182 OUTER HIGHWAY 18
STE 101 & 102
APPLE VALLEY, CA 92307

KNOLLS WEST
16890 GREEN TREE BLVD
VICTORVILLE, CA 92395

KONICA MINOLTA BUSINESS SOLUTION
P.O. BOX 7247-0322
PHILADELPHIA, PA 19170

LA QUINTA

LA QUINTA VICTORVILLE
12000 MARIPOSA ROAD
HESPERIA, CA 92345

LAI, TSU MD
18523 CORWIN ROAD
SUITE B
APPLE VALLEY, CA 92307

LIFESIGNS,INC
2222 LAVERNA AVE
LOS ANGELES, CA 90041

MARYLAND HOSPITAL ASSOCIATION
ATTN: GAIL WILSON
6820 DEERPATH ROAD
ELKRIDGE, MD 21075

MATHESON TRI*GAS
P.O. BOX 845502
DALLAS, TX 75284-5502

MATNEY M.D.,GLENN
12402 INDUSTRIAL BLVD
VICTORVILLE, CA 92395

MATNEY, M.D., GLENN
12402 INDUSTRIAL BLVD
SUITE B-1
VICTORVILLE, CA 92395

MED STAFF HEALTHCARE SOLUTIONS
P.O. BOX 404691
ATLANTA, GA 30384

MEDICAL DATA EXCHANGE
ONE WORLD TRADE CENTER
SUITE 2400
LONG BEACH, CA 90831

MEDICAL MARKETPLACE
P.O. BOX 2483
APPLE VALLEY, CA 92307

MEDICAL MARKETPLACE
P.O. BOX 2483
APPLE VALLEY, CA 92307

MEDQUIST, INC
P O  BOX 10832
NEWARK, NJ 07193

MEMON, M.D. RADHA
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

MILLIMAN CARE GUIDELINES, LLC
719 2ND AVE
SUITE 300
SEATTLE, WA 98104

MKH TESTING & INSPECTION, INC
4195 CHINO HILLS PKWY
#619
CHINO HILLS, CA 91709

MONEKE M.D., VICTOR
15995 TUSCOLA RD
STE 208
APPLE VALLEY, CA 92307

MURTHY M.D., NIRMALA
18523 CORWIN RD
STE H
APPLE VALLEY, CA 92307

NASHED M.D.,EZZAT
16200 BEAR VALLEY ROAD #102
VICTORVILLE, CA 92395

NHUNG, TRAN MD
15998 QUANTICO RD
STE A
APPLE VALLEY, CA 92307

NIHON KOHDEN
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

NUCLEAR BROKERS
207 BULLARD LANE
ALPINE, CA 91901

NWAGWU M.D.,ODOCHI
11678 RANCHO RD
ADELANTO, CA 92301

OHIAERI M.D., IKE
14344 CAJON AVE STE 102
VICTORVILLE, CA 92392

OMEGA HEALTHCARE STAFFING
P.O. BOX 881774
SAN FRANCISCO, CA 94188

ONE LEGACY
221 SOUTH FIGUEROA
SUITE 500
LOS ANGELES, CA 90012

ORCHARD SOFTWARE CORPORATION
701 CONGRESSIONAL BLVD
SUITE 360
CARMEL, IN 46032

OUR 365 INC.
3613 MUELLAR ROAD
SAINT CHARLES, MO 63301

PATEL M.D.,MUKESCHANDRA
P.O. BOX 1090
SUITE 220
VICTORVILLE, CA 92393

PATHI, RAMA M.D.
18145 HIGHWAY 18
STE D
APPLE VALLEY, CA 92307

PAYMENTECH
P.O. BOX 6600
HAGERSTOWN, MD 21741

PAZDRAL, M.D. WILLIAM
15247 ELEVENTH ST.
STE 500
VICTORVILLE, CA 92395

PELLEY, CATHERINE
13057 ASTER RD
APPLE VALLEY,, CA 92307

PHYSICIANS HOSPITAL MANAGMENT LLC
18523 CORWIN RD
SUITE H
APPLE VALLEY, CA 92307

PHYSICIANS SURGERY CENTER
12567 HESPERIA RD
VICTORVILLE, CA 92392

PICC LINE ACCESS,INC.
822 KILMARNOC WAY
RIVERSIDE, CA 92508

POMONA VALLEY MEDICAL CENTER
1798 NORTH GAREY AVE
POMONA, CA 91767

PRAXAIR
230-PRAXAIR DISTRIBUTION INC
DEPT LA 21511
PASADENA, CA 91185-1511

PRE-EMPLOY.COM, INC
P O BOX 491570
REDDING, CA 96049

PRECISION ORTHOTICS & PROSTHETICS
2550 BEVERLY BLVD
SUITE 201
LOS ANGELES, CA 90057

PREMIER PURCHASING  PARTNERS
2100 DOUGLAS BLVD
P.O. BOX 619002
ROSEVILLE, CA 95661

PROFESSIONAL HOSPITAL SUPPLY INC
41980 WINCHESTER ROAD
TEMECULA, CA 92590

PROFESSIONAL RESEARCH CONSULTANTS,
11326  P ST
OMAHA, NE 68137

PRUDENTIAL OVERALL SUPPLY
P.O. BOX 11210
SANTA ANA, CA 92711

PURI M.D.,RAJIV
12830 HESPERIA ROAD SUITE A
VICTORVILLE, CA 92392

PYXIS CORPORATION
3750 TORREY VIEW COURT
SAN DIEGO, CA 92130

PYXIS CORPORATION
3750 TORREY VIEW COURT
SAN DIEGO, CA 92130

QUADRAMED CORPORATION
NJIC
700 LAKE DRIVE,
AMBLER, PA 19002

RADIOMETER AMERICA
13217 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

RADLAUER, GERALD
18031 HIGHWAY 18 STE C
APPLE VALLEY, CA 92307

RADNET
1510 COTNER AVE
LOS ANGELES, CA 90025

RAJASEKHAR M.D.,DAMODARA
18182 OUTER HWY 18
SUITE 103
APPLE VALLEY, CA 92307

RAPA MANAGEMENT CONSULTANTS
1125 EAST BROADWAY
#33
GLENDALE, CA 91205

READYLINK
P.O. BOX 1047
THOUSAND PALMS, CA 92276

REDDINET
515 SOUTH FIGUEROA ST
STE 1300
LOS ANGELES, CA 90071

REHABABILITIES, INC
P.O. BOX 1565
RANCHO CUCAMONGA, CA 91729-
1565

RELIABLE NURSING SOLUTIONS, INC.
16057 KAMANA ROAD
UNIT B
APPLE VALLEY, CA 92307

RESIDENCE INN MARRIOTT
2025 CONVENTION CENTER WAY
ONTARIO, CA 91764

RISE INTERPRETING INC
3337 W FLORIDA AVE
#131
HEMET, CA 92545

RNI STAFFING
18401 BURBANK BLVD
STE 201
TARZANA, CA 91356

ROCHE DIAGNOSTIC CORPORATION
DEPT AT 952243
ATLANTA, GA 31192-2243

SALAZAR M.D.,JUVILUSAN
12760 HESPERIA RD
STE C
VICTORVILLE, CA 92395

SAN BERNARDINO COUNTY SCHOOLS
601 NORTH E STREET
SAN BERNARDINO, CA 92410

SANTA BARBARA CITY COLLEGE
721 CLIFF DRIVE
SANTA BARBARA, CA 93109

SCHINDLER ELEVATOR
CORPORATION
P. O. BOX 93050
CHICAGO, IL 60673

SHARMA M.D.,AKHIL
17257 JASMINE ST
STE A
VICTORVILLE, CA 92395

SHARMA M.D.,APARNA
17450 MAIN ST
STE E
HESPERIA, CA 92345

SIEMANS HEALTHCARE
DIAGNOSTICS INC.
P.O. BOX 6101
NEWARK, DE 19714

SIVERTS PUBLISHING LLC
14808 CHOCO RD
APPLE VALLEY, CA 92307

SOBRERA, MARILOU MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

SOBRERA, MARILOU MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

SPARKS LAW FIRM
650 TOWN CENTER DRIVE
SUITE 1200
COSTA MESA, CA 92626

ST. MARY MEDICAL CENTER
DEPT LA 21514
PASADENA, CA 91185-1514

STARPOINT HEALTH
14400 BEAR VALLEY RD
VICTORVILLE, CA 92392

STEPHENSON ACQUISO & COLMAN
303 NORTH GLENOAKS BLVD
STE 700
BURBANK, CA 91502

STERICYCLE
28161 N KEITH DRIVE
LAKE FOREST, IL 60045

SURGICAL DIRECTIONS,LLC
541 N. FAIRBANKS STE.2740
CHICAGO, IL 60611

SYSMEX
P O BOX 94002
CHICAGO, IL 60690

SYSMEX
P O BOX 94002
CHICAGO, IL 60690

TADROS, M.D. REDA M., INC
848 WEST HUNTINGTON DR
UNIT 7
ARCADIA, CA 91007

TADROS, M.D. REDA M., INC
848 WEST HUNTINGTON DR
UNIT 7
ARCADIA, CA 91007

TEAMHEALTH WEST
520 NORTH CENTRAL AVE, SUITE #750
GLENDALE, CA 91203

THE CAMDEN GROUP
100 N SEPULVEDA BLVD
SUITE 600
EL SEGUNDO, CA 90245

THE GOVERNANCE INSTITUTE
6333 GREENWICH DRIVE
SUITE 200
SAN DIEGO, CA 92122

TIC TWO MANAGEMENT, LLC
P.O. BOX 2110 12402 INDUSTRIAL BLVD
B-2
VICTORVILLE, CA 92393-2110

TMAD
320 NORTH HELSTEAD STREET
SECOND FLOOR
PASADENA, CA 91107

TOP NOTCH NETWORK SOLUTIONS
15401 ANACAPA RD. SUITE 2
VICTORVILLE, CA 92392

TOSHIBA AMERICA MEDICAL CREDIT
P.O. BOX 41601
PHILADELPHIA, PA 19101-1601

TRIAGE CONSULTING GROUP
211 MAIN ST
SUITE 1100
SAN FRANCISCO, CA 94105

UNITED CODING
17011 BEACH BLVD., #900
HUNTINGTON BEACH, CA 92647

UNIVERSITY OF CALIFORNIA/SAN DIEGO
UCSD EXTENSION HEALTHCARE
9500 GILMAN DRIVE 0170 EAST
LA JOLLA, CA 92093

VACHIRAKORNTONG M.D.,VIRUCH
15998 QUANTICO RD
STE A
APPLE VALLEY, CA 92307

VALENCIA M.D.,RAINILDA
12677 HESPERIA ROAD
STE 160
VICTORVILLE, CA 92392

VALLEY REAL ESTATE HOLDINGS-DESERT
18564 HIGHWAY 18
SUITE 110
APPLE VALLEY, CA 92307

VELASQUEZ M.D.,JOEL
12677 HESPERIA RD
STE 130
VICTORVILLE, CA 92395

VERTEX INC
1041 OLD CASSATT RD
BERWYN, PA 19312

VICTOR VALLEY COMMUNITY COLLEGE
18422 BEAR VALLEY RD
VICTORVILLE, CA 92395

VICTOR VALLEY MEMORIAL PARK
15609 ELEVENTH STREET
MISSION HILLS, CA 91395

VICTOR VALLEY UNION HIGH SCHOOL
601 NORTH E STREET
SAN BERNARDINO, CA 92410

VIEWPOINT MEDICAL CENTER
15366 11TH STREET, SUITE Y
VICTORVILLE, CA 92392

VILLAROSA M.D.,DANIEL
18145 HIGHWAY 18
STE F
APPLE VALLEY, CA 92307

WEBER STATE UNIVERSITY
3901 UNIVERSITY CIRCLE
OGDEN, UT 84408

WEEDEN, GLENN MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

WEEDEN, GLENN MD
15248 ELEVENTH STREET
VICTORVILLE, CA 92395

WEST COAST ULTRASOUND INSTITUTE
3700 E INLAND EMPIRE
SUITE 550
ONTARIO, CA 91764

WEST COAST UNIVERSITY
200 EAST BAKER STREET
COSTA MESA, CA 92626

WESTCLIFF MEDICAL LAB, INC
1821 E DYER RD
SUITE 100
SANTA ANA, CA 92705

WHITE DOVE PROFESSIONAL BUILDING
15203 11TH ST
SUITE A
VICTORVILLE, CA 92392

WIKA ENDOSCOPY CENTER
18056 ENDOSCOPY CENTER
APPLE VALLEY, CA 92307

WHITE, FLORENCE
NON PROFIT DEVELOPMENT
SERVICES
15490 CIVIC CENTER DRIVE
SUITE 106
VICTORVILLE, CA 92392

WHITE, PAUL M.D.
15247 ELEVENTH ST
STE 100
VICTORVILLE, CA 92395

YELLOW CAB OF VICTORVILLE
12171 PLUTO DRIVE
VICTORVILLE, CA  92392-9585

WILBURN M.D.,WANDA
16000 APPLE VALLEY RD
STE C3
APPLE VALLEY, CA 92307

WINGATE DUNROSS, INC.
28632 ROADSIDE DR
SUITE 203
AGOURA HILLS, CA 91301

WONG M.D.,WILLIAM KONG D.
15203 ELEVENTH STREET
SUITE B
VICTORVILLE, CA 92392

WRIGHT, WILLLIAM
4450 CALIFORNIA AVENUE
SUITE 295
BAKERSFIELD, CA 93309

**TAXING AGENCIES**

ANNETTE KERBER
ASSISTANT TREASURER-TAX
COLLECTOR
172 W THIRD ST, 1ST FLR
SAN BERNARDINO, CA 92415-0360

BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279-8022

County of Riverside
Auditor-Controller
PO Box 1326 Lemon Street
11th Floor
Riverside, CA 92502

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

Employment Development Department
Bankruptcy Group
PO Box 826880
Sacramento, CA 94280

EMPLOYMENT DEVELOPMENT
DEPT.
P.O. BOX 826846
SACRAMENTO, CA 94246-0001

Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812

INTERNAL REVENUE SERVICE
P.O. BOX 24017
FRESNO, CA 93779

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

INTERNAL REVENUE SERVICE-ACS
P.O. BOX 145566
CINCINNATI, OH 45214

INTERNAL REVENUE SERVICES
P.O. BOX 660264
DALLAS, TX 75266-0264

Riverside County Treasurer
PO Box 12005
Riverside, CA 92502