Samuel R. Maizel (CA Bar No. 189301)
Scotta E. McFarland (CA Bar No. 165391)
Mary D. Lane (CA Bar No. 071592)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:    smaizel@pszjlaw.com
           mlane@pszjlaw.com

Attorneys for Debtor and Debtor in Possession Victor Valley Community Hospital

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>VICTOR VALLEY COMMUNITY HOSPITAL,<br>a California corporation,<br><br>Debtor | Case No.: 6:10-bk-39537-CB<br><br>Chapter 11<br><br>**NOTICE OF FILING OF ASSET SALE AGREEMENT AMONG VICTOR VALLEY COMMUNITY HOSPITAL AND PRIME HEALTHCARE SERVICES FOUNDATION, INC., INCLUDING SCHEDULES, AND FIRST AMENDMENT TO ASSET SALE AGREEMENT**<br><br>**[Relates to Docket No. 1614]**<br><br>[No Hearing Required] |

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE U.S. TRUSTEE, THE CREDITORS COMMITTEE, ALL OTHER INTERESTED PARTIES, AND PARTIES REQUESTING NOTICE:**

**PLEASE TAKE NOTICE** that, pursuant to paragraph 2 of the *Order Authorizing (I) the Sale of Assets Free and Clear of Liens, Claims, and Encumbrances, (II) the Assumption and Assignment of Executory Contracts; and (III) Granting Related Relief* [Docket No. 1614], the above-captioned Debtor and Debtor in Possession hereby files (1) the Asset Sale Agreement among Victor Valley Community Hospital, a California corporation, and Prime Healthcare Services Foundation, Inc., a Delaware corporation, dated July 5, 2011, with schedules as of August 2, 2011

(Exhibit 1 attached hereto), and (2) the First Amendment to Asset Sale Agreement as of July 18, 2011 (Exhibit 2 attached hereto) (collectively "the ASA").

Dated:  August 2, 2011

PACHULSKI STANG ZIEHL & JONES LLP

By   /s/ *Mary D. Lane*
   Samuel R. Maizel
   Scotta E. McFarland
   Mary D. Lane
   Attorneys for Victor Valley Community
   Hospital, Debtor and Debtor in Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA